**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): ______________________ Chapter 15

❑ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**

   Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ❑ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

   ☑ Other CRS930216815. Describe identifier Mexican Tax ID.

   **For individual debtors:**

   ❑ Social Security number: xxx – xx– ____ ____ ____ ____

   ❑ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

   ❑ Other ______________________. Describe identifier ______________________.

3. **Name of foreign representative(s)**

   Robert Wagstaff

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Appointed by letter of the liquidator as foreign representative of the Mexican Liquidation Proceeding (Case No. 691/2022) pending in the 52nd Civil State Court of Mexico City

5. **Nature of the foreign proceeding**

   *Check one:*

   ☑ Foreign main proceeding
   ❑ Foreign nonmain proceeding
   ❑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ❑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ❑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   Copies and certified translations of the orders accepting the foreign proceeding and appointing the Mexican Liquidator and copy of the letter appointing the foreign representative, all attached to the Mexican Law Declaration.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ❑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Debtor Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Name

Case number (*if known*) ______

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

México

**Debtor's registered office:**

Av. Insurgentes Sur, No. 730, 20th Floor
Number Street

Col. Del Valle Norte, Alcaldia Benito Juarez
Address Con't.

Mexico City 03103
City ZIP/Postal Code

México
Country

**Individual debtor's habitual residence:**

______
Number Street

______
P.O. Box

______
City State/Province/Region ZIP/Postal Code

______
Country

**Address of foreign representative(s):**

600 Brickell Avenue, Suite 2550
Number Street

______
P.O. Box

Miami FL 33131
City State/Province/Region ZIP/Postal Code

United States of America
Country

**10. Debtor's website** (URL)

https://www.creal.mx/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: ______

☐ Individual

Debtor Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. Case number (if known)______________
Name

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

______________________________.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

______________________________.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /s/ Robert Wagstaff — Robert Wagstaff
Signature of foreign representative — Printed name

Executed on 07/14/2022
MM / DD / YYYY

✘ ______________ — ______________
Signature of foreign representative — Printed name

Executed on ______________
MM / DD / YYYY

**14. Signature of attorney**

✘ */s/ John H. Knight* Date 07/14/2022
Signature of Attorney for foreign representative MM / DD / YYYY

John H. Knight
Printed name

Richards Layton & Finger, P.A.
Firm name

One Rodney Square 920 North King Street
Number Street

Wilmington DE 19801
City State ZIP Code

(302) 651-7700 knight@rlf.com
Contact phone Email address

3848 DE
Bar number State

# Exhibit A

## Statement of Petitioner Pursuant to Section 1515(c) of the Bankruptcy Code

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) | Case No. 22-[_____] ( ) |
| Debtor in a Foreign Proceeding. | ) | |

**STATEMENT OF FOREIGN REPRESENTATIVE PURSUANT TO SECTION 1515(c) OF THE BANKRUPTCY CODE**

I, Robert Wagstaff (the "**Petitioner**" or the "**Foreign Representative**"), pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief:

1. I am Robert Wagstaff (the "**Petitioner**" or the "**Foreign Representative**"), duly appointed as the foreign representative by Mr. Fernando Alonso-de-Florida Rivero, the court-appointed provisional liquidator (*Liquidator Judicial Provisional*) (the "**Mexican Liquidator**")[2] of the Special Expedited Commercial proceeding (*Via Sumaria Especial Mercantil*) for the dissolution and liquidation (the "**Mexican Liquidation Proceeding**") of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "**Chapter 15 Debtor**") pending in the 52nd Civil State Court of Mexico City (the "**Mexican Court**") pursuant to articles 229, 232, 233, 236, and others of the *Ley General de Sociedades Mercantiles*, as originally published in the *Diario Oficial de la Federación* on August 4, 1934 and last revised on June 14, 2018 (as amended, the "**Mexican Corporations Law**").

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

[2] On June 30, 2022, the Mexican Court appointed the Mexican Liquidator on a provisional basis.

2. I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), in support of the *Verified Petition for Recognition of Foreign Main Proceeding* (the "**Verified Petition**") filed concurrently herewith, seeking recognition by this Court of the Mexican Liquidation Proceeding as the foreign main proceeding of the Chapter 15 Debtor.

