**<u>Exhibit B</u>**

**Mexican Order**

**Mexican Order – Original (Spanish)**

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, AÑO DE RICARDO FLORES MAGÓN,*
*PRECURSOR DE LA REVOLUCIÓN MEXICANA"*
*QUINCUAGÉSIMO SEGUNDO DE LO CIVIL*

En atención al Acuerdo 03-/011/2021 emitido por el Consejo de la Judicatura de la Ciudad de México, en sesión celebrada el dieciséis de febrero de dos mil veintiuno, el expediente digital equivale funcionalmente al expediente físico, por lo que surte los mismos efectos legales.

"Se hace constar que todas las actuaciones judiciales han sido digitalizadas y obra en el presente expediente principal, integrado fielmente como el físico, gozando ambas versiones de los mismos efectos legales"

**EXP.NÚM: 691/2022.**

**Ciudad de México, treinta de junio de dos mil veintidós.**

Con el escrito de cuenta y documentos que remite la Oficialía de Partes Común del Tribunal Superior de Justicia de la Ciudad de México, toda vez que por razón de turno le correspondió conocer del presente asunto a este Juzgado, lo que se desprende del sello que obra en la foja uno del escrito de demanda y de la lista que de asuntos nuevos que remite dicha dependencia**,** fórmese el expediente número **691/2022** y regístrese como corresponde en el Libro de Gobierno, de conformidad con el artículo 58 fracción VIII de la Ley Orgánica del Tribunal Superior de Justicia del Distrito Federal, proceda la Secretaria de Acuerdos a resguardar los documentos exhibidos en el secreto que corresponda a su Secretaría en este Juzgado.

Se tiene por presentado a **ROMANOS BERRONDO ÁNGEL FRANCISCO**, *por su propio derecho y como accionista de* CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA, personalidad que acredita con las copias certificadas de la constancia de depósito de acciones con su debida traducción que se acompaña. Por señalado el domicilio que indica para oír y recibir notificaciones y documentos; autorizando a la persona que menciona para oír y recibir notificaciones, documentos y valores. Asimismo se tiene como Mandatarios Judiciales de la parte actora a los Licenciados cuya cédula profesionales se encuentran registradas en la Primera Secretaría de Acuerdos de la Presidencia y del Pleno del Tribunal Superior de Justicia del Distrito Federal, por lo que estarán facultados para interponer los recursos que procedan, ofrecer e intervenir en el desahogo de pruebas, alegar en las audiencias, pedir se dicte sentencia para evitar la consumación del término de caducidad por inactividad procesal y realizar cualquier acto que resulte ser necesario para la defensa de los derechos de su representada, pero no podrá sustituir o delegar dichas facultades en un tercero:



Demandando en la **VÍA SUMARIA ESPECIAL MERCANTIL** respecto de la acción a que se refieren los artículos 229, 232, 233, 236 y demás relativos y aplicables de la Ley General de Sociedades Mercantiles, a **CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA** las prestaciones que indica en su ocurso inicial de demanda, admitiéndose la demanda en la vía y forma propuestas con fundamento en lo dispuesto por los artículos 229, 232, 233 y 236 de la Ley General de Sociedades Mercantiles, por lo que se ordena emplazar a dicha demandada para que dentro del término de **OCHO DÍAS** para contestar la demanda, oponer excepciones y defensas, así como alegar lo que a su derecho convenga; corriéndole el traslado correspondiente, apercibida que de no contestar en el plazo concedido, se le tendrá por precluido su derecho para hacerlo y se seguirá el juicio en su rebeldía. Asimismo prevéngase a la demandada para que al momento de contestar señale domicilio para oír o recibir notificaciones dentro de la jurisdicción territorial de este juzgado, apercibidos que en caso de no hacerlo las subsecuentes notificaciones, aún las de carácter personal, les surtirán por boletín judicial, lo anterior con fundamento en lo dispuesto por el artículo 1069 y 1070 del Código de Comercio.

Por otro lado, y como lo solicita la actora, **gírese atento oficio** con los insertos necesarios acompañando copia certificada del presente auto y previo pago de los derechos respectivos, **al C. Director del Registro Público de la Propiedad y del Comercio de esta Ciudad**, *para que proceda a la inscripción de la presente demanda en el Folio Mercantil 170,184*.

Asimismo y como lo solicita el promovente, **dese vista al C. Agente del Ministerio Público adscrito a este Juzgado**, a fin de que determine si a su consideración se actualizan los supuestos establecidos en los artículos 10 u 11 de la Ley de Concursos Mercantiles; y de ser así lo informe a este Juzgado y proceda conforme a lo dispuesto por el artículo 21 de la citada ley de concursos mercantiles; y que para mejor comprensión se transcriben a continuación.

