## Exhibit D

**Letter Appointing Foreign Representative**

July 12, 2022

Robert Wagstaff
Riveron Consulting, LLC
600 Brickell Avenue
Suite 2550
Miami, FL, 33131
robert.wagstaff@riveron.com

RE:   Foreign Representative of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.

Dear Mr. Wagstaff,

On June 28, 2022, a decree was issued by the 52nd Civil Judge of Mexico City (*Juez Quincuagésimo Segundo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México*) corresponding to the Special Mercantile Lawsuit (*Vía Sumaria Especial Mercantil*) filed by Mr. Angel Francisco Romanos Berrondo, on his own behalf and as shareholder of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "Company") commencing the dissolution and liquidation of the Company (the "Mexican Dissolution Proceeding") in the 52nd Civil Court of Mexico City, Mexico (the "Mexican Court") pursuant to articles 229, 232, 233, 236, and others of the *Ley General de Sociedades Mercantiles*, as originally published in the *Diario Oficial de la Federación* on August 4, 1934 and last revised on June 14, 2018 (as amended, the "Mexican Corporations Law").

On June 30, 2022, the Mexican Court entered an order formally commencing the Mexican Dissolution Proceeding and appointing me as the liquidator of the Company. The order authorizes me to appoint a foreign representative (including as that term is defined in section 101(24) of the U.S. Bankruptcy Code) (the "Foreign Representative") of the Mexican Dissolution Proceeding.

I am writing to notify you that as the liquidator of the Company, I appoint you to act as the Foreign Representative. As such, you are authorized to (i) commence, if and when needed, any ancillary recognition or other proceeding in support of the Mexican Dissolution Proceeding (a "Supporting Foreign Proceeding"), including the filing of a proposed petition and proposed verified petition seeking recognition of the Mexican Dissolution Proceeding under chapter 15 of title 11 of the United States Code (the "Chapter 15 Proceedings"), (ii) seek all relief available to a foreign representative and take all actions on behalf of the Company in such Supporting Foreign Proceeding, and any other and further relief that you deem prudent in support of the Mexican Dissolution Proceeding, (iii) take any and all actions on behalf of the Company (to the extent permitted by applicable law) that you deem necessary, and (iv) if applicable, act as the agent of

the Company in administering the reorganization of the Company's assets and affairs in any Supporting Foreign Proceeding.

Subject to Mexican Court approval (to the extent necessary), you are authorized to retain and employ professionals to render services to the Company in connection with the Chapter 15 Proceedings. Such professionals shall include: (i) Lopez Melih y Estrada to act as legal counsel; (ii) White & Case LLP to act as counsel to the Company and to you in connection with the Chapter 15 Proceedings; (iii) Richards, Layton & Finger, P.A. to act as local Delaware legal counsel; and (iv) Riveron Consulting, LLC to act as financial advisor. You are authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals. Furthermore, you are authorized and directed, in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of these resolutions.

Please note that a copy of this letter (with an accompanying Spanish translation) will be presented to the Mexican Court for purposes of keeping the Mexican Court duly informed.

Best regards,

*[signature]*

Fernando Alonso de Florida Rivero
Liquidator of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.