**Credito Real, S.A.B. de C.V., SOFOM, E.N.R.    22-10630/22-10696    Status Conference    8-9-2022**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Tracy | Klestadt | Interested Party | Klestadt Winters Jureller Southard & Stevens, LLP |
| Hailey | Klabo | Interested Party | Davis Polk & Wardwell LLP |
| Stephanie | Sweeney | Interested Party | Klestadt Winters Jureller Southard & Stevens, LLP |
| John | Knight | Putative Debtor / Foreign Rep | Richards,  Layton & Finger,  P.A. |
| Francisco | Vazquez | The Bank of New York Mellon | Norton Rose Fulbright US LLP |
| Xochitl | Herrera | REDD Intelligence | |
| Sean | Greecher | Banco Bilbao Vizcaya Argentaria,  BBVA Mexico,  S.A.,  Institucion de Banca Multiple,  and Grupo Financiero BBVA Mexico ("BBVA") | Young Conaway Stargatt & Taylor,  LLP |
| Miranda | Russell | Morrison & Foerster LLP | Morrison & Foerster LLP |
| Lucy | Monteiro | Press | Debtwire |
| David | Buchbinder | United States Trustee | Office of the United States Trustee |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Amanda | Steele | Putative Debtor/Foreign Representative | Richards,  Layton & Finger,  P.A. |
| David | Botter | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Mark | Eckard | The Bank of New York Mellon | Reed Smith LLP |
| Abid | Qureshi | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| James | Savin | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Kevin | Eide | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Alexander | Saeedy | WSJ | |

**Credito Real, S.A.B. de C.V., SOFOM, E.N.R.    22-10630/22-10696   Status Conference   8-9-2022**

| Alexander | Antypas | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|---|
| Erica | Reeves | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Christopher | Samis | The Ad Hoc Group and the Petitioning Creditors | Potter Anderson & Corroon LLP |
| L. Katherine | Good | The Ad Hoc Group and the Petitioning Creditors | Potter Anderson & Corroon LLP |
| Karen | Leung | Reorg | |
| Ira | Dizengoff | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Teri | Buhl | self | Fitch Solutions |
| Robert | Fitzgerald | N/A | |
| Michelle | Perez | Credito Real | White & Case |
| Stephan E. | Hornung | BNP Paribas | Stroock & Stroock & Laval LLP |
| Robert | Wagstaff | Credito Real | Riveron |
| Juan Pablo | Estrada | Credito Real | Lopez Melih Y Estrada, S.C. |
| Jason | Zakia | Credito Real | White & Case LLP |
| Feike | de Jong | press | Debtwire |
| Stephen | Walroth-Sadurni | Interested Party | Walroth-Sadurni Law |
| Michelle | del Campo | none | none |
| Deborah | Williamson | Rajunov Interest LLC | Dykema Gossett |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Dietrich | Knauth | non-party, media observer | Reuters |
| Sarah | Silveira | Credito | Richards, Layton & Finger, P.A. |
| Arturo | Reséndiz | BOT Finance México, S.A. de C.V., SOFOM. ENR | BOT Finance |
| Claudia Teruko | Miyauchi Mori | BOT Finance Mexico, SA de CV SOFOM | BOT Finance Mexico, SA de CV SOFOM |
| Atsushi | Komada | BOT Finance Mexico, SA de CV, SOFOM | BOT Finance Mexico, SA de CV, SOFOM |
| Takafumi | Yanagi | BOT Finance Mexico, SA de CV SOFOM | BOT Finance Mexico, SA de CV SOFOM |

**Credito Real, S.A.B. de C.V., SOFOM, E.N.R.    22-10630/22-10696    Status Conference    8-9-2022**

| Judge | Dorsey | U.S. Bankruptcy Judge | |
| --- | --- | --- | --- |
| | | | |