# EXHIBIT D

**Direction to Mexican Public Registry of Commerce Requiring Registration**

**Certified Translation (English)**

| [LOGO OF THE PJCDMX] JUDICIAL BRANCH OF MEXICO CITY | SUPERIOR COURT OF JUSTICE | *"2022, Year of Ricardo Flores Magón, Forerunner of Mexican Revolution"* |
|---|---|---|

52nd Court for Civil Matters of Mexico City
Court Clerk "A"
File: **691/2002**
Official communication number: 2597/2022

Mexico City, July 8, 2022

**DIRECTOR OF THE PUBLIC REGISTRY OF PROPERTY AND
COMMERCE OF MEXICO CITY**

In compliance with the orders given by means of court order dated June thirty and July seven, two thousand twenty-two, rendered in court orders of the **SPECIAL COMMERCIAL** Action, pursued by **ROMANOS BERRONDO ÁNGEL FRANCISCO against CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD REGULADA**, I hereby give you this official communication in order to register, as indicated in court order dated June thirty, two thousand twenty-two, in the commercial folio 170,184 BIS, the holder of which is the company named CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA, the complaint filed and request to have expressly indicated in such registration: "the judicial statement being rendered is claimed as main compensation in order to acknowledge that CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA was dissolved and is under liquidation since April 30, 2022, as the regulatory assumption regulated in section V of article 229 of the General Law of Business Companies has occurred". Two certified copies are attached hereto.

[At the bottom a watermark with the Mexican coat of arms reading:]

"United Mexican States"

Please rest assured that I will give the matter my most careful consideration.

In terms of the General Resolution 36-48/2012 issued by the Judiciary Council of Mexico City, during session held on November twenty, two thousand twelve, whereby the guidelines of the pilot program to delegate several legal-administrative functions to the Arbitrators ascribed to Courts are established.

Mexico City

[ILLEGIBLE SIGNATURE]
GERARDO ULISES GUERRERO BAUTISTA,
ATTORNEY-AT-LAW

[A STAMPED SEAL BEARING THE MEXICAN COAT OF ARMS READING:]
"UNITED MEXICAN STATES SUPERIOR COURT OF JUSTICE OF MEXICO CITY, FIFTY-SECOND COURT FOR CIVIL MATTERS"

---

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in one (1) page is, at the best of my knowledge, true, complete and correct.

Zuluem Julieta García Pacheco
Mexico City, Federal District, July 25, 2022
Phone: (52) (55) 52 19 68 95
E-mail: zuluemgp@prodigy.net.mx

[QR CODE]

**Original (Spanish)**

**PJCDMX PODER JUDICIAL CIUDAD DE MÉXICO | TRIBUNAL SUPERIOR DE JUSTICIA**

Juzgado 52 de lo Civil de la CDMX
Secretaría "A"
Expediente: **691/2022**
Oficio número: 2597/2022

Ciudad de México a 8 de julio del 2022

**C. DIRECTOR DEL REGISTRO PUBLICO DE LA PROPIEDAD Y DEL COMERCIO DE LA CIUDAD DE MÉXICO**
**PRESENTE.**

En cumplimiento a lo ordenado por auto de treinta de junio y siete de julio del dos mil veintidós, dictados en los autos del Juicio **ESPECIAL MERCANTIL**, seguido por **ROMANOS BERRONDO ÁNGEL FRANCISCO** en contra de **CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA**, giro a usted el presente a fin de que se realice la inscripción ordenada en auto de treinta de junio del dos mil veintidós en el folio mercantil 170,184 BIS del cual es titular la sociedad CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA de la demanda promovida solicitando que se haga constar en la inscripción, expresamente: "se reclama como prestación principal la declaración judicial que se dicte a efecto de que se reconozca que CRÉDITO REAL, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA se disolvió y se encuentra en estado de liquidación desde el 30 de abril del 2022 al haberse actualizado el supuesto normativo regulado en la fracción V del artículo 229 de la Ley General de Sociedades Mercantiles". Acompañando copia certificada por duplicado.

Reitero a Usted las seguridades de mi atenta y distinguida consideración.

En términos del Acuerdo General 36-48/2012 emitido por el Honorable Consejo de la Judicatura de la Ciudad de México en sesión de fecha veinte de noviembre de dos mil doce, en el que se establecen los lineamientos del programa piloto para la delegación de diversas funciones jurídico administrativas a los Secretarios Conciliadores adscritos a los Juzgados de la Ciudad de México.

**LICENCIADO GERARDO ULISES GUERRERO BAUTISTA**

[Sello: JUZGADO QUINCUAGÉSIMO SEGUNDO DE LO CIVIL — TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO]

Calle Doctor Claudio Bernard No. 60, Quinto Piso, Colonia Doctores, Alcaldía Cuauhtémoc, Ciudad de México, C.P. 06720