**<u>EXHIBIT F</u>**

**Mexican Response**

**Certified Translation (English)**

# LÓPEZ MELIH Y ESTRADA
## Attorneys at Law

Alfonso M. López Melih
Juan Pablo Estrada Michel
Alfonso González Torres
Lorena Peniche Franco
Fernando Osawa Estévez
Carlos G. Guerrero Orozco
Armando Salinas Domínguez

[Stamped seal reading:]
"JUDICIARY POWER OF
MEXICO CITY
2022 JUL 11 PM 1:47]
FIFTY-SECOND COURT
FOR CIVIL MATTERS"

[Partially illegible
handwritten inscriptions]

Sierra Gamón 320
Lomas de Chapultepec
Mexico City, 11000
Phone (+52) 55 5540 0707
www.LMyE.mx

**ANGEL FRANCISCO ROMANOS
BERRONDO
VS
CRÉDITO REAL, S.A.B. DE CV.,
SOCIEDAD FINANCIERA DE OBJETO
MULTIPLE, ENTIDAD NO REGULADA**
Special Commercial Action
File 691/2022
Court Clerck "A"

**FIFTY-SECOND JUDGE FOR CIVIL MATTERS
OF MEXICO CITY**

 

**I, FELIPE GUELFI REGULES**, attorney in fact for litigations and collection of **CRÉDITO REAL, S.A.B. DE C.V., SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA ("Crédito Real")**, legal capacity that I evidenced under the terms of the certified copy of public instrument I attached hereto (as **exhibit one**) and hereby request that such legal capacity be duly recognized in the court records, hereby respectfully appear before Your Honor to state:

**1.** I hereby file attached hereto as **exhibit two** a copy of my principal's Federal Taxpayer's ID and as **exhibit three** a copy of my official ID card.

**2.** Under the terms of article 1069 of the Code of Commerce, my principal hereby appoints as its counsels and judicial representatives Messrs. Alfonso Martín López Melih (Professional ID Card No. 1,484,790), Juan Pablo Estrada Michel

[QR CODE]    **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**TIME SEAL:** 06/17/2022 09:41:19
**Entry number:** 3485, book 5.
**PAGE:** 1 of 35.



# LÓPEZ MELIH Y ESTRADA
## Attorneys at Law

(Professional ID Card No. 4,333,781), Alfonso González Torres (Professional ID Card No. 10,919,222), Lorena Peniche Franco (Professional ID Card being processed), Carlos Guillermo Guerrero Orozco (Professional ID Card No. 8,126,276) and Armando Salidos Domínguez (Professional ID Card No. 12,066,938) who indistinctly, and jointly or separately have the powers acknowledged in the law to counsels and judicial representatives, particularly, listing without limitation, to file any relevant motion, file and submit evidence, take part in evidentiary proceedings, argue in hearings, request to suspend or defer a hearing, request to enter a judgement to prevent the statutes of limitations and dismissal of trial due to lack of trial activity and take any other action needed to defend the rights of Crédito Real in connection with this trial, as well as to be served any type of notices, revise the court file, take notes, even through electronic digital media, and receive anything that must be delivered to my principal due to this trial, legal capacity which I hereby request to be acknowledged to them for any legal purpose.

3. Likewise, I hereby also authorize, indistinctly Messrs. José Carlos Aguilar Moreno, Daniela Pons Aranda, Juan Pablo Aguirre Aguilera, Mariana Sors Organista, Karla Mejí González and André Gamboa Barragán, to be served any type of notices, revise the court file, take notes, and receive anything that must be delivered to my principal, legal capacity which I hereby also request to be acknowledged to them for any legal purpose.

4. I hereby provide as Crédito Real's address to be summoned that located at Sierra Gamón 320, colonia Lomas de Chapultepec, alcaldía Miguel Hidalgo, Código postal 1,000, in Mexico City, where any summon is to be served and any proceeding provided in the law is to be conducted.

5. I hereby also authorize the user names *AlfonsoGonzalezTorres* (pertaining to Alfonso González Torres), *CGuerreroOrozco* (pertaining to Carlos Guillermo Guerrero Orozco), *ArmandoSalinasD* (pertaining to Armando Salinas Domínguez), *JoseCarlosAguilar* (pertaining to José Carlos Aguilar Moreno), *JPAguirreAG* (pertaining

[QR CODE]    **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 2 of 35.




to Juan Pablo Aguirre Aguilera), *msorslmye* (pertaining to Marian Sors Organista) and *andrelmye* (pertaining to André Gamboa Barragán), only to revise the electronic file.

## THE COMPLAINT IS HEREBY ANSWERED

I hereby answer on my principal's behalf and legally in due time and proper form the complaint filed against my principal by ÁNGEL FRANCISCO ROMANOS BERRONDO, as shareholder of Crédito Real, due to the reasons and groundings stated in his complaint, which, as evidenced in the relevant court notice and file certificate, was served on my principal on July 7, 2022 by judicial Court Clerk assigned to this Court. Therefore, this answer to the complaint is timely filed, evidencing that form the remedies sought it appears that judicial liquidation of my principal is requested, since the assumption provided in article 229, section V, of the General Law of Business Corporations, that is, the loss of two thirds of its capital stock, is within the scope of the law, situation which will be referred to upon answering the facts contained in the complaint but is expressly acknowledged.

## ANSWER TO THE FACTS

**1.** The related fact being answered is true.

**2.** Even though the related fact being answered refers to the issuance of instruments, such fact is true as regards the corporative acts therein provided.

**3.** Even though the related fact being answered refers to the issuance of instruments, such fact is true as regards the corporative acts therein provided.

**4.** Even though the related fact being answered refers to the issuance of instruments, such fact is true as regards the corporative acts therein provided, and my principal's character.

**5.** Even though the related fact being answered refers to the issuance of instruments, such fact is true as regards the corporative acts therein provided.



[Signature]

**INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of México City
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 3 of 35.

[QR CODE]

## LÓPEZ MELIH Y ESTRADA
Attorneys at Law

**6.** Even though the related fact being answered refers to the issuance of documents, such fact is true as regards the corporative acts therein provided.

**7.** Even though the related fact being answered refers to the issuance of documents, such fact is true as regards the corporative acts therein provided.

**8.** Even though the related fact being answered refers to the issuance of documents, such fact is true as regards the corporative acts therein provided.

