**Exhibit K**

**Moreno Appeal Provisional Order**

**Certified Translation (English)**

[Logo]

**SUPERIOR COURT OF JUSTICE OF MEXICO CITY**

*"2022, YEAR OF RICARDO FLORES MAGÓN,*
*FORERUNNER OF THE MEXICAN REVOLUTION"*

*FIFTY-SECOND ANNIVERSARY OF CIVIL MATTERS*

Based on the provisions of article 115 of the Code of Civil Procedures, the parties, litigants and general public are hereby informed that, as from August 12, 2022, VERÓNICA GUZMÁN GUTIÉRREZ, was assigned by operation of law as Judge to this Court. I ATTEST. Mexico City, August 17. 2022.

 ----- Mexico City, August 17. 2022.

 -----Attached to your file No. 691/2022, is the motion under review filed by JESUS NAVA MORENO, who states to be a shareholder of the defendant in this trial, CRÉDITO REAL, S.A.B. DE C.V SOCIEDAD FINANCIERA DE OBJETO MULTIPLE, ENTIDAD NO REGULADA, as grounded under the terms of the Securities Trading Agreement AKJ786" and the Certificate of Deposit of shares of the defendant's capital stock issued by S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES S.A. DE C.V. according to the provisions of Article 290, Section II, of the Securities Market Law and letter issued by GRUPO BURSÁTIL MEXICANO, S.A. DE C.V. CASA DE BOLSA, that evidence his capacity to file said motion. Such documents will be safeguarded in the Court's vault.

According to the foregoing and since the appellant states that the Final Judgment entered in the court record inflicts a legal wrong on him for not having been summoned; however, I, the undersigned, cannot at this time revoke the resolutions on the case even less analyze the assignment of errors provided in referred motion for appeal. In order to safeguard his human right to due defense and access to justice and, after revising the Court Clerk Certificate dated August 11 of the current year, it is considered that the motion for appeal against the FINAL JUDGEMENT dated July 13th, 2022 was timely filed under Article 1337, Section IV, of the Code of Commerce.

Accordingly, the aforementioned motion for appeal is admitted for prosecution in BOTH EFFECTS, in accordance with the provisions of Articles 1336, 1338, 1339, 1339-Bis, 1344 and any other related article of the Code of Commerce, and appellant is considered as having filed the assignment of

errors, and it is hereby ordered to notify the counterpart of this motion of appeal so that within a period of <u>SIX</u> the counterpart may file a rebuttal. Then, it is hereby ordered to draft the relevant format for the COMMON FILING OFFICE FOR CIVIL AND COMMERCIAL MATTERS OF THE JUDICIARY BRANCH OF MEXICO CITY, through this Court's System of Judicial Management, which should appoint the CIVIL CHAMBER that will hear the groundings and resolution of such motion and remint the main court records and documents, and the parties are hereby duly summoned to appear in Court to take any legal action.

Notice is hereby ordered to be given. It was so ruled on and signed by the 52nd Judge for Civil Matters of the Supreme Court of Justice of Mexico City, by operation of law, VERÓNICA GUZMÁN GUTIÉRREZ, before court clerk "A", Oscar Alonso Tolamatl, who certifies, authorizes and attest. I attest.

---

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in two (2) pages is, at the best of my knowledge, true, complete and correct.

Zuluem Julieta García Pacheco
Mexico City, Federal District, August 19, 2022
Phone:  (52) (55) 52 19 68 95
E-mail:  zuluemgp@prodigy.net.mx

**Original (Spanish)**



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, Año de Ricardo Flores Magón,*
*Precursor de la Revolución Mexicana"*
Quincuagésimo Segundo De Lo Civil

Con fundamento en lo dispuesto en el artículo 115 del Código de Procedimientos Civiles, se hace del conocimiento de las partes, litigantes y público en general, que a partir del día doce de agosto del dos mil veintidós, funge como Juez por Ministerio de Ley de este Juzgado la Licenciada VERÓNICA GUZMÁN GUTIÉRREZ. CONSTE. Ciudad de México, a diecisiete de agosto del año dos mil veintidós.

- - - Ciudad de México, a diecisiete de agosto de dos mil dos mil veintidós.

- - - A su expediente número 691/2022, el escrito de cuenta del C. JESUS NAVA MORENO, quien aduce ser accionista de la demandada en el presente procedimiento CRÉDITO REAL, S.A.B. DE C.V. SOCIEDAD FINANCIERA DE OBJETO MULTIPLE, ENTIDAD NO REGULADA, lo que justifica en términos del Contrato de Intermediación Bursátil AKJ786" así como la Constancia de Depósito de acciones representativas del capital social de la empresa demandada expedidas por S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES S.A. DE C.V. conforme a lo establecido por el artículo 290 fracción II de la Ley de Mercado de Valores y, la carta expedida por GRUPO BURSÁTIL MEXICANO, S.A. DE C.V. CASA DE BOLSA, que lo acredita con el carácter con el cual promueve. Documentos que se mandan a guardar en el seguro del juzgado.

En términos de lo anterior y toda vez que refiere que la Sentencia Definitiva dictada en autos le causa agravios, en razón de que, no fue llamado a juicio, sin que la suscrita pueda en este momento revocar las determinaciones que constan en el expediente y menos aún analizar los agravios que indica en el ocurso de cuenta. Con la finalidad de salvaguardar el derecho humano a una debida defensa y acceso a la justicia y, vista la certificación realizada por la Secretaría de Acuerdos de fecha once de agosto del año en curso, se le tiene en tiempo en términos de lo establecido por el artículo 1337 fracción IV del Código de Comercio, interponiendo recurso de apelación en contra de la **SENTENCIA DEFINITIVA** de fecha trece de julio del dos mil veintidós.

En consecuencia, se admite a trámite en **AMBOS EFECTOS**, atento a lo dispuesto por los artículos 1336, 1338, 1339, 1339-Bis, 1344 y demás relativos del Código de Comercio, se tiene al apelante formulando agravios, con los mismos dese vista a su contraria por el término de **SEIS** días para que manifieste lo que a su derecho convenga, hecho que sea procédase a elaborar el formato correspondiente a la OFICIALIA DE PARTES COMÚN



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, Año de Ricardo Flores Magón, Precursor de la Revolución Mexicana"*
QUINCUAGÉSIMO SEGUNDO DE LO CIVIL

CIVIL Y MERCANTIL DEL PODER JUDICIAL DE LA CIUDAD DE MÉXICO, a través del Sistema de Gestión Judicial de éste Tribunal, para que se sirva designar la SALA CIVIL, que conocerá la substanciación y resolución de dicho recurso, debiendo remitir los autos principales y documentos, quedando debidamente citadas a las partes para comparecer ante la Superioridad a deducir sus derechos.

Notifíquese. Lo proveyó y firma la C. Juez Quincuagésimo Segundo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México, por Ministerio de Ley, Licenciada VERÓNICA GUZMÁN GUTIÉRREZ, ante el C. Secretario de Acuerdos "A", Licenciado Oscar Alonso Tolamatl, con quien actúa, autoriza y da fe. Doy Fe.