**EXHIBIT A**

Company Statement WSJ Article

The new management of the Company would like to extend the following statement with regards to its findings and the information being requested by you. Current management took the leadership of the Company in April 2022 after the default and well into the restructuring process.

As newcomers to the managing and accounting of the firm, it was a surprise for us (as well as the advisors and many of the stakeholders) that the Company had been using for several years the accounting criteria of "capitalizing interest" whereby at the time of booking a new payroll deduction loan, the interest for the life of the loan was booked as well as accounts receivable and recognized as income. This has recently been informed and denounced to the authorities and the regulator. In fact, an investigation has been launched to understand the extent and details of the impact of such accounting policies.

To the best of our knowledge this problem is isolated to the Payroll business in Mexico and the Company didn't apply these accounting policies in other products or geographies. The Company can assure these accounting policies and methodologies were stopped since April 2022. We would go as far as to say that NPLs in general are fairly reported in general and the portfolios are in regular terms of business (with the exception of SMEs and corporate loans), with payroll deduction loans having particularly good collections this year.

In our experience and involvement with the product and the industry, it is common practice to accrue 90 days of interests on day one of a loan to account for the period of instalment of a loan (payroll loans on average take 60 days to start receiving payments from the employer). Another common practice is to book as accounts receivable the origination costs of the loan that are advanced to the distributors (loan originators). The findings point to a much larger booking than the two items mentioned in this paragraph.

We believe there were deficiencies in the corporate governance of the Company, the external auditors, and the authorities/regulators. We can't explain why the external auditor during all these years couldn't find these "capitalized interest" and then in the 2020 audited financial statements (Note 7) disclosed a "capitalized interest" of 21 billion pesos, but didn't make a strong remark of what would be a very material piece of the balance sheet.