**<u>EXHIBIT B</u>**



Luis Manuel MEJAN CARRER

MEXICO

United Nations Headquarters, New York

02-Apr-2004





## UNITED NATIONS
### CONFERENCE



**DELEGATE**
MÉJAN CARRER Luis Manuel
Mexico
**15/12/2006**
UNCITRAL Working Group
V, 31st session

## UNITED NATIONS
### CONFERENCE

**DELEGATE**
MEJAN CARRER Luis
Mexico
**21/11/2008**
UNCITRAL Working Group V
(Insolvency Law), 35th Session



**MEJAN CARRER**
Dr.  Luis Manuel

**MEXICO**
**ADVISER**

**22 May 2009**

## UNITED NATIONS
### CONFERENCE

EJÁN CARRER Luis Manuel

Mexico

**13/11/2009**

NCITRAL Working Group V
(Insolvency Law), 37th



United Nations    Nations Unies

**MEJAN CARRER**
Dr.  Luis Manuel

**MEXICO**
**ADVISER**

**23 Apr 2010**

## UNITED NATIONS
### CONFERENCE

MEJÁN CARRER Luis Manuel

Mexico

**10/12/2010**
u56248:mejánl
UNCITRAL Working Group V
(Insolvency Law), 39th Session



## UNITED NATIONS



**MEJÁN CARRER Luis**
**Manuel**
**III**

**30/11/2012**
u2731:mejánl
**UNCITRAL Working**
**Group V**

## UNITED NATIONS



**MEJAN Luis Manuel**

Mexico

**18/01/2013**
u44120:mejanl
NCITRAL Colloquium
on Microfinance



United Nations    Nations Unies

**MEJAN**
**Luis Manuel**

103588

**UNCITRAL**
**PARTICIPANT**

**19 Apr 2013**

## UNITED NATIONS



**MEJAN CARRER Luis**

Mexico

**20/12/2013**
u800177:mejanl
UNCITRAL Working Group
V (Insolvency Law)

United Nations    Nations Unies



**MEJAN CARRER**
Mr  Luis Manuel



**MEXICO**
**ADVISER**

**14 Feb 2014**


**MEJAN CARRER**
Mr Luis Manuel



**MEXICO**
**ADVISER**

**25 Apr 2014**


UNITED NATIONS

**MÉJAN CARRER Luis**
**Manuel C**
**Mexico**

21/11/2014

**UNCITRAL Working**
**Group I**


UNITED NATIONS

**MEJAN Luis Manuel**

**Mexico**

19/12/2014

**UNCITRAL WG.V**
**(Insovency)**


**MEJAN CARRER**
Mr Luis Manuel



**MEXICO**
**ADVISER**

**29 May 2015**


UNITED NATIONS



**MEJAN CARRER Luis**
**Manuel C.**
**Mexico**

18/12/2015

**UNCITRAL Working Group V**
**(Insolvency Law)**

United Nations   Nations Unies

**MEJAN CARRER**
Mr. Luis Manuel



**MEXICO**
**ADVISER**

**06 May 2016**


UNITED NATIONS



**MEJAN CARRER Luis**
**Manuel**
**Mexico**

16/12/2016

**UNCITRAL Working**
**Group V (Insolvency)**

United Nations   Nations Uni



**MEJAN CARRER**
Mr.   Luis Manuel



**MEXICO**
**ADVISER**

**16 Mar 2018**

United Nations   Nations Unies



**CAMP MEJAN CARRER**
Mr.   Luis Manuel

**MEXICO**
**ADVISER**

**11 May 2018**


UNITED NATIONS



**Mejan Carrer Luis Manuel**

**Mexico**

14/12/2018

**UNCITRAL WG V**
**(Insolvency Law)**


UNITED NATIONS



**Mejan Luis Manuel C.**

**IIDC**

14/12/2018

**UNCITRAL WG V**
**(Insolvency Law)**

United Nations   Nations Unies



**CAMP MEJAN CARRER**
Mr.   Luis Manuel



**MEXICO**
**ADVISER**

**31 May 2019**



**UNITED NATIONS**

**Mejan Carrer Luis Manuel**

**Mexico**

**06/12/2019**

UNCITRAL Working Group
V (Insolvency Law)



**UNITED NATIONS**

**Mejan Luis Manuel C.**

**IIDC**

**06/12/2019**

**UNCITRAL Working Group
V (Insolvency Law)**