# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Putative Debtor.[1] | Chapter 15 / Chapter 11<br><br>Case No. 22-10630 (JTD)<br>Case No. 22-10696 (JTD) |

## SUPPLEMENTAL DECLARATION OF KENNETH J. MONAGHAN ON BEHALF OF INSTITUTIONAL MULTIPLE INVESTMENT FUND LLC

Pursuant to 28 U.S.C. § 1746, Kenneth J. Monaghan declares as follows:

1. I make this declaration on behalf of Institutional Multiple Investment Fund LLC ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "Putative Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Putative Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I am the Managing Director of Amundi Asset Management US, Inc., the investment adviser to the Petitioning Creditor.

3. As previously disclosed in the *Declaration of Kenneth J. Monaghan on Behalf of Institutional Multiple Investment Fund LLC Pursuant to Federal Rule of Bankruptcy Procedures 1003(a)* [Docket No. 1], Petitioning Creditor holds claims against the Putative Debtor in the aggregate principal amount of at least $1,050,000.00 based upon certain of its holdings of 8% Senior Unsecured Notes due 2028 ("Notes"). As further evidence of Petitioning Creditor's

---

[1] The Putative Debtor's corporate headquarters is located at Avenida Insurgentes Sur No 730, 20th Floor, Colonia Del Valle Norte, Alcadía Benito Juárez, 03103, Mexico City, Mexico.

holdings of Notes attached hereto as **Exhibit A** are true and correct copies of (i) account statements and (ii) trade confirmations relating to Petitioning Creditor's holdings of the Notes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2022 at Durham, North Carolina.

> By: */s/ Kenneth J. Monaghan*
> Kenneth J. Monaghan
> Managing Director of
> Amundi Asset Management US, Inc.,
> Investment Adviser to Petitioning Creditor