**EXHIBIT A**

**BROWN BROTHERS HARRIMAN**

## Transaction Details

### ACCOUNT
- **Account No:** ▮
- **Account Name:** INST MULT INV FD LLC-MS FD INC

### LOCATION
- **Settlement Location:** US
- **Settlement Account:**
- **Place of Settlement:**

### SECURITY
- **Security Id:** BMVHP31
- **Type:** SEDOL
- **Description:** CREDITO REAL SAB D 8% 01/21/28
- **Category:** FIXED INCOME

### BROKER
- **Trading Broker:** ▮
- **Beneficiary Account:**
- **Clearing Broker:** ▮
- **Clearing Mkt ID/Type:** ▮
- **Clearing Agent Acct:**

### TRANSACTION
- **Type:** RVP-RECEIVE VS PAYMENT
- **Units:** 1,250,000.0000
- **Units Price:** 100.000000 USD
- **Principal:** 1,250,000.00 USD
- **Commission:** 0.00 USD
- **Custody Fee:** 0.00 USD
- **SEC Fee:** 0.00 USD
- **Amount:** 1,250,000.00 USD
- **Instruction Method:** SWIFT
- **Instruction Date:** 01/12/2021 11:49 AM EST
- **Trade Date:** 01/11/2021
- **Settle Date:** 01/21/2021
- **Value Date:** 01/22/2021
- **Cleared Date:** 01/22/2021
- **Stock Loan Ind:** N
- **Stock Borrow Ind:** N

### STATUS
- **Last Updated Date:** 01/22/2021 09:42 AM EST
- **Transaction Status:** ST-SETTLED
- **Match Status:** UM-UNMATCHED
- **Reason:** -
- **Narrative:**

### REFERENCE ID
- **Transaction Ref:** 17221603820000000000
- **Client Ref:** EDS44035763
- **Depository Ref:** 004726E9

### SPECIAL INSTRUCTIONS
- **Client Instructions:**

### TRANSACTION STATUS HISTORY

| Update Date/Time | Transction Status | Match Status | Reason | Narrative |
|---|---|---|---|---|
| 01/22/2021 09:42 AM EST | ST - SETTLED | UM - UNMATCHED | - | |
| 01/21/2021 05:45 PM EST | FD - FAILED | UM - UNMATCHED | NARR - NARRATIVE REASON | MATCHING INSTRUCTION NOT FOUND |
| 01/20/2021 11:31 AM EST | PD - PENDING | UM - UNMATCHED | CMIS - MATCHING INSTRUCTION NOT FOUND | |
| 01/12/2021 11:55 AM EST | PD - PENDING | AM - AWAITING MATCH | - | |
| 01/12/2021 11:49 AM EST | NR - NEEDS REPAIR | AM - AWAITING MATCH | NARR - NO CLIENT ACTION: NARRATIVE REASON REPAIR | TRADE MANAGEMENT TEAM IS CURRENTLY INVESTIGATING THIS TRADE REPAIR AND A FURTHER UPDATE WILL FOLLOW.    NO CLIENT ACTION IS REQUIRED AS OF THIS TIME. PRMY SCRTY ID. |

# BROWN BROTHERS HARRIMAN

## Transaction Details

## ACCOUNT
- **Account No:** ▆▆▆▆▆
- **Account Name:** INST MULT INV FD LLC-MS FD INC

## LOCATION
- **Settlement Location:** US
- **Settlement Account:**
- **Place of Settlement:**

## SECURITY
- **Security Id:** BMVHP31
- **Type:** SEDOL
- **Description:** CREDITO REAL SAB D 8% 01/21/28
- **Category:** FIXED INCOME

## BROKER
- **Trading Broker:** ▆▆▆▆▆
- **Beneficiary Account:** ▆▆▆▆▆
- **Clearing Broker:** ▆▆▆▆▆
- **Clearing Mkt ID/Type:** ▆▆▆▆▆
- **Clearing Agent Acct:**

## TRANSACTION
- **Type:** DVP-DELIVER VS PAYMENT
- **Units:** 200,000.0000
- **Units Price:** 73.000000 USD
- **Principal:** 146,000.00 USD
- **Commission:** 0.00 USD
- **Custody Fee:** 0.00 USD
- **SEC Fee:** 0.00 USD
- **Amount:** 151,066.67 USD
- **Instruction Method:** DTC AFFIRM
- **Instruction Date:** 11/10/2021 04:48 PM EST
- **Trade Date:** 11/10/2021
- **Settle Date:** 11/15/2021
- **Value Date:** 11/15/2021
- **Cleared Date:** 11/15/2021
- **Stock Loan Ind:** N
- **Stock Borrow Ind:** N

