IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Putative Debtor.[1] | Chapter 15/ Chapter 11<br><br>Case No. 22-10630 (JTD)<br>**Re:  D.I. 2**<br><br>Case No. 22-10696 (JTD)<br>**Re:  D.I. 5, 55, 57** |

## NOTICE OF DEPOSITION OF JORGE VILLEN

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30 made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Robert Wagstaff, by and through his undersigned counsel, will take the deposition upon oral examination of Jorge Villen at 1:00 p.m. EST on September 12, 2022 and will be conducted virtually via Zoom video conference or another video conference service using dial-in information to be provided. The examination shall continue day to day until concluded in accordance with applicable laws and rules.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure, Bankruptcy Rules, and Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The deposition will proceed before a notary public or other person authorized by law to take depositions and administer oaths, and will be recorded by stenographic and videotape, audio, audio visual and/or real-time computer

---

[1] The Putative Debtor's corporate headquarters is located at Avenida Insurgentes Sur No 730, 20th Floor, Colonia Del Valle Norte, Alcadía Benito Juárez, 03103, Mexico City, Mexico.

technology by an employee of Veritext, with offices at 330 Old Country Road, Suite 300, Mineola, NY 11501.

Dated: September 8, 2022
       Wilmington, Delaware

/s/ Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704
Amanda R. Steele (No. 4430)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
collins@rlf.com
knight@rlf.com
heath@rlf.com
steele@rlf.com

*Co-Counsel for Robert Wagstaff*

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Philip M. Abelson (admitted *pro hac vice*)
John K. Cunningham (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
philip.abelson@whitecase.com
jcunningham@whitecase.com

Richard S. Kebrdle (admitted *pro hac vice*)
Jesse Green (admitted *pro hac vice*)
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131
(305) 371-2700
rkebredle@whitecase.com
jgreen@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
(312) 881-5400
jzakia@whitecase.com

*Counsel for Robert Wagstaff*