3. The Mexican Liquidation Proceeding is the only "foreign proceeding" within the meaning of section 101(23) of the Bankruptcy Code with respect to the Chapter 15 Debtor known to me.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: July 14, 2022

*/s/ Robert Wagstaff*

Robert Wagstaff
*Petitioner and Foreign Representative*

# Exhibit B

## List Filed Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4)(B)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) | Case No. 22-[●] |
| Debtor in a Foreign Proceeding. | ) | |

**LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)(B)**

I, Robert Wagstaff (the "**Petitioner**" or the "**Foreign Representative**"), duly appointed as the foreign representative by Mr. Fernando Alonso-de-Florida Rivero, the court-appointed provisional liquidator (*Liquidator Judicial Provisional*) (the "**Mexican Liquidator**")[2] of the Special Expedited Commercial proceeding (*Via Sumaria Especial Mercantil*) for the dissolution and liquidation (the "**Mexican Liquidation Proceeding**") of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "**Chapter 15 Debtor**") pending in the 52nd Civil State Court of Mexico City (the "**Mexican Court**") pursuant to articles 229, 232, 233, 236, and others of the *Ley General de Sociedades Mercantiles*, as originally published in the *Diario Oficial de la Federación* on August 4, 1934 and last revised on June 14, 2018 (as amended, the "**Mexican Corporations Law**"), hereby file this list pursuant to Rule 1007(a)(4)(B) of the Federal Rules of Bankruptcy Procedure and declare as follows:

## I. List of Administrators

In the Mexican Liquidation Proceeding, the Chapter 15 Debtor will be liquidated by a judicially appointed liquidator, who is its legal representative. On June 30, 2022, the Mexican

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

[2] On June 30, 2022, the Mexican Court appointed the Mexican Liquidator on a provisional basis.

Court entered orders formally commencing the Mexican Liquidation Proceeding and appointing the Mexican Liquidator. On July 12, 2022, I was appointed by the Mexican Liquidator as the foreign representative of the Mexican Liquidation Proceeding. My address is 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

## II. Litigation Pending In the United States to Which the Debtor Is a Party

On June 22, 2022, an ad hoc group of bondholders commenced an involuntary chapter 11 case against the Chapter 15 Debtor in the Bankruptcy Court for the Southern District of New York. *See In re: Crédito Real*, No. 22-10842 (Bankr. S.D.N.Y. 2022) (the "**Involuntary Case**"). The Petitioner intends to seek to dismiss the Involuntary Case. As of the date of this Declaration, the Petitioner is not aware of any other proceedings pending in the United States to which the Chapter 15 Debtor is a party.

## III. Entities Against Whom Provisional Relief Is Sought Pursuant to 11 U.S.C. § 1519

The Foreign Representative will likely seek provisional stay relief under section 1519 of title 11 of the United States Code (the "**Bankruptcy Code**") against the entities listed in Exhibit B to the Verified Petition and any other entity that may otherwise take any action proscribed by section 362 of the Bankruptcy Code against the Chapter 15 Debtor within the territorial jurisdiction of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2022

*/s/ Robert Wagstaff*
Robert Wagstaff
*Petitioner and Foreign Representative*

# **Exhibit C**

## Corporate Ownership Statement

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | ) | Case No. 22-[_____] ( ) |
| Debtor in a Foreign Proceeding. | ) | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(4) AND 7007.1**

I, Robert Wagstaff (the "**Petitioner**" or the "**Foreign Representative**"), duly appointed as the foreign representative by Mr. Fernando Alonso-de-Florida Rivero, the court-appointed provisional liquidator (*Liquidator Judicial Provisional*) (the "**Mexican Liquidator**")[1] of the Special Expedited Commercial proceeding (*Via Sumaria Especial Mercantil*) for the dissolution and liquidation (the "**Mexican Liquidation Proceeding**") of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "**Chapter 15 Debtor**") pending in the 52nd Civil State Court of Mexico City (the "**Mexican Court**") pursuant to articles 229, 232, 233, 236, and others of the *Ley General de Sociedades Mercantiles*, as originally published in the *Diario Oficial de la Federación* on August 4, 1934 and last revised on June 14, 2018 (as amended, the "**Mexican Corporations Law**"), pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure declare as follows:

Upon information and belief, the following entities own, directly or indirectly, ten percent (10%) or more of the equity interests of the Chapter 15 Debtor as of the commencement of the Chapter 15 Case:

1. The Chapter 15 Debtor is a publicly held company. No person or entity owns more than 10% of the equity interests of the Chapter 15 Debtor.

[1] On June 30, 2022, the Mexican Court appointed the Mexican Liquidator on a provisional basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2022

*/s/ Robert Wagstaff*

Robert Wagstaff
*Petitioner and Foreign Representative*