*"Artículo 10.- Para los efectos de esta Ley, el incumplimiento generalizado en el pago de las obligaciones de un Comerciante a que se refiere el artículo anterior, consiste en el incumplimiento en sus obligaciones de pago a dos o más acreedores distintos y se presenten las siguientes condiciones:*

*'I. Que de aquellas obligaciones vencidas a las que se refiere el párrafo anterior, las que tengan por lo menos treinta días de haber vencido representen el treinta y cinco por ciento o más de todas las obligaciones a*





*cargo del Comerciante a la fecha en que se haya presentado la demanda o solicitud de concurso, y*

*'II. El Comerciante no tenga activos enunciados en el párrafo siguiente, para hacer frente a por lo menos el ochenta por ciento de sus obligaciones vencidas a la fecha de presentación de la demanda o solicitud.*

*'Los activos que se deberán considerar para los efectos de lo establecido en la fracción II de este artículo serán:*

*'a) El efectivo en caja y los depósitos a la vista;*

*'b) Los depósitos e inversiones a plazo cuyo vencimiento no sea superior a noventa días naturales posteriores a la fecha de presentación de la demanda o solicitud;*

*'c) Clientes y cuentas por cobrar cuyo plazo de vencimiento no sea superior a noventa días naturales posteriores a la fecha de presentación de la demanda o solicitud, y*

*'d) Los títulos valores para los cuales se registren regularmente operaciones de compra y venta en los mercados relevantes, que pudieran ser vendidos en un plazo máximo de treinta días hábiles bancarios, cuya valuación a la fecha de la presentación de la demanda o solicitud sea conocida.*

*'El dictamen del visitador y las opiniones de expertos que en su caso ofrezcan las partes, deberán referirse expresamente a los supuestos establecidos en las fracciones anteriores."*

*"**Artículo 11.-** Se presumirá que un Comerciante incumplió generalizadamente en el pago de sus obligaciones, cuando se presente alguno de los siguientes casos:*

*'I. Inexistencia o insuficiencia de bienes en qué trabar ejecución al practicarse un embargo por el incumplimiento de una obligación o al pretender ejecutar una sentencia en su contra con autoridad de cosa juzgada;*

*'II. Incumplimiento en el pago de obligaciones a dos o más acreedores distintos;*

*'III. Ocultación o ausencia, sin dejar al frente de la administración u operación de su empresa a alguien que pueda cumplir con sus obligaciones;*



TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO
*"2022, Año de Ricardo Flores Magón,*
*Precursor de la Revolución Mexicana"*
*Quincuagésimo Segundo De Lo Civil*

'*IV. En iguales circunstancias que en el caso anterior, el cierre de los locales de su empresa,*

'*V. Acudir a prácticas ruinosas, fraudulentas o ficticias para atender o dejar de cumplir sus obligaciones;*

'*VI. Incumplimiento de obligaciones pecuniarias contenidas en un convenio celebrado en términos del Título Quinto de esta Ley, y*

'*VII. En cualesquiera otros casos de naturaleza análoga."*

"***Artículo 21.-*** *Podrán demandar la declaración de concurso mercantil cualquier acreedor del Comerciante, el Instituto de Administración de Bienes y Activos o el **Ministerio Público**.*

'*Si un juez, durante la tramitación de un juicio mercantil, advierte que un Comerciante se ubica en cualquiera de los supuestos de los artículos 10 u 11, procederá de oficio a hacerlo del conocimiento de las autoridades fiscales competentes y del **Ministerio Público** para que, en su caso, este último demande la declaración de concurso mercantil. Las autoridades fiscales sólo procederán a demandar el concurso mercantil de un Comerciante en su carácter de acreedores.*

*Asimismo, uno o más acreedores del Comerciante podrán demandar el concurso mercantil iniciando directamente en etapa de quiebra. El juez, en caso de que el Comerciante se allane a la pretensión contenida en la demanda interpuesta y previo dictamen del incumplimiento generalizado en el pago de las obligaciones del Comerciante, dictará, en su caso, la sentencia de concurso mercantil en etapa de quiebra.*

'*En el supuesto de que el Comerciante no se allane a la demanda a que se refiere el párrafo anterior, el procedimiento de concurso mercantil iniciará en etapa de conciliación, la cual se tramitará en los términos de esta Ley."*