**9.** The related fact being answered is true. In other words, my principal's bylaws in effect are embodied in public instrument No. 21,480 dated April 6, 2020, granted by Notary Public 243, in and for Mexico City, Mr. Guillermo Escamilla Narváez, submitted by plaintiff as <u>Exhibit "6"</u> to its initial written complaint. Aside from this, my principal remits to the wording in full of its corporate bylaws in effect for any applicable legal purpose.

**10.** The related fact being answered is true.

**11.** The related fact being answered is not drafted as my principal's own act, but as the plaintiff's act. However, I hereby clarify, for any applicable purpose, that it is true that ÁNGEL FRANCISCO ROMANOS BERRONDO was appointed and acted as Chairman of Board of Directors of Crédito Real since the indicated date. Likewise, it is true that by means of resolutions of the Yearly General Ordinary Shareholders' Meeting, such Board of Directors was composed as therein indicated.

**12.** The related fact being answered is not drafted as my principal's own act, but as the plaintiff's act. However, it is true that ÁNGEL FRANCISCO ROMANOS BERRONDO is a shareholder of Crédito Real. Likewise, it is true that my principal's financial statements were  audited by Deloitte México.

**13.** In the first paragraph, the related fact being answered is not drafted as my principal's own act, but as the plaintiff's act. Now therefore, regarding its second paragraph, my principal remits to the filed information.



[QR CODE]   **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 4 of 35.

It is necessary to clarify that during 2021 and so far this year 2022, my principal has faced a complicated financial situation; therefore, a financial analysis was conducted to determine the actions to be taken to find a solution and prevent major losses. In this connection, it is important to mention to Your Honor that, from the financial analysis conducted by comptroller to Crédito Real, Mr. Humberto Quiroz Moreno, **who is aware that my principal lost more than two thirds of its capital stock,** situation **ACKNOWLEDGED BY HIM** for the applicable legal purposes; and which indeed exists and consequently points to liquidation, as proven by plaintiff in the documents attached to the original written complaint.

It is important to mention that dissolution and liquidation of CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R. are a matter of fact. Such dissolution and liquidation could have been remedied; however, due to the position of several Credit Institutions and bond holders the negotiations were unsuccessful and futile, which makes liquidation of the Company unavoidable as provided in the General Law of Business Corporations.

I, the undersigned, hereby states that the loss of more than two thirds of capital stock of **CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.** was a consequence of several irregularities that have been denounced by me before the administrative and criminal authorities and the Company's audit committee itself, insisting on the futile negotiations with bond holders and Credit Institutions which unavoidable cause the Company's liquidation.

**14.**     The related fact being answered, as regards the factual situation of the company's capital stock, is true. By acknowledging that the cause for dissolution subject matter of the trial is, precisely, about the amount of my principal's capital stock and record and not about the concept of capital stock.

It is necessary to clarify that during 2021 and so far this year 2022, my principal has faced a complicated financial situation; therefore, a financial analysis was conducted to determine the actions to be taken to find a solution and prevent major losses. In this connection, it is important to mention to Your Honor that, from the financial analysis

[Signature]



**INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of México City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 5 of 35.

## LÓPEZ MELIH Y ESTRADA
Attorneys at Law

conducted by comptroller to Crédito Real, Mr. Humberto Quiroz Moreno, **who is aware that my principal lost more than two thirds of its capital stock,** situation **ACKNOWLEDGED BY HIM** for the applicable legal purposes; and which indeed exists and consequently points to liquidation, as proven by plaintiff in the documents attached to the original written complaint.

**15.** Even though the related fact being answered is not drafted as my principal's own act, but as the plaintiff's act, it is true that ÁNGEL FRANCISCO ROMANOS BERRONDO is a shareholder of Crédito Real and presided its Board of Directors, making clear that on the date mentioned by ÁNGEL FRANCISCO ROMANOS BERRONDO he resigned from that position (but not as a Board member) without anyone being appointed to occupy such position so far. Aside from this, Crédito Real leaves to Your Honor's opinion the consideration of the other questions and interpretations included in this section by plaintiff. It is also clarified that Your Honor is the one to decide if the dissolution is admissible or not according to the court records, taking into consideration the financial condition described in the complaint and acknowledged by my principal, construed that the Financial Statements and Balance Sheet reflect my principal's actual condition; that is, the loss of more than two thirds of the capital stock.

I hereby make clear that my principal has filed any and all relevant reports and notices provided in the Securities Market Law, which is a public and notorious fact. Moreover, during the past months Crédito Real has conducted an intensive negotiation process with its creditors of any type. Finally, it must be clarified that Crédito Real has abide and comply with the orders received from the Comisión Nacional Bancaria y de Valores [National Banking and Securities Commission] on the matter; therefore, I, the undersigned, have always acted according to the provisions of the applicable regulation and accordingly to my principal's financial condition, making all the corresponding denunciations.

[QR CODE]     **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 6 of 35.



16.     The related fact being answered is not drafted as my principal's own act, but as the plaintiff's act. However, the true is that due to the complaint filed by the plaintiff, Your Honor is the one to decide if the dissolution is admissible or not according to the court records, always taking into consideration the aforementioned net income(loss), which is true, and the capital stock amount of Crédito Real, which is also true.

Naturally, the plaintiff's legal considerations, interpretations and opinions contained in the aforementioned sections, do not properly constitute allegations of fact that must be answered by defendant, since Your Honor is the one to rule on issue.

## LEGAL GROUNDINGS

Your Honor is the one to rule, according to your upright criterion, this matter as applicable under the law, taking into consideration the answer to the submitted facts.

In any event, I request to consider as herein inserted by reference all the statements made while answering the facts stated in the complaint which evidence there is no known crime or loss caused by my principal and, in all respects, this complaint is only intended to **acknowledge a factual situation arising from the Financial Statements filed as the merits of the complaint and its necessary legal consequence, which is my principal's liquidation**.

## INADMISSIBILITY OF COLLECTION OF EXPENSES AND COURT-AWARDED EXPENSES

Under the terms of article 1084 of the Code of Commerce, since plaintiff has neither demanded not mentioned in its sought remedies the collection of expenses and court-awarded expenses in this trial, any sentence on this matter is inadmissible. Aside from this, in the case at issue, it is evident that my principal defends its best interests in the statements herein made.

## SUBMISSION OF EVIDENCE

[Signature]



[QR CODE]     **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of México City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 7 of 35.