## STATUS
- **Last Updated Date:** 11/15/2021 07:20 AM EST
- **Transaction Status:** ST-SETTLED
- **Match Status:** MA-MATCHED
- **Reason:** -
- **Narrative:**

## REFERENCE ID
- **Transaction Ref:** 18121032620000000000
- **Client Ref:** EDS51938876
- **Depository Ref:** 00697223

## SPECIAL INSTRUCTIONS
- **Client Instructions:**

## TRANSACTION STATUS HISTORY

| Update Date/Time | Transction Status | Match Status | Reason | Narrative |
| --- | --- | --- | --- | --- |
| 11/15/2021 07:20 AM EST | ST - SETTLED | MA - MATCHED | - | |
| 11/15/2021 06:16 AM EST | PD - PENDING | MA - MATCHED | NCON - SETTLEMENT CONFIRMATION NOT YET RECEIVED | SETTLEMENT CONFIRMATION NOT YET RECEIVED |
| 11/15/2021 06:16 AM EST | PD - PENDING | MA - MATCHED | NARR - COUNTERPARTY APPROVED RAD | COUNTERPARTY APPROVED RAD |
| 11/12/2021 04:33 PM EST | PD - PENDING | MA - MATCHED | NARR - RELEASED TO MARKET | RELEASED TO MARKET |
| 11/10/2021 04:52 PM EST | PD - PENDING | MA - MATCHED | MACH - INSTRUCTION HAS BEEN MATCHED | DTC AFFIRMED |
| 11/10/2021 04:48 PM EST | PA - PENDING US UNALL | MA - MATCHED | MACH - INSTRUCTION HAS BEEN MATCHED | DTC AFFIRMED |

BNY MELLON NEXEN

Activity Summary
As of 26-Jul-2022

| Account Name | Transaction Type | ISIN | Security Name | Status | Trade Date | Settle Date | Actual Settle Date | Alternate Delivery Date | Settlement Policy | Units | Price | Amount | CCY | Loc | Fail Reason | Amortized Units | Clearing Broker | Client Reference | CUSIP | Gross Amount | Trading Broker | Transaction Description | Transaction Narrative 1 | Transaction Narrative 2 | Our Reference | Commission Expenses | SEDOL | Payment Date | Days Late | Transaction Indicator | BPSS Indicator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INST MULTI SECT FIXED INCOME PORT | Security Deposit | US22547AAD37 | CREDITO REAL S A D 8.0 21JAN28 144A | STL-ACTUAL SETTLEMENT | 11/22/2021 | 11/22/2021 | 11/22/2021 | | Actual | 1,050,000.0000 | 0.000000 | 0.00 | USD | DTC | - | 0.0000 | BROWN BROTHERS HARRIMAN & CO. | USCNV/CNV/54113 | 22547AAD3 | 0.00 | BROWN BROTHERS HARRIMAN & CO. | Security Addition | 1213260138044 | H001L P8004CT | 1213260189111 | 0.00 | BMVHP31 | | 0 | - | - |
| INST MULTI SECT FIXED INCOME PORT | Interest | US22547AAD37 | CREDITO REAL S A D 8.0 21JAN28 144A | STL-POSTED | 01/21/2022 | 01/21/2022 | 01/21/2022 | | Contractual Cash | 1,050,000.0000 | 0.000000 | 42,000.00 | USD | DTC | - | 0.0000 | - | | 22547AAD3 | 42,000.00 | - | Interest | - | - | PSS2201066077964 | 0.00 | BMVHP31 | 01/21/2022 | 0 | - | - |
| INST MULTI SECT FIXED INCOME PORT | Interest | US22547AAD37 | CREDITO REAL S A D 8.0 21JAN28 144A | STL-POSTED | 07/21/2022 | 07/21/2022 | 07/21/2022 | | Contractual Cash | 1,050,000.0000 | 0.000000 | 42,000.00 | USD | DTC | - | 0.0000 | - | | 22547AAD3 | 42,000.00 | - | Interest | - | - | PSS2207064095739 | 0.00 | BMVHP31 | 07/21/2022 | 0 | - | - |

# BNY MELLON | NEXEN
## Holdings Summary

| Account | Account Name | ISIN | Security Name | Asset Category | Asset Type | Reg | Loc | Location Description | Posted Units | Settle Units | Position Status | Amortized Face | Current Factor | Price Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | INST MULTI SECT FIXED INCOME PORT | US22547AAD37 | CREDITO REAL S A D 8.0 21JAN28 144A | DEBT | INT BEARING CORP DEBT | DTC | DTC | DEPOSITORY TRUST CPNY | 1050000 | 1050000 | AVAILABLE |  |  | 2022-07-25 |

As of Date: 2022-07-26