"Se hace del conocimiento de las partes que el Tribunal Superior de Justicia de la Ciudad de México, motivado por el interés de que las personas que tienen algún litigio cuenten con otra opción para solucionar su conflicto, proporciona los servicios de mediación a través de su Centro de Justicia Alternativa, donde se les atenderá en forma gratuita, la mediación no es asesoría jurídica. El Centro se encuentra ubicado en Av. Niños Héroes 133, colonia Doctores, delegación Cuauhtémoc, Ciudad de México, código postal 06500, con el teléfono 5134-11-00 extensiones 1460 y 2362. Servicio de Mediación Civil Mercantil: 5207-25-84 y 5208-33-49.



mediacion.civil.mercantil@tsjcdmx.gob.mx. Servicio de Mediación Familiar: 5514-2860 y 5514-5822. mediacion.familiar@tsjcdmx.gob.mx".

En cumplimiento a la circular 06/2012 suscrita por la Secretaria General del Consejo de la Judicatura de la Ciudad de México en la que consta el acuerdo 10-03/2012 de fecha 17 de enero de 2012, emitido por el Consejo de la Judicatura de éste Tribunal se hace del conocimiento de las partes su contenido.

Con fundamento en lo dispuesto por el artículo 58 de la Ley Orgánica del Tribunal Superior de Justicia de la Ciudad de México, en este asunto deberá el Secretario de Acuerdos, formular los Proyectos de acuerdo, y de cuenta a la suscrita dentro del término de veinticuatro horas con las promociones presentadas por las partes, así como de los Oficios y demás documentos que se reciban en el Juzgado; realizar emplazamientos y notificaciones cuando así se ordene; autorizar los despachos, exhortos, acuerdos, actas, diligencias y resoluciones que se expidan, asienten, practiquen o dicten por la Juez; realizar las certificaciones procedentes conforme a la ley o las que se ordenen por la suscrita; asistir a las diligencias de pruebas de acuerdo con las leyes aplicables; expedir las copias autorizadas que la ley determine o deban entregarse a las partes en virtud de decreto judicial; cuidar que el expediente sea debidamente foliado, cuando sea sustraída alguna de las hojas del expediente asiente razón con motivo de la causa, selle las actuaciones, oficios y demás documentos que lo requieran, rubricándolas en el centro del escrito; guardar en el secreto del juzgado los pliegos, escritos o documentos y valores cuando así lo disponga la ley; conservar en su poder el expediente mientras se encuentre en trámite en el Juzgado y entregarlo con las formalidades legales cuando tenga lugar alguna remisión del mismo; notificar personalmente en el Juzgado a las partes, en los términos del artículo 123 y demás relativos de la Legislación Procesal Local; remitir el expediente al Archivo Judicial, a la Superioridad o al substituto legal, previo registro cuando así proceda; ordenar y vigilar que se despachen sin demora los oficios, cédulas de notificación que se manden librar, la correspondencia del Juzgado, ya sea que se refiera a negocios judiciales del mismo o al desahogo de los oficios que se manden librar en las determinaciones respectivas dictadas en los expedientes; dar cuenta a la suscrita una vez concluido el término para que las partes contesten los agravios realizando la certificación de dicho término y con los oficios respectivos, así como la certificación de los testimonios de apelación que se integren con motivo de los recursos de apelación que se interpongan en contra de las resoluciones que se dicten en el presente expediente, y remitir de inmediato a la Sala Civil que por turno corresponda los testimonios o el expediente según sea el caso.

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo
Segundo de lo Civil | 691/2022-1 | HVICTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:



Asimismo, se hace constar que mediante circular 35/2014 que se publico en el boletín judicial el once de junio de dos mil catorce, se determinó autorizar la designación de peritos mediante el "SISTEMA DE ASIGNACIÓN DE PERITOS" para que inicie formalmente sus operaciones a partir del día cuatro de agosto de dos mil catorce, en consecuencia se deja sin efectos la aplicación de las circulares CJDF 03/2013 y CJDF 19/2014 por lo cual los peritos que se lleguen a necesitar en el presente procedimiento serán designados bajo el sistema antes señalado.

Con fundamento en lo dispuesto por el artículo 15 del Reglamento del Sistema Institucional de Archivos del Poder Judicial de la Ciudad de México, publicado en el Boletín Judicial número 25 (veinticinco), de fecha tres de febrero del año dos mil doce, se hace del conocimiento de las partes que se procederá a la destrucción del expediente, cuadernos formados en relación a éste, así como de las pruebas, muestras y documentos que en su caso exhiban en el juicio, dentro del término de noventa días naturales contados a partir del día siguiente a aquél que surta efectos la notificación por boletín judicial de la resolución que declare la conclusión del juicio.