## LÓPEZ MELIH Y ESTRADA
Attorneys at Law

In order to prove the statements herein made and the admissibility of the exceptions herein opposed and based on articles 1061, section IV, 1378, section VIII and any other related and applicable article of the Code of Commerce, I hereby submit the following evidence:

**1. COURT RECORDS**, consisting of any and all records of this trial, including the documents grounding the action filed by plaintiff. I hereby relate this piece of evidence to any and all facts stated in the complaint and answer to the complaint. This piece of evidence proves the matters of the answer given to all the facts stated in the complaint.

**3.- PRESUMPTION OF LAW AND FACT,** consisting of any and all records of this trial and anything that may benefit my principal's interests, and I hereby relate this piece of evidence to any and all facts stated in the complaint and answer to the complaint. This piece of evidence proves the legal and factual truth and, accordingly, proves veracity of the answer given to any and all facts stated in the complaint.

### PETITION

In view of anything stated and grounded above, **I HEREBY RESPECTFULLY REQUEST YOUR HONOR** :

**FIRST:** To consider myself as having appeared in court as attorney in fact for litigation and collection of Real, legal capacity which I prove and request to be duly acknowledged in the court records.

**SECOND:** To considered the professionals mentioned in the relevant section as authorized under the terms of article 1069, third paragraph, of the Code of Commerce, and with any and all stated powers.

**THIRD:** To consider as approved to be served notices the indicated persons, and as provided my principal's address to be served.

[QR CODE]  **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 8 of 35.



**FOURTH:** To consider Crédito Real as having appeared in court under the terms hereof, and having answered the complaint filed against my principal.

**FIFTH:** In due time, to enter a final sentence according to law.

## I ATTEST

Mexico City, on the filing date hereof

[Signed]

## FELIPE GUELFI REGULES



[Signature]

**INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 76 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 9 of 35.

[QR CODE]

# LÓPEZ MELIH Y ESTRADA
## Attorneys at Law

[Coat of Arms of the United Mexican States]                    [Barcode]

[Two stamped seals at the sides of the page reading: "UNITED MEXICAN STATES, GUILLERMO ESCAMILLA NARVÁEZ, ATTORNEY-AT-LAW, NOTARY PUBLIC'S OFFICE 243, MEXICO CITY]

GEN/gmr/JYLM/EPC/C

**INSTRUMENT NUMBER TWENTY-THREE THOUSAND TWO HUNDRED SIXTY-EIGHT.** __

**BOOK FIVE HUNDRED NINETEEN.** _____

**MEXICO CITY,** on the fourth day of May, two thousand twenty-two. _____

**I, GUILLERMO ESCAMILLA NARVÁEZ,** ATTORNEY-AT-LAW, Head of Notary Public's Office two hundred forty-three in and for Mexico City, hereby evidence. _____

**THE NOTARIZATION** of the document embodying the resolutions passed without holding a meeting by the consent and unanimous vote of the members of the Board of Directors of **"CRÉDITO REAL", SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA, dated April, one, two thousand twenty-two**, whereby, it was resolved… _____

---G) TO APPROVE THE GRANTING OF POWERS AND AUTHORITY, made upon request of OMAR RAMÍREZ SÁNCHEZ, as special delegate, pursuant to the following recitals and clauses: _____

_____ **RECITALS** _____

**I. INCORPORATION.-** By means of public instrument number eighty-five thousand six hundred forty-three, dated February twelve, one thousand nine hundred ninety-three, granted by Arturo Sobrino Franco, Attorney-at-Law, head of notary public's office number forty-nine in and for Mexico City, the first testimony of which was entered in the Public Registry of Commerce of this City, under commercial folio number one hundred seventy thousand one hundred eighty-four, on March one, one thousand nine hundred ninety-three, **"CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO** was incorporated, domiciled in Mexico City, with a duration for an indefinite period of time, with foreigners' admission clause, minimum fixed capital stock amounting to thirteen million five hundred thousand pesos, Mexican currency, then, thirteen million five hundred thousand new pesos, Mexican currency, the purpose of which is to operate, among others, as a financial factoring company, special-purpose financial intermediaries. _____

**II.- CAPITAL INCREASE AND AMENDMENT TO THE CORPORATE BYLAWS.-** By means of public instrument number eighty-six thousand five hundred sixty-seven, dated November ten, on thousand nine hundred ninety-three, granted by the same notary public indicated above, the first testimony of which was entered in the Public Registry of Commerce of this City, under commercial folio number one hundred sixty thousand one hundred eighty-four bis,

[QR CODE]    **INTEGRAL NOTARIAL NETWORK.**
**UUID:** 8C88201f-5716-43ab-93c1-c7b8813485c6
**NOTARY:** Mario Fernando Pérez Salinas y Ramírez, Notary 16 of Mexico City.
**Time seal:** 06/17/2022 09:41:19
**ENTRY NUMBER:** 3485, book 5.
**PAGE:** 10 of 35.

on April seven, one thousand nine hundred ninety-four, the minutes of the general extraordinary shareholders' meeting of **"CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO,** held on October seven, one thousand nine hundred ninety-three were notarized, whereby, among other resolutions, it was passed to increase the fixed portion of the capital stock, to the amount of eighteen

Electronic seal SIGJ /TSJCDMX – Fifty-second
Court for Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-07-11
15:14:22 | FP: 2022-07-12 | NAS:
511-3295-6874-9009-820 | 1656611894869 – SIGJ
/ TSJCDMX – V2

[QR CODE]



[Logo of the JUDICIARY BRANCH]

**SUPERIOR COURT OF JUSTICE OF MEXICO CITY**
**"2022, YEAR OF RICARDO FLORES MAGÓN,**
**FORERUNNER OF THE MEXICAN REVOLUTION"**
**FIFTY-SECOND COURT FOR CIVIL MATTERS**

**FILE: 691/2022.**

THE COURT CLERK HEREBY CERTIFIES: That the period of time of **EIGHT DAYS,** granted to defendant to answer the complaint against it, goes from **JULY ELEVEN TO AUGUST FOUR, TWO THOUSAND TWENTY-TWO. I ATTEST.-** Mexico City, July eleven, two thousand twenty-two**.**

Mexico City, July eleven, two thousand twenty-two.