Asimismo de conformidad a lo dispuesto por el artículo 16 del reglamento, una vez que se de el supuesto que se refiere el artículo 15 proceda la Secretaría de Acuerdos por conducto del personal de apoyo de este juzgado a expedir copia certificada de este proveído la que quedará en resguardo de este órgano jurisdiccional. "ACUERDO GENERAL 36-48/2012 EMITIDO EN SESIÓN DE FECHA VEINTE DE NOVIEMBRE DE DOS MIL DOCE, EN EL QUE SE ESTABLECEN LOS LINEAMIENTOS DEL PROGRAMA PILOTO PARA LA DELEGACIÓN DE DIVERSAS FUNCIONES JURÍDICO ADMINISTRATIVAS A LOS SECRETARIOS CONCILIADORES ADSCRITOS A LOS JUZGADOS DE LA CIUDAD DE MÉXICO EN MATERIA CIVIL..... CAPÍTULO II.- DE LAS ATRIBUCIONES DE LOS SECRETARIOS.- CONCILIADORES.- Artículo 6.- Serán facultades administrativas de los Secretarios Conciliadores las siguientes: a) Atención, trámite y despacho de la correspondencia interna; b) Supervisión y autorización del egreso de los vales de fotocopiado y sus respectivos informes semanal y mensual. c) Autorización de libros para el control del buen funcionamiento del juzgado, como son: el libro de multas y sanciones, el libro de los auxiliares de la administración de justicia de la Ciudad de México, los libros de valores, exhortos, sentencias, apelaciones, libros de oficios, de amparos, de notarios y demás necesarios; d) Autorización de las solicitudes de papelería y todo lo relacionado con los recursos materiales para el buen funcionamiento de los órganos jurisdiccionales; e) Rendición de los informes semanal y mensual de las libretas de valores, así como de entregar los billetes de depósito, debiendo recabar las firmas de sus beneficiarios en los libros



TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO
*"2022, Año de Ricardo Flores Magón,*
*Precursor de la Revolución Mexicana"*
Quincuagésimo Segundo De Lo Civil

correspondientes. f) Atención al público que tenga relación con los asuntos tramitados en los juzgados; g) Vigilar la asistencia del personal adscrito y las libretas de asistencia de los proyectistas; h) Elaboración y despacho de los oficios necesarios ordenados en los acuerdos relacionados con los juicios radicados en los juzgados, así como los de índole administrativa; i) Revisar que el libro de gobierno se encuentre al corriente, así como abrir diariamente la libreta de promociones; j) Vigilar la remisión de expedientes al archivo judicial para destrucción y para su debido resguardo; k) Designar a los auxiliares de la administración de justicia, conforme a la lista y acuerdos que emita el Pleno, y; l) Organización y control de la elaboración del turno…".

.- **Notifíquese personalmente a la demandada**.- Lo proveyó y firma el Ciudadano Licenciado **HELIO VICTORIA GUZMÁN**, Juez Quincuagésimo Segundo de lo Civil de Primera Instancia del Honorable Tribunal de Justicia de la Ciudad de México, ante Ciudadano Secretaria de Acuerdos "A" Licenciado **Oscar Alonso Tolamatl**, con quien actúa y da fe. Doy fe.

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo
Segundo de lo Civil | 691/2022-1 | HVICTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:



En el *Boletín Judicial* No. ___117___ correspondiente al día ___01___ de
___Julio___ de _2022_ se hizo la publicación de Ley.— Conste.
El _04 de ___Julio___ del _2022_ , surtió efectos la notificación anterior.— Conste.



PODER JUDICIAL

**EVIDENCIA CRIPTOGRÁFICA - TRANSACCIÓN**

Archivo Firmado: **1656611894869.pdf**
Autoridad Certificadora del Poder Judicial de la Ciudad de México
Firmante(s): **2**
Hoja(s): **7**