It is hereby considered as made the certification above by Court Clerk assigned to this Court, based on the provisions of Article 58, **section** IV, of the Organic Law of the Superior Court of Justice of Mexico City. It is hereby ordered to i) attach to court records of file **691/2022** the motion submitted by **FELIPE GUELFI REGULES attorney in fact to defendant CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.,** whose legal capacity has been proven and acknowledged under the terms of certified copy of power No. 23,268 dated May four, two thousand twenty-two, executed by Notary Public No. 243 in and for Mexico City; ii) consider as provided the address indicated to be served; iii) consider as approved the professional appointed, under the terms of article 1069, paragraph III, of the Code of Commerce, to file any relevant motions, file and take part in the submission of evidence, argue in hearings, request to enter a judgement to prevent the statutes of limitations and dismissal of trial due to lack of trial activity and take any other action needed to defend their rights; iv) consider as authorized any other person appointed to be served any notice, documents and securities, and v) consider as authorized the person appointed to be served any documents and securities.

It is hereby considered as _answered_ in due time and proper form the _complaint_ filed against it under the provided terms along with statements regarding acknowledgment of facts stated in the complaint and its legal status. It is hereby

Electronic seal SIGJ /TSJCDMX – Fifty-second Court for Civil Matters | 691/2022-1 | HV1CTORIAG | 2022-06-30 15:07:25 | OALONSOT | 2022-07-11 15:14:22 | FP: 2022-07-12 | NAS: 511-3295-6874-9009-820 | 1656611894869 – SIGJ / TSJCDMX – V2

[Code QR]



ordered to notify the plaintiff, so that within THREE DAYS plaintiff may file a rebuttal.

It is hereby considered as made submitted the evidence, which I reserve to enter a ruling at the proper procedural time.

Notice is ordered to be given.- It was so ruled and executed by **HELIO VICTORIA GUZMAN**, Fifty-Second Judge for Civil Matters of the Supreme Court of Justice of Mexico City and Court Clerk "A", Oscar Alonso [illegible], before whom the Judge signs, authorizes and attests.

In Judiciary Bulletin No. 12

[Code QR]

In *Judicial Weekly Bulletin* No. ___124___ corresponding to ___July___ ___12___, ___2022___, the publication providing in the Law was made.— For the records. On ___July___ ___13___, ___2022___, the aforementioned notice became effective.— For the records.

[LOGO]
**CRYPTOGRAPHIC EVIDENCE - SETTLEMENT**

**Signed file: 1557557993939.pdf**
**Certifying Authority of the Judicial Branch of Mexico City**
**Signatory(ies): 2**
**Page(s): 2**

| | Signatories | | | Signatures | |
|---|---|---|---|---|---|
| **Name(s):** | HELIO VICTORIA GUZMAN | **Validity:** | Effective | **Series No.:** | 70.6a.63.64.6d.78.32.30.30.31.32.36.36 |
| | OSCAR ALONSO TOLAMATL | **Validity:** | Effective | **Series No.:** | 70.6a.63.64.6d.78.32.30.30.30.36.35.39 |
| **OCSP** | | | | | |
| **Date: (UTC / CDMX)** | 11/07/22 19:59:53 - 11/07/22 14:59:53 | | | | |
| | 11/07/22 20:11:29 - 11/07/22 15:01:39 | | | | |
| **Respondent(s) name:** | Service delegated OCSP by AC of the Judicial Branch of CDMX | | | | |
| | Service delegated OCSP by AC of the Judicial Branch of CDMX | | | | |
| **Respondent(s) issuer(s):** | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| **Series number(s):** | 70.6a.63.64.6d.78.32.30.32 | | | | |
| | 70.6a.63.64.6d.78.32.30.32 | | | | |
| **TSP** | | | | | |
| **Date: (UTC / CDMX)** | 11/07/22 19:59:53 - 11/07/22 14:59:53 | | | | |
| | 11/07/22 20:01:40 - 11/07/22 15:01:40 | | | | |
| **Name of the issuer of TSP answer:** | Entity Issuing Time Seals of the Judicial Branch of Mexico City | | | | |
| | Entity Issuing Time Seals of the Judicial Branch of Mexico City | | | | |
| **Issuer of TSP Certificate:** | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| | Certifying Authority of the Judicial Branch of Mexico City | | | | |
| **Digital seals** | | | | | |

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Mexico City* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in fifteen (**INSTRUMENT NUMBER TWENTY-THREE THOUSAND TWO HUNDRED SIXTY-EIGHT.**

**BOOK FIVE HUNDRED NINETEEN.**

**MEXICO CITY,** on the fourth day of May, two thousand twenty-two.
**I, GUILLERMO ESCAMILLA NARVÁEZ,** ATTORNEY-AT-LAW, Head of Notary Public's Office two hundred forty-three in and for Mexico City, hereby evidence.

<u>**THE NOTARIZATION**</u> of the document embodying the resolutions passed without holding a meeting by the consent and unanimous vote of the members of the Board of Directors of "**CRÉDITO REAL", SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA,** dated April, one, two thousand twenty-two**, whereby, it was resolved…

---G) TO APPROVE THE GRANTING OF POWERS AND AUTHORITY, made upon request of OMAR RAMÍREZ SÁNCHEZ, as special delegate, pursuant to the following recitals and clauses:

**RECITALS**

**I. INCORPORATION.**- By means of public instrument number eighty-five thousand six hundred forty-three, dated February twelve, one thousand nine hundred ninety-three, granted by Arturo Sobrino Franco, Attorney-at-Law, head of notary public's office number forty-nine in and for Mexico City, the first testimony of which was entered in the Public Registry of Commerce of this City, under commercial folio number one hundred seventy thousand one hundred eighty-four, on March one, one thousand nine hundred ninety-three, "**CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO** was incorporated, domiciled in Mexico City, with a duration for an indefinite period of time, with foreigners' admission clause, minimum fixed capital stock amounting to thirteen million five hundred thousand pesos, Mexican currency, then, thirteen million five hundred thousand new pesos, Mexican currency, the purpose of which is to operate, among others, as a financial factoring company, special-purpose financial intermediaries.

Electronic seal SIGJ /TSJCDMX – Fifty-second Court for Civil Matters | 691/2022-1 | HV1CTORIAG | 2022-06-30 15:07:25 | OALONSOT | 2022-07-11 15:14:22 | FP: 2022-07-12 | NAS: 511-3295-6874-9009-820 | 1656611894869 – SIGJ / TSJCDMX – V2

[Code QR]



**II.- CAPITAL INCREASE AND AMENDMENT TO THE CORPORATE BYLAWS.-** By means of public instrument number eighty-six thousand five hundred sixty-seven, dated November ten, on thousand nine hundred ninety-three, granted by the same notary public indicated above, the first testimony of which was entered in the Public Registry of Commerce of this City, under commercial folio number one hundred sixty thousand one hundred eighty-four bis, on April seven, one thousand nine hundred ninety-four, the minutes of the general extraordinary shareholders' meeting of **"CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO,** held on October seven, one thousand nine hundred ninety-three were notarized, whereby, among other resolutions, it was passed to increase the fixed portion of the capital stock, to the amount of eighteen15) pages is, at the best of my knowledge, true, complete and correct.