| Firmantes | | Firmas | | | | |
|---|---|---|---|---|---|---|
| Nombre(s): | HELIO VICTORIA GUZMAN | Validez: | Vigente | No Serie: | 70.6a.63.64.6d.78.32.30.30.30.31.32.36.36 | |
| | OSCAR ALONSO TOLAMATL | Validez: | Vigente | No Serie: | 70.6a.63.64.6d.78.32.30.30.30.36.35.39 | |
| **OCSP** | | | | | | |
| Fecha: (UTC / CDMX) | | 30/06/22 20:07:25 - 30/06/22 15:07:25 | | | | |
| | | 30/06/22 20:14:22 - 30/06/22 15:14:22 | | | | |
| Nombre del respondedor(es): | | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| | | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| Emisor(es) del respondedor(es): | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| Número(s) de serie: | | 70.6a.63.64.6d.78.32.30.32 | | | | |
| | | 70.6a.63.64.6d.78.32.30.32 | | | | |
| **TSP** | | | | | | |
| Fecha: (UTC / CDMX) | | 30/06/22 20:07:25 - 30/06/22 15:07:25 | | | | |
| | | 30/06/22 20:14:22 - 30/06/22 15:14:22 | | | | |
| Nombre del emisor de la respuesta TSP: | | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| | | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| Emisor del certificado TSP: | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| **Sellos Digitales** | | | | | | |
| 59 a7 75 4b 89 9b 76 46 8e 17 80 9f 9f 18 d9 9b c7 59 ae 84 d8 b7 a1 7c f9 94 20 18 75 cd 57 7b bb 1d fd a7 92 c3 1a f1 9e 9d 9b | | | | | | |
| 8a 21 e6 e5 47 13 6a 02 17 c8 06 a6 f5 5c 8f 10 7d f2 09 ac e9 b5 4f 2c 95 ff 4f 49 7e cf 88 87 76 4c f4 0d 53 e2 f8 f7 18 39 d1 | | | | | | |

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo
Segundo de lo Civil | 691/2022-1 | HVICTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:
5111-3295-6874-9009-092 | 1656611894869 -- SIGJ
/ TSJCDMX -- V2



**Mexican Order – Certified Translation (English)**

[Logo]  **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*
*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

Regarding Ruling 03-/011/2021 entered by the Judiciary Board of Mexico City, in the meeting held on February sixteen, two thousand twenty-one, the digital file is functionally equal to the printed file; therefore, the digital file has the same legal effects.

"It is hereby certified that any and all judicial actions have been digitalized and are filed in this main file, truly compiled as the printed file, having both versions the same legal effects"

**EXP.NÚM: 691/2022.**

**Mexico City, June thirty, two thousand twenty-two.**

In this file and the documents remitted by the Common Filing Office of the Superior Court of Mexico City, since the matter was assigned to the Superior Court of Justice of Mexico City, the Superior Court of Justice of Mexico City has to hear this matter, as it appears from the seal borne in page one of the written complaint and the list of new matters remitted by such authority, it is hereby ordered to create and register file number **691/2022** as applicable in the Government Book, according to article 58 section VIII of the Organic Law of the Superior Court of Justice of the Federal District, and the Court Clerk is ordered to proceed to secure the documents filed in the corresponding secrecy as corresponding by the Court Clerk in this Court.

**ROMANOS BERRONDO ÁNGEL FRANCISCO** is hereby considered as having appeared *represented by himself and as shareholder of* CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA, whose legal capacity is evidenced with certified copies of the deposit certificate of shares accompanied by a translation. He has provided an address to be summoned and receive documents, authorizing the aforementioned person to be summoned and receive documents and securities. Likewise, as Attorneys-in-fact to the defendant are appointed the Attorneys at law whose professional ID cards are registered with the First Court Clerk of the Presidency and the Superior Court of Justice of the Federal District in Bench; therefore, such attorney will be authorized to file any applicable motion, submit and take part in submitting evidence, argument in hearings, request the issuance of a judgement to prevent the consummation of dismissal due to a lack of activity in the procedure and take any other action necessary to defend the rights of their principal, however, such attorney may not substitute or delegate any such powers to any third party:

Electronic seal SIGJ /TSJCDMX – Fifty-second
Court of Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:

[QR CODE]

[Logo]                **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
                          *"2022, YEAR OF RICARDO FLORES MAGÓN,*
                          *FORERUNNER OF THE MEXICAN REVOLUTION"*
                          *FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

By demanding **IN THE SUMMARY SPECIAL COMMERCIAL ACTION**, from **CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA** the remedies provided in their initial written complaint, which was admitted as proposed based on the provisions of articles 229, 232, 233 and 236 of the General Law of Business Entities, regarding the action referred to in articles 229, 232, 233, 236 and any other related and applicable article contained in the General Law of Business Entities; therefore, it is hereby ordered to summon such defendant so that, within **EIGHT DAYS**, such defendant answers the complaint, file any exception and defense, and file any rebuttal; and it is also hereby ordered to summon such defendant with the corresponding copies, being warned that failing to do so within the provided period of time, such defendant not be considered as in contempt of court and their right to do so will be considered as terminated and the procedure will continue in contempt.  Likewise, the defendant is hereby urged to provide an address to be summoned within the personal jurisdiction of this court in their answer, being warned that failing to do so, any subsequent notice, even personal notices, will be summoned in the list posted on the court's board, as provided in article 1069 and 1070 of the Code of Commerce.