---

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in fifteen (15) page is, at the best of my knowledge, true, complete and correct.

Zuluem Julieta García Pacheco
Mexico City, Federal District, July 25, 2022
Phone:  (52) (55) 52 19 68 95
E-mail:  zuluemgp@prodigy.net.mx

Electronic seal SIGJ /TSJCDMX – Fifty-second
Court for Civil Matters | 691/2022-1 | HV1CTORIAG |
2022-06-30 15:07:25 | OALONSOT | 2022-06-30
15:14:22 | FP: 2022-07-01 | NAS:
511-3295-6874-9009-092 | 1656611894869 – SIGJ
/ TSJCDMX – V2

[QR CODE]

**Original (Spanish)**

ÁNGEL FRANCISCO ROMANOS
BERRONDO
**VS**
CRÉDITO REAL, S.A.B. DE CV.,
SOCIEDAD FINANCIERA DE OB-
JETO MÚLTIPLE, ENTIDAD NO
REGULADA
Juicio Especial Mercantil
Expediente 691/2022
Secretaría "A"

C. JUEZ QUINCUAGÉSIMO SEGUNDO DE LO CIVIL
EN LA CIUDAD DE MÉXICO
Presente.

FELIPE GUELFI REGULES, apoderado general para pleitos y cobran-
zas de la sociedad denominada CRÉDITO REAL, S.A.B. DE C.V., SOCIEDAD
FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA ("Cré-
dito Real"), personalidad que acredito en términos de la escritura pública que en
copia certificada acompaño (**anexo uno**) y que pido me sea debidamente recono-
cida en autos, ante usted respetuosamente comparezco a exponer:

1. Exhibo adjunto al presente escrito como **anexo dos** una copia del Re-
gistro Federal de Contribuyentes de mi representada y como **anexo tres** una copia
de la identificación oficial del suscrito.

2. En los términos amplios del artículo 1069 del Código de Comercio, mi
mandante designa como abogados patronos y mandatarios judiciales de su parte a
los licenciados Alfonso Martín López Melih (C.P. 1'484,790), Juan Pablo Estrada Mi-
chel (C.P. 4'333,781), Alfonso González Torres (C.P. 10'919,222), Lorena Peniche



RED INTEGRAL NOTARIAL.
UUID: 8c88201f-5716-43ab-93c1-c7b8813485c6
NOTARIO: Mario Fernando Pérez Salinas y Ramírez, Notario 76 de la Ciudad de México.
SELLO DE TIEMPO: 17/06/2022 09:41:19
NÚMERO DE REGISTRO: 3485 del libro 5.
PÁGINA: 1 de 35.

Scanned with CamScanner

LOPEZ MELIH Y ESTRADA, S.C.
Abogados

Franco (C.P. en trámite), Carlos Guillermo Guerrero Orozco (C.P. 8'126,276) y Armando Salinas Domínguez (C.P. 12'066,938), indistintamente, por lo que conjunta o separadamente gozan de las facultades que a los de su clase reconoce la ley, particularmente de forma enunciativa más no limitativa, podrán interponer los recursos que procedan, ofrecer y rendir pruebas, participar en el desahogo de diligencias probatorias, alegar en las audiencias, solicitar su suspensión o diferimiento, pedir se dicte sentencia para evitar la consumación del término de caducidad o sobreseimiento por inactividad procesal y realizar cualquier otro acto que resulte necesario para la defensa de los derechos de Crédito Real con motivo de este juicio, así como también para oír y recibir toda clase de notificaciones, para revisar el expediente, para tomar apuntes, incluso por medios electrónicos digitales, y para recoger todo aquello que por el presente juicio deba entregarse a mi representada, personalidad que pido les sea reconocida para todos los efectos de ley.

3. Además, también autorizo para oír y recibir toda clase de notificaciones, para revisar el expediente, para tomar apuntes, así como para recoger todo aquello que por el proceso deba entregarse a mi representada a los señores José Carlos Aguilar Moreno, Daniela Pons Aranda, Juan Pablo Aguirre Aguilera, Mariana Sors Organista, Karla Mejí González y André Gamboa Barragán, indistintamente, lo que también pido les sea reconocido para todos los efectos de ley.

4. Señalo como domicilio procesal de Crédito Real el ubicado en Sierra Gamón 320, colonia Lomas de Chapultepec, alcaldía Miguel Hidalgo, código postal 11000, en esta Ciudad de México, lugar en el que habrán de hacérsele las notificaciones, así como practicarse las diligencias que previene la ley.

5. Solicito se tenga por autorizado{ a los usuarios *AlfonsoGonzalezTorres* (perteneciente al abogado Alfonso González Torres), *CGuerreroOrozco* (perteneciente al abogado Carlos Guillermo Guerrero Orozco), *ArmandoSalinasD* (perteneciente al licenciado Armando Salinas Domínguez), *JoseCarlosAguilar* (perteneciente a José Carlos Aguilar Moreno), *JPAguirreAG* (perteneciente a Juan Pablo

2



RED INTEGRAL NOTARIAL.
UUID: 8c88201f-5716-43ab-93c1-c7b8813485c6
NOTARIO: Mario Fernando Pérez Salinas y Ramírez, Notario 76 de la Ciudad de México.
SELLO DE TIEMPO: 17/06/2022 09:41:19
NÚMERO DE REGISTRO: 3485 del libro 5.
PÁGINA: 1 de 35.

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

Aguirre Aguilera), *msorslmye* (perteneciente a Marian Sors Organista) y *andrelmye* (perteneciente a André Gamboa Barragán), únicamente para la consulta del expediente electrónico.

## SE CONTESTA DEMANDA

En legales tiempo y forma, vengo por mi mandante a dar contestación a la demanda presentada en su contra por el señor ÁNGEL FRANCISCO ROMANOS BERRONDO, en su calidad de accionista de Crédito Real, por las causas y motivos que ahí afirma, la cual según consta en la cédula respectiva y en la certificación del expediente, fue notificada a mi representada el pasado 7 de julio del 2022 por el Secretario Actuario judicial adscrito a ese Juzgado. Por tal motivo, esta contestación de demanda se presenta oportunamente haciendo constar que de las prestaciones reclamadas se desprende que se demanda la liquidación judicial de mi representada por haberse actualizado el supuesto normativo establecido en la fracción V del artículo 229 de la Ley General de Sociedades Mercantiles, es decir, la pérdida de más de dos terceras partes de su capital social, situación a la que se referirá al contestar los hechos de la demanda pero que se reconoce expresamente.