On the other hand, and as requested by plaintiff, **it is hereby ordered to issue a motion** accompanied by the necessary attachments and a certified copy of this court order, following payment of the relevant fees, **to the Director of the Public Registry or Property and Commerce of this City,** *so that the public registry of property and commerce of this city proceed to register this action under Commercial Folio number 170,184.*

Likewise, and as requested by plaintiff, **it is hereby ordered to notify the Public Prosecutor assigned to this Court**, so that such Public Prosecutor may determine if, in their opinion, the assumptions provided in articles 10 or 11 of the Bankruptcy Law fall within the scope of the Law, and, if so, to inform this Court and proceed according to the provisions of article 21 of the Bankruptcy Law, which are hereinbelow transcribed for a better comprehension purposes.

*"**Article 10.-** For the purposes of this Law, the general failure to pay a Merchant's liabilities referred to in the article above, consists of failing to pay their debts with two or more different creditors under the following conditions:*

*'I. Out of those due liabilities referred to in the paragraph above, those liabilities having become due at least thirty days ago, representing thirty-five percent or more of all the*

[QR CODE]

[Logo]

**SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*
*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

*Merchant's liabilities on the date the complaint or request for bankruptcy had been filed, and*

*'II. The Merchant does not have the assets listed in the paragraph below, to pay at least eighty percent of their due liabilities upon the submission of the complaint or request.*

*'The assets to be taken into consideration for the purposes of the provisions of section II of this article will be:*

*'a) Cash, cash deposits;*

*'b) Fixed deposits and term investments becoming due no more than ninety calendar days following the submission of the demand or request;*

*'c) Customers and receivable accounts becoming due no more than ninety calendar days following the submission date of the demand or request, and*

*'d) securities for purchase and sale transactions are regularly registered with the relevant markets, that may be sold within thirty banking days at most, which valuation on the submission date of the demand or request is known.*

*'The inspector's opinion and the experts' opinions that may be submitted by the parties must expressly refer to the assumptions provided in the paragraphs above."*

*"**Article 11.-** A Merchant will be considered as generally having failed to comply with their liabilities, in any of the following cases:*

*'I. Inexistence or insufficiency of property to be sized in the event of any failure to comply with any liability or upon trying to execute any judgement against such Merchant as res judicata;*

*'II. Any failure to comply with their liabilities with two or more different creditors;*

*'III. To hide or be absent, without appointing any administrator or any person to run their company and comply with their liabilities;*

[QR CODE]

[Logo]    **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*
*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

*'IV. Under the same circumstances as the previous paragraph, to close their company's commercial spaces,*

*'V. To resort to bankruptcy, fraudulent or fictive practices or stop complying with their liabilities;*

*'VI. To fail to comply with their money liabilities provided in any agreement executed under the terms of the Fifth Title of this Law, and*

*'VII. In any other similar case."*

**"Article** 21.- *Any of the Merchant's creditor, the Institute for Administration of Property and Assets or* **the Public Prosecutor** *may request the bankruptcy be declared.*

*'If any judge, while pursuing the bankruptcy action, adverts that any Merchant is in any of the assumptions provided in articles 10 or 11, may notify* ex oficio *the competent tax authorities and* **Public Prosecutor** *so that, if applicable, the Public Prosecutor request the bankruptcy be declared.  The tax authorities may only demand any Merchant be declared in bankruptcy as creditors.*

*Likewise, one or more of the Merchant's creditors  may request the bankruptcy be declared by commencing directly in the bankruptcy stage.  In the event the Merchant accepts the remedy sought in the filed complaint and prior to the opinion on the generalized failure to pay the Merchant's liability, the judge will enter, if applicable, the bankruptcy judgement in the bankruptcy stage.*

*'Should the Merchant fail to agree to the demand referred to in the paragraph above, the bankruptcy proceeding will commence in the conciliation stage, which will be pursued under the terms of this Law."*

"The parties are hereby warned that the Superior Court of Justice of Mexico City, grounded by the interest people have in certain litigation may have another option to settle their conflict, provides mediation services through their Alternative Justice Center, where they will be freely assisted; mediation is not a legal consultancy.  The Center is located at Av. Niños Héroes 133, colonia Doctores, delegación Cuauhtémoc, Mexico City, Zip 06500, phone number 5134-11-00 ext. 1460 and 2362.   Civil Commercial Mediation          Service:          5207-25-84          and          5208-33-49.