## CONTESTACIÓN A LOS HECHOS

1. El hecho correlativo que se contesta es cierto.

2. El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

3. El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

4. El hecho correlativo que se contesta, si bien se refiere a la emisión de

3

RED INTEGRAL NOTARIAL.
UUID: 8c88201f-5716-43ab-93c1-c7b8813485c6
NOTARIO: Mario Fernando Pérez Salinas y Ramírez, Notario 76 de la Ciudad de México.
SELLO DE TIEMPO: 17/06/2022 09:41:19

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan, así como por cuanto a la calidad de mi representada.

**5.** El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

**6.** El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

**7.** El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

**8.** El hecho correlativo que se contesta, si bien se refiere a la emisión de documentos, es cierto por cuanto a los actos corporativos que ahí se mencionan.

**9.** El hecho correlativo que se contesta es cierto. Es decir, los estatutos vigentes de mi representada obran en escritura pública 21,480 de 6 de abril del 2020 otorgada ante el Notario Público 243 de la Ciudad de México, licenciado Guillermo Escamilla Narváez, exhibida por el actor como Anexo "6" de su escrito inicial. Por lo demás, mi representada se remite al texto íntegro de sus estatutos sociales vigentes para los efectos legales a que haya lugar.

**10.** El correlativo que se contesta es cierto.

**11.** El correlativo que se contesta no está redactado como propio de mi representada sino del actor. No obstante, para los efectos a que haya lugar, aclaro que es cierto que el señor ÁNGEL FRANCISCO ROMANOS BERRONDO fue nombrado y actuó en calidad de Presidente del Consejo de Administración de Crédito Real desde la fecha que indica. Igualmente, es cierto que por las resoluciones de la

4

Scanned with CamScanner

LOPEZ MELIH Y ESTRADA, S.C.
Abogados

Asamblea General Ordinaria Anual de Accionistas, dicho consejo presentaba la integración que ahí se indica.

**12.** El correlativo que se contesta no está redactado como propio de mi representada sino del actor. No obstante, es cierto que el señor ÁNGEL FRANCISCO ROMANOS BERRONDO es accionista de Crédito Real. Asimismo, es cierto que los Estados Financieros de mi representada fueron auditados por Deloitte México.

**13.** En su primer párrafo, el correlativo que se contesta no está redactado como propio de mi representada sino del actor. Ahora bien, por cuanto a su segundo párrafo, mi mandante se remite a la información exhibida.

Es preciso aclarar que en los años 2021 y lo que ha transcurrido del año 2022 mi representada ha enfrentado una situación financiera complicada, por lo que procedió a realizar un análisis financiero para determinar las acciones a seguir para encontrar una solución y evitar mayores pérdidas. Al respecto es importante mencionarle a su Señoría que, derivado del análisis financiero realizado por el contralor de Crédito Real, el C. Humberto Quiroz Moreno, <u>se tiene conocimiento de que mi representada perdió más de dos terceras partes de su capital social</u>, situación que se <u>RECONOCE</u> para los efectos legales conducentes; es una situación <u>de hecho que existe y que detona la consecuencia de la liquidación, como acreditó la</u> <u>parte actora con los documentos que acompaño a su demanda.</u>

Es importante mencionar que la disolución y liquidación de **CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.** es una cuestión de hecho. Pudo ser remediada; sin embargo, derivado de la posición de diversas Instituciones de Crédito y los tenedores de bonos las negociaciones fueron infructuosas y estériles, lo que hace inevitable la liquidación de la sociedad conforme a lo ordenado por la Ley General de Sociedades Mercantiles.

5

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

El suscrito manifiesta que la pérdida de más de dos terceras partes del capital social de **CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.** fue consecuencia de diversas irregularidades que han sido denunciadas por el suscrito ante las autoridades administrativas y penales y ante el propio comité de auditoría de la Sociedad, insistiendo sobre el hecho de que la infructuosa negociación frente a los bonistas y las instituciones de crédito provocan ineludiblemente la liquidación de la Sociedad.

**14.** El correlativo que se contesta, por cuanto a la situación fáctica del capital social de la sociedad, es cierto. Reconociendo que la causal de disolución materia de la litis versa, precisamente, sobre el monto del capital social e histórico de mi representada y no sobre diverso concepto de capital social.

Es preciso mencionar que en los años 2021 y lo que ha transcurrido del año 2022 mi representada ha enfrentado una situación financiera complicada, por lo que procedió a realizar un análisis financiero para determinar las acciones a seguir para encontrar una solución y evitar mayores pérdidas. Al respecto es importante mencionarle a su Señoría que, derivado del análisis financiero realizado por el controlador de Crédito Real, el C. Humberto Quiroz Moreno, se ha tenido conocimiento de que mi representada perdió más de dos terceras partes de su capital social, situación que se **RECONOCE para los efectos legales conducentes, es una situación de hecho existente y que detona su inevitable liquidación, como lo ordena el artículo 234 de la Ley General de Sociedades Mercantiles.**

**15.** Si bien el correlativo que se contesta no está redactado como propio de mi representada, sino del actor, es cierto que el señor ÁNGEL FRANCISCO ROMANOS BERRONDO es accionista de Crédito Real y que presidió su Consejo de Administración, aclarando que en la fecha que indica presentó su renuncia a tal carácter (mas no a ser miembro del mencionado consejo) sin que a la fecha se hubiere podido designar a nadie más para el cargo. Por lo demás, Crédito Real deja al/recto

6



RED INTEGRAL NOTARIAL.
UUID: 8c88201f-5716-43ab-93c1-c7b8813485c6
NOTARIO:... ...lines y Ramírez, Notario 76 de la Ciudad de México.

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

criterio de su Señoría la consideración de las demás cuestiones e interpretaciones que en ese apartado incluye la parte actora. Se aclara, además, que es su Señoría quien habrá de resolver si procede o no declarar la disolución conforme a las constancias de autos, considerando la situación financiera descrita en la demanda y reconocida por mi mandante, en el sentido que los Estados Financieros y el Balance General reflejan la situación real de mi representada; es decir, la pérdida de más de dos terceras partes del capital social.