[QR CODE]

[Logo]          **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*
*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

mediación.civil.mercantil@tsjcdmx.gob.mx.  Family Mediation Service: 5514-2860 and 5514-5822. mediación.familiar@tsjcdmx.gob.mx".

To comply with circular 06/2012 undersigned by the General Secretary of the Judiciary Board of Mexico City that is evidenced in ruling 10-03/2012 dated January 17, 2012, issued by the Judiciary Board of this Court, the parties are hereby notified of the contents of such circular 06/2012.

Based on the provisions of article 58 of the Organic Law of the Superior Court of Justice of Mexico City, in this matter, the Court Clerk must prepare the Drafts under and based on the aforementioned circular within twenty-four hours containing the remedies sought by the parties, as well as the Motions and any other documents filed with the Court; perform any summons and notifications that may be ordered; authorize the dispatches, letter rogatory, rulings, certificates and proceedings and resolutions that may be issued, entered, conducted or ordered by the Judge; issue the admissible certificates according to the law or the certificates ordered by the undersigned; attend the evidence diligences according to the applicable laws; issue authorized copies determined in the law or to be delivered to the parties in view of any court order; to provide the file is duly numbered under the relevant folio, whenever any page is removed from the file and register the cause, stamp the court orders, motions and any other document requiring to be stamped, signing any such court orders, motions and other documents in their center; keep in the secrecy of the court the statements, motions or documents and securities whenever so provided in the law; to preserve under the judge's power the file while being pursued in the Court and deliver the file under the legal formalities in the event of any remittance of such file; personally notify in the parties in the Court, under the terms of article 123 and any other related article of the Local Procedural Legislation; remit the file to the Judicial Archive, Seniority or legal substitute, prior registration whenever admissible; order and survey that any motion, certificate of any ordered notice, Court's correspondence, whether referring to legal issues of the Court or submission of any motion ordered in the corresponding determinations entered in the files; notify the undersigned upon conclusion of the period of time for the parties to answer alleged offenses, certifying such period of time and accompanied by the relevant motions, as well as the certificate of appealing testimonies to be attached in view of any appeal motion filed against any resolution entered in this file, and immediately remit to the corresponding Civil Branch *[Sala Civil]* assigned in function any testimonies or the file, as applicable.

Electronic seal SIGJ /TSJCDMX – Fifty-second
Court of Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:

[QR CODE]

[Logo]         **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*
*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

Likewise, it is hereby evidenced that by means of circular 35/2014 published in the judicial weekly bulletin on June eleven, two thousand fourteen, it was determined to authorize the appointment of experts by means of the "SYSTEM TO ASSIGN EXPERTS" to formally commence their operations as from August four, two thousand fourteen, consequently, application of circulars CJDF 03/2013 and CJDF 19/2014 become ineffective; therefore, the experts will be needed in this procedure will be appointed using the aforementioned system.

Based on the provisions of article 15 of the Regulations of the Institutional System of Archives of the Judicial Branch of Mexico City, published in the Judicial Weekly Bulletin number 25 (twenty-five), dated February three, two thousand twelve, the parties are hereby notified that the file, dockets compiled in connection with such file, as well as any evidence, sample and document that may have been submitted during the trial will be destroyed within ninety calendar days following the date when the notification on the court bulletin containing the ruling declaring conclusion of the trial becomes effective.

Likewise, according to the provisions of article 16 of the regulations, once the assumption referred to in article 15 fails within the scope of the law, the Court Clerk will proceed, through the supporting personnel of this court, to issue a certified copy hereof which will be under the safeguard of this jurisdictional organ. "GENERAL RULING 36-48/2012 ISSUED IN THE MEETING DATED NOVEMBER TWENTY, TWO THOUSAND TWELVE, PROVIDING THE GUIDELINES FOR THE PILOT PROGRAM TO DELEGATE CERTAIN LEGAL ADMINISTRATIVE FUNCTIONS TO THE CONCILIATION COURT CLERKS APPOINTED TO THE COURTS FOR CIVIL MATTERS OF MEXICO CITY … CHAPTER II.- POWERS OF COURT CLERKS.- CONCILIATORS.- Article 6.- The following will be administrative powers of Conciliation Court Clerks: a) Attention, prosecution and dispatch of internal correspondence; b) Supervision and authorization of disbursement of photocopied coupons and their relevant weekly and monthly reports, c) Approval of books to control the proper functioning of the court, such as: fines and sanctions book, book of assistance to do justice in Mexico City, books of values, letters rogatory, judgements, appeals, book of motions, amparo proceedings, and any other necessary book; d) Approvals of requests for stationary and anything related to material resources for the proper functioning of jurisdictional organs; e) Submission of weekly and monthly reports on value books, as well as issuance of deposit bills, being bound to obtain their beneficiaries' signatures on