Aclaro que mi mandante ha presentado todos los informes y avisos de eventos relevantes que exige la Ley del Mercado de Valores, lo que constituye un hecho público y notorio. Además, en los pasados meses Crédito Real ha llevado a cabo un intenso proceso de negociación con los acreedores de cualquier tipo. Finalmente, cabe aclarar que Crédito Real ha seguido y cumplido las órdenes que ha recibido de la Comisión Nacional Bancaria y de Valores al respecto, por lo que el suscrito siempre ha actuado de conformidad con lo dispuesto por la legislación aplicable y en consecuencia a la situación financiera de mi representada realizando todas las denuncias correspondientes.

**16.**    El correlativo que se contesta no está redactado como propio de mi representada sino del actor. Sin embargo, lo cierto es que ante la demanda del actor es su Señoría quien habrá de resolver si procede o no declarar la disolución conforme a las constancias de autos en el caso concreto, considerando siempre el resultado neto mencionado, el cual es cierto, y el monto del capital social de Crédito Real el cual también es cierto.

Desde luego, las consideraciones jurídicas, interpretaciones y opiniones de la parte actora que se contienen en esos apartados, no constituyen propiamente cuestiones de hecho que deban ser respondidas por la demandada, pues es su Señoría quien habrá de resolver al respecto.

7

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

# FUNDAMENTO JURÍDICO

Corresponde a su Señoría, conforme a su recto criterio, resolver el asunto como en derecho corresponda tomando en consideración la contestación a los hechos planteados.

En cualquier caso pido se tengan aquí por reproducidas las manifestaciones vertidas al dar contestación a los hechos de la demanda donde se demuestra que no se conoce ilícito ni daño alguno causado por mi mandante y que en todo caso la presente demanda únicamente pretende **reconocer una situación de hecho derivada de los Estados Financieros presentados como base de la acción y su consecuencia jurídica necesaria, que es la liquidación de mi representada.**

## IMPROCEDENCIA EN EL COBRO DE GASTOS Y COSTAS

En términos de lo dispuesto por el artículo 1084 del Código de Comercio, en virtud de que la parte actora no ha demandado ni indicado en sus prestaciones el cobro de gastos y costas del juicio, resulta improcedente cualquier condena al respecto. Por lo demás, es evidente en el presente caso que mi representada defiende sus intereses con las manifestaciones que se vierten en el presente escrito.

## OFRECIMIENTO DE PRUEBAS

Con el objeto de acreditar las manifestaciones aquí vertidas y la procedencia de las excepciones opuestas en el presente escrito, y con fundamento en los artículos 1061, fracción IV, 1378, fracción VIII y demás relativos y aplicables del Código de Comercio ofrezco las siguientes pruebas:

8

MELIH Y ESTRADA, S.C.
Abogados

**1LA INSTRUMENTAL DE ACTUACIONES**, consistente en todo lo actuado en el presente juicio, incluyendo los documentos base de la acción exhibidos por la parte actora. Relaciono esta prueba con todos los hechos de la demanda y la contestación a la misma. Con la presente probanza se acreditan los extremos de la contestación dada a todos los hechos de la demanda.

**3.- LA PRESUNCIONAL**, en su doble aspecto legal y humano, en todo lo que beneficie a los intereses de mi mandante y que relaciono con todos los hechos de la demanda y sus correlativos de la contestación. Con esta prueba se acredita la verdad legal y humana y por tanto se demuestra la veracidad de la contestación dada a todos los hechos de la demanda.

## PETITORIOS

Por lo expuesto y fundado, **A USTED C. JUEZ**, atentamente le solicito se sirva:

**PRIMERO**: Tenerme por presentado en mi carácter de apoderado general para pleitos y cobranzas de Crédito Real, personalidad que acredito y pido me sea debidamente reconocida en autos.

**SEGUNDO**: Tener por autorizadas en términos del tercer párrafo del artículo 1069 del Código de Comercio, a los profesionistas que se mencionan en el apartado correspondiente de este escrito con el cúmulo de facultades precisadas.

**TERCERO**: Tener por autorizadas para oír y recibir notificaciones a las personas que se indican y por señalado el domicilio procesal de mi mandante.

**CUARTO**: Tener por presentada a Crédito Real en términos del presente escrito, dando contestación a la demanda instaurada en su contra.

**QUINTO.** En su oportunidad, dictar sentencia definitiva conforme a derecho.

**PROTESTO LO NECESARIO**

9

Scanned with CamScanner

LÓPEZ MELIH Y ESTRADA, S.C.
Abogados

Ciudad de México, a la fecha de su presentación

FELIPE GUELFI REGULES

10

Scanned with CamScanner




GEN/gmrl/JYLM/RPC/C

**ESCRITURA NÚMERO VEINTITRÉS MIL DOSCIENTOS SESENTA Y OCHO.** ——

**LIBRO QUINIENTOS DIECINUEVE.** ——

**CIUDAD DE MÉXICO,** a cuatro de mayo de dos mil veintidós. ——

**LICENCIADO GUILLERMO ESCAMILLA NARVÁEZ,** titular de la Notaría doscientos cuarenta y tres de la Ciudad de México, hago constar: ——

**LA PROTOCOLIZACIÓN** del documento que contiene las resoluciones adoptadas fuera de sesión por el consentimiento y voto unánime de los miembros del Consejo de Administración de **"CRÉDITO REAL", SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA,** de fecha primero de abril de dos mil veintidós, en el que, se resolvió: ——

...G) **APROBAR EL OTORGAMIENTO DE PODERES Y FACULTADES,** que realizo a solicitud de OMAR RAMÍREZ SÁNCHEZ, como delegado especial, de conformidad con los siguientes antecedentes y cláusulas: ——

— **A N T E C E D E N T E S** —

**I.- CONSTITUCIÓN.-** Por escritura número ochenta y cinco mil seiscientos cuarenta y tres, de fecha doce de febrero de mil novecientos noventa y tres, otorgada ante el Licenciado Arturo Sobrino Franco, titular de notaría número cuarenta y nueve de la Ciudad de México, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta Ciudad, en el folio mercantil número ciento setenta mil ciento ochenta y cuatro, el día primero de marzo de mil novecientos noventa y tres, se constituyó **"CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO,** con domicilio en la Ciudad de México, duración indefinida, cláusula de admisión de extranjeros, capital social mínimo fijo de trece millones quinientos mil pesos, moneda nacional, en esa fecha trece millones quinientos mil nuevos pesos, moneda nacional y teniendo por objeto operar entre otros como empresa de factoraje financiero, organización auxiliar del crédito. ——