[QR CODE]

[Logo]              **SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
                    *"2022, YEAR OF RICARDO FLORES MAGÓN,*
                    *FORERUNNER OF THE MEXICAN REVOLUTION"*
                    *FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

the corresponding books, f) Attention to the public related in any manner whatsoever to the issues being pursued in the courts; g) Supervise the attendance of the assigned personnel and attendance books of court clerks; h) Prepare and dispatch any necessary motion ordered in the ruling related to the trials assigned to the courts, as well as any administrative-type motion; i) Review that the government book is updated, as well as open on a daily basis the promotion book; j) Survey the remittance of files to the judicial archive for their destruction and duly safeguard; k) Appoint the assistants to do justice, according to the list and rulings issued by the Full Board; and l) Organize and control the assignment of...".

.- **It is hereby ordered to personally notify the defendant.**- This was ordered and signed by **HELIO VICTORIA GUZMÁN**, Fifty-second Judge for Civil Matters of First Instance of the Superior Court of Justice of Mexico City, before Court Clerk "A", **Oscar Alonso Tolamatl,** who signs and attests. I attest.



Electronic seal SIGJ /TSJCDMX – Fifty-second
Court of Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:

[QR CODE]

In ***Judicial Weekly Bulletin*** No. __117__ corresponding to __July__ __01__, __2022__, the publication providing in the Law was made.— For the records. On __July__ __04__, __2022__, the aforementioned notice became effective.— For the records.

[LOGO]
**CRYPTOGRAPHIC EVIDENCE - SETTLEMENT**

Signed file: 1656611894869.pdf
Certifying Authority of the Judicial Branch of Mexico City
Signatory(ies): 2
Page(s): 7

| | Signatories | | | | Signatures |
|---|---|---|---|---|---|
| **Name(s):** | HELIO VICTORIA GUZMAN | **Validity:** | Effective | **Series No.:** | 70.6a.63.64.6d.78.32.30.30.31.32.36.36 |
| | OSCAR ALONSO TOLAMATL | **Validity:** | Effective | **Series No.:** | 70.6a.63.64.6d.78.32.30.30.30.36.35.39 |

| **OCSP** | |
|---|---|
| **Date: (UTC / CDMX)** | 06/30/22 20:07:25 - 06/30/22 15:07:25 |
| | 06/30/22 20:14:22 - 06/30/22 15:14:22 |
| **Respondent(s) name:** | Service delegated OCSP by AC of the Judicial Branch of CDMX |
| | Service delegated OCSP by AC of the Judicial Branch of CDMX |
| **Respondent(s) issuer(s):** | Certifying Authority of the Judicial Branch of Mexico City |
| | Certifying Authority of the Judicial Branch of Mexico City |
| **Series number(s):** | 70.6a.63.64.6d.78.32.30.32 |
| | 70.6a.63.64.6d.78.32.30.32 |

| **TSP** | |
|---|---|
| **Date: (UTC / CDMX)** | 06/30/22 20:07:25 - 06/30/22 15:07:25 |
| | 06/30/22 20:14:22 - 06/30/22 15:14:22 |
| **Name of the issuer of TSP answer:** | Entity Issuing Time Seals of the Judicial Branch of Mexico City |
| | Entity Issuing Time Seals of the Judicial Branch of Mexico City |
| **Issuer of TSP Certificate:** | Certifying Authority of the Judicial Branch of Mexico City |
| | Certifying Authority of the Judicial Branch of Mexico City |

| **Digital seals** |
|---|
| 59 a7 75 4b 89 9b 76 46 8e 17 80 9f 9f 18 d9 9b c7 59 ae 84 d8 b7 a1 7c f9 94 20 18 75 cd 57 7b bb 1d fd a7 92 c3 1a f1 9e 9d 9b |
| 8a 21 e6 e5 47 13 6a 02 17 c8 06 a6 f5 5c 8f 10 7d f2 09 ac e9 b5 4f 2c 95 ff 4f 49 7e cf 88 87 76 4c f4 0d 53 e2 f8 f7 18 39 d1 |

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in eight (8) pages is, at the best of my knowledge, true, complete and correct.



Zuluem Julieta García Pacheco
Mexico City, Federal District, July 12, 2022
Phone:  (52) (55) 52 19 68 95
E-mail:  zuluemgp@prodigy.net.mx

Electronic seal SIGJ /TSJCDMX – Fifty-second
Court of Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:
511-3295-6874-9009-092 | 1656611894869 – SIGJ
/ TSJCDMX – V2

[QR CODE]