**II.- AUMENTO DEL CAPITAL Y REFORMA DE ESTATUTOS SOCIALES.-** Por escritura número ochenta y seis mil quinientos sesenta y siete, de fecha diez de noviembre de mil novecientos noventa y tres, otorgada ante el mismo notario que la anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de esta Ciudad, en el folio mercantil número ciento setenta mil ciento ochenta y cuatro bis, el día siete de abril de mil novecientos noventa y cuatro, se protocolizó el acta de asamblea general extraordinaria de accionistas de **"CRÉDITO REAL", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ORGANIZACIÓN AUXILIAR DEL CRÉDITO, EMPRESA DE FACTORAJE FINANCIERO,** de fecha siete de octubre de mil novecientos noventa y tres, en la que, entre otras resoluciones, se aprobó aumentar el capital social en su parte fija a la cantidad de dieciocho



ZED INTEGRAL NOTARIAL.
UUID: 8c88201f-5716-43ab-93c1-c7b8813485c6
NOTARIO: Mario Fernando Pérez Salinas y Ramírez, Notario 76 de la Ciudad de México.
SELLO DE TIEMPO: 17/06/2022 09:41:19
... 14hro 5.

Scanned with CamScanner

**EXPEDIENTE: 691/2022.**

**LA SECRETARÍA DE ACUERDOS CERTIFICA:** Que el término de **OCHO DÍAS,** concedidos a la demandada, para contestar la demanda entablada en su contra, transcurre del **ONCE DE JULIO AL CUATRO DE AGOSTO DE DOS MIL VEINTIDÓS.CONSTE.-** Ciudad de México, a once de julio del año dos mil veintidós.

Ciudad de México, a once de julio del año dos mil veintidós.

Por practicada la certificación que antecede por la Secretaría de Acuerdos de este Juzgado con fundamento en lo dispuesto por el artículo 58 **fracción** IV de la Ley Orgánica del Tribunal Superior de Justicia de la Ciudad de México. Agréguese a sus autos del expediente número **691/2022** el escrito de **FELIPE GUELFI REGULES apoderado de la demandada CRÉDITO REAL, S.A.B. DE C.V., SOFOM, E.N.R.,** personalidad que acredita y se le reconoce en términos de la copia certificada del poder notarial número 23,268 de fecha cuatro de mayo de dos mil veintidós, pasada ante la fe del Notario Público número 243 de la Ciudad de México, por señalado el domicilio que indica para oír y recibir notificaciones; se le tiene por autorizado al profesionista que indica, en términos del artículo 1069 párrafo III del Código de Comercio, para interponer los recursos que procedan, ofrecer e intervenir en el desahogo de pruebas, alegar en las audiencias, pedir se dicte sentencia para evitar la consumación del término de caducidad por inactividad procesal y realizar cualquier acto que resulte necesario para la defensa de sus derechos y por autorizadas a las demás personas que señala para oír y recibir notificación documentos y valores; asimismo por autorizada a la persona que menciona para oír y recibir notificaciones y documentos.

Se le tiene en tiempo y forma por *contestada la demanda* entablada en su contra en los términos que refiere y con sus manifestaciones en cuanto al reconocimiento los hechos de la demanda y de su situación legal, dese vista a la actora para que dentro del término de TRES DÍAS manifieste lo que a su derecho corresponda.

Por ofrecidas las pruebas las que se reserva de proveer en su momento procesal oportuno.

**Notifíquese.-** Lo proveyó y firma el Ciudadano Licenciado **HELIO VICTORIA GUZMAN,** C. Juez Quincuagésimo Segundo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México y Ciudadano Secretario

 

Scanned with CamScanner

de Acuerdos "A". Licenciado Oscar Alonso Tolamatl con quien actúa autoriza y da fe.

En el *Boletín Judicial* No. ____124____ correspondiente al día ___12__ de
_____Julio_____ de _2022__ se hizo la publicación de Ley — Conste.
El _13_ de___Julio___ del _2022_, surtió efectos la notificación anterior — Conste.

Scanned with CamScanner

TJCDMX
PODER JUDICIAL

CONSTANCIA CRIPTOGRÁFICA - TRANSACCIÓN

Nombre del formato: 1657567993939.pdf
Entidad Certificadora del Poder Judicial de la Ciudad de México
Páginas: 2
Folio: 2

| Firmantes | | | Firmas |
|---|---|---|---|
| HELIO VICTORIA GUZMAN | Validez: Vigente No Serie: | | 70.6a.63.64.6c.79.33.30.30.31.32.38.36 |
| OSCAR ALONSO TOLIMATL | Validez: Vigente No Serie: | | 70.6a.63.64.6c.79.33.30.30.30.30.36.38.39 |
| OCSP | | | |
| Fecha: (UTC / CDMX) | 11.07.22 19:59:53 - 11.07.22 14:59:53 | | |
|  | 11.07.22 20:01:39 - 11.07.22 15:01:39 | | |
| Nombre del respondedor(es): | Servicio delegado: OCSP de la AC de Poder Judicial de la CDMX | | |
|  | Servicio delegado: OCSP de la AC de Poder Judicial de la CDMX | | |
| Emisor(es) del respondedor(es): | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | |
|  | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | |
| Número(s) de serie: | 70.6a.63.64.6c.79.33.30.32 | | |
|  | 70.6a.63.64.6c.79.33.30.32 | | |
| TSP | | | |
| Fecha: (UTC / CDMX) | 11.07.22 19:59:53 - 11.07.22 14:59:53 | | |
|  | 11.07.22 20:01:40 - 11.07.22 15:01:40 | | |
| Nombre del emisor de la respuesta TSP: | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | |
|  | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | |
| Emisor del certificado TSP: | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | |
|  | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | |
| Sellos Digitales | | | |
| 5 82 78 79 82 bc a3 d3 cd c2 88 6c 8a 6c 3a 8f 44 91 0b c6 51 a3 7c 25 3c 30 fc cf 7f e5 89 04 a3 38 33 34 0b 3a 26 ce ba | | | |
| 3 e5 3f 3f 18 75 6A c3 c8 72 f5 4a ac f0 1c fe a2 ce 6c 37 3f 6f 53 f8 53 64 c5 e6 35 09 cf cc 37 6c c1 c4 ef c3 8c 6a 84 9b | | | |



Scanned with CamScanner