# **Exhibit A**

**Ciudad de México, a 12 de septiembre de 2022. Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.** ("Crédito Real" o la "Compañía"), da a conocer el primer informe de las actividades que ha desempeñado el liquidador de la Compañía desde su designación hasta el 31 de agosto del 2022, inclusive.

<u>**Informe Parcial Primero del liquidador de Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. ("CRÉDITO REAL" o "Sociedad")**</u>

El suscrito, Fernando Alonso de Florida Rivero, liquidador judicial de la Sociedad, rindo primer informe parcial de actividades para la liquidación de la Sociedad durante el periodo comprendido entre la fecha de mi asunción del cargo y el 31 de agosto de 2022.

1. <u>**Antecedentes**</u>. CRÉDITO REAL es sociedad anónima bursátil de capital variable, hoy en liquidación, cuyas acciones están inscritas en el Registro Nacional de Valores ("<u>**RNV**</u>"). Su cotización se encuentra suspendida en la Bolsa Mexicana de Valores ("<u>**BMV**</u>"). Originariamente estuvo supervisada por la Comisión Nacional Bancaria y de Valores ("<u>**CNBV**</u>").

El 28 de junio del 2022 el otrora Presidente del Consejo de Administración de CRÉDITO REAL, a la vez accionista de la Sociedad, presentó demanda en la vía especial mercantil solicitando resolución judicial en cuyos términos se reconociera que la Sociedad quedó disuelta, al menos desde el 30 de abril del 2022, como consecuencia de haberse actualizado el supuesto normativo previsto en la fracción V del artículo 229 de la Ley General de Sociedades Mercantiles (la "<u>**LGSM**</u>"), al haber perdido más de las dos terceras partes de su capital social. Demandó también la designación de liquidador judicial.

El 13 de julio del 2022 la autoridad jurisdiccional resolvió en definitiva la disolución de la Sociedad, y ordenó su liquidación, designando en definitiva al suscrito liquidador judicial, quien está llevando al cabo la liquidación de la Sociedad de conformidad con las disposiciones aplicables de la LGSM y de los estatutos sociales de la Sociedad, bajo principios de imparcialidad, profesionalismo, excelencia, eficiencia, confidencialidad y honestidad.

2. <u>**Ejercicio efectivo del cargo**</u>. A partir del 13 de julio del 2022 se notificó a diversos directivos relevantes de CRÉDITO REAL la terminación de la relación de trabajo que les vinculó con la Sociedad. El 26 de julio de 2022 se concluyó y se materializó la entrega-recepción de los bienes, libros y documentos de la sociedad y el inventario del activo y pasivo sociales. Se continúa trabajando para determinar con total certeza y precisión los activos y pasivos de la Sociedad, así como la forma en que se dará servicio a la deuda de CRÉDITO REAL. La designación del suscrito como liquidador judicial de la Sociedad fue oportunamente inscrita en el Registro Público de Comercio.

3. <u>**Negociaciones con Acreedores**</u>. He estado en negociaciones con acreedores de la Sociedad, algunos de los cuales ya habían iniciado acciones judiciales de cobro y de ejecución de garantías. Se lograron acuerdos con acreedores garantizados de la Sociedad, tales como *(i)* Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte; *(ii)* BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México; *(iii)* Banco Santander México, S.A. Institución de Banca Múltiple, Grupo Financiero Santander México; y *(iv)* Scotiabank Inverlat S.A., Institución de Banca Múltiple, Grupo Financiero Scotiabank Inverlat. La Sociedad ya no tiene adeudo alguno con dichas instituciones y se liberaron activos otorgados en garantía en favor de las mismas.

4. <u>**Procedimientos Judiciales**</u>. Un grupo minoritario de tenedores de bonos emitidos por la Sociedad *(i)* intentaron forzar un procedimiento de insolvencia *(Chapter 11)* a la Sociedad en los Estados Unidos de América, cuya procedencia se ha cuestionado por la Sociedad ante el Tribunal de Quiebras de Delaware; e, *(ii)* impugnaron, vía amparo, la sentencia que reconoció la disolución y decretó liquidación de la Sociedad, mismo que se encuentra pendiente de resolución. Adicionalmente, accionistas minoritarios apelaron la sentencia que reconoce la disolución y decretó la liquidación de la Sociedad, pendiente por resolución por la Sala Civil competente del Tribunal Superior de Justicia de la Ciudad de México. Finalmente, el representante designado por la Sociedad en los Estados Unidos de América presentó solicitud de reconocimiento en dicho país del procedimiento de disolución y liquidación de la Sociedad, misma que se encuentra pendiente de resolución por el Tribunal de Quiebras de Delaware.

5. <u>**Regulatorio**</u>. Se han atendido y desahogado de forma oportuna *(i)* diversos requerimientos de información y documentación efectuados por parte de la CNBV a CRÉDITO REAL (12, 15 y 28 de julio, y 05 de agosto, todos del 2022), con motivo de diversas notas periodísticas publicadas en diversos medios informativos relacionadas con las actividades de la Sociedad; así como, *(ii)* el inicio de una visita de investigación por parte de la propia CNBV.

Se atendió a los accionistas de la Sociedad en el intento de celebración de Asamblea de Accionistas el 15 de agosto del 2022, a la que asistieron funcionarios de la CNBV en calidad de observadores. En virtud de haberse presentado menos del 20% del capital social, no se reunió el quórum suficiente para instalar la Asamblea.

El 04 de agosto del 2022 se presentó a la Comisión Nacional para la Protección y Defensa de los Usuarios de Servicios Financieros solicitud de inscripción de la disolución y liquidación de la Sociedad en el Registro de Prestadores de Servicios Financieros a su cargo.

6. <u>**Denuncias de Hechos**</u>. Se han denunciado a las autoridades correspondientes conductas que posiblemente constituyen la comisión de delitos en agravio de la Sociedad.

7. <u>**Obligaciones Fiscales**</u>. Se ha dado seguimiento puntual *(i)* al cumplimiento de las obligaciones fiscales de la Sociedad; *(ii)* a las auditorías en curso iniciadas por el Servicio de Administración Tributaria; y, *(iii)* al pago de impuestos y contribuciones federales.

**FERNANDO ALONSO DE FLORIDA RIVERO**

**ACERCA DE CRÉDITO REAL**

Crédito Real es una institución financiera líder en México, con presencia en Estados Unidos, Costa Rica, Panamá, Nicaragua y Honduras, enfocada al otorgamiento de créditos con una plataforma diversificada de negocios, que comprende principalmente: créditos con descuento vía nómina, créditos para PYMES, créditos grupales, créditos para autos usados y a través de Instacredit, créditos de consumo. Crédito Real ofrece productos principalmente a los segmentos de bajo y mediano ingreso de la población, los cuales históricamente han estado poco atendidos por otras instituciones financieras. Las acciones de Crédito Real se encuentran listadas en la Bolsa Mexicana de Valores bajo la clave de pizarra "CREAL*" (Bloomberg: "CREAL*:MM").

**CONTACTO**

**Relación con Inversionistas y Medios:**

investor_relations@creditoreal.com.mx

**Mexico City, September 12, 2022. Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.** ("Crédito Real" or the "Company"), publishes the first report on the activities carried out by the liquidator of the Company since his appointment and until August 31, 2022.

## Partial Report of the liquidator of Crédito Real, S.A.B. de C.V. SOFOM, E.N.R. ("CRÉDITO REAL" or "Company")

Fernando Alonso de Florida Rivero, liquidator of the Company, hereby submit the first partial report on activities related to the liquidation of the Company for the period in between the date in which I assumed such position and August 31, 2022.

1. **Background**. CRÉDITO REAL is a *sociedad anónima de capital variable* (stock corporation with variable capital) currently in liquidation. Its shares are registered with the National Securities Registry ("**RNV**"). Trade of such stock in the Mexican Stock Exchange (*Bolsa Mexicana de Valores*) ("**BMV**") has been suspended. Originally the Company functioned under the supervision of National Banking and Securities Commission ("**CNBV**").

On June 28, 2022, the former Chairman of the Board of Directors of CRÉDITO REAL, also a shareholder of the Company, filed a lawsuit under a special mercantile proceeding, by means of which a judicial resolution declaring that the Company had been dissolved, since at least April 30, 2022, was requested. The requested concerned was based on the provision contained in section V of article 229 of the General Corporation Law (the "**LGSM**"), as the Company lost more than two thirds of its corporate capital. In addition, the appointment of a judicial liquidator was requested.

On July 13, 2022, the corresponding judge resolved the judicial recognition of the dissolution status of the Company, and ordered its liquidation, appointing myself judicial liquidator thereof.

I have conducted the liquidation of the Company in accordance with applicable provisions of the LGSM and the Company's bylaws; complying at all times with principles of impartiality, professionalism, efficiency, confidentiality and honesty.

2. **Effective enforcement of the assignation.** As of July 13, 2022, relevant executives of CRÉDITO REAL were notified of the termination of their employment relationships with the Company. On July 26, 2022, minutes consigning the delivery-receipt of assets, accounting books and records, and documents of the Company, as well as the inventory of assets and liabilities was executed with the outgoing management of the Company. Important efforts are being made to identify with accuracy all assets and liabilities of the Company, as well as to determine how the debt of CRÉDITO REAL will be served. My appointment as judicial liquidator of the Company has been properly registered with the Public Registry of Commerce.

3. **Negotiations with Creditors**. I have been involved in negotiations with creditors of the Company, some of which had already taken legal action to collect and enforce guarantees. Accords with secured creditors, such as *(i)* Banco Mercantil del Norte, S.A., Institución de Banca Múltiple,

Grupo Financiero Banorte; *(ii)* BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México; *(iii)* Banco Santander México, S.A. Institución de Banca Múltiple, Grupo Financiero Santander México; and *(iv)* Scotiabank Inverlat S.A., Institución de Banca Múltiple, Grupo Financiero Santander México, were reached and executed. All account receivables pledged in favor of the mentioned banks were released.

**4.** **Judicial Processes**. An insignificant group of bond holders *(i)* attempted to force an insolvency procedure (*Chapter 11*) against the Company in the United States of America, which has been strongly challenged by the Company before the Delaware Bankruptcy Court; and, *(ii)* challenged via an *Amparo* lawsuit the resolution that recognized dissolution and ordered liquidation of the Company, such *Amparo* is pending final decision. Additionally, a minority group of shareholders appealed the resolution that recognized dissolution and ordered liquidation of the Company, which is pending to be decided by the corresponding civil chamber of the Superior Court of Justice of Mexico City. Finally, the appointed representative of the Company in the United States of America filed a petition for recognition in such country of the Company's dissolution and liquidation procedure. The petition is pending resolution by the Delaware Bankruptcy Court.

5. **Regulatory**. Full satisfaction has been given to *(i)* several information and documents requests made by the CNBV to CRÉDITO REAL (July 12, 15 and 28, and August 5, all of 2022), arising from several newspaper notes published in different media; as well as, *(ii)* an investigation visit by the CNBV.

An attempt to hold a Shareholders' Meeting took place on August 15, 2022, which was not held due to lack of quorum (less than 20% of the outstanding shares appeared). An official of CNBV also attended as observer.

On August 4, 2022, an application was filed for the cancellation of the Company's registration with the National Council for the Protection and Defense of Users of Financial Services, due to the dissolution and liquidation of the Company.

**6.** **Criminal Actions**. Competent authorities have been advised of possible criminal activities that have been executed to the detriment of the Company. Investigations are currently in process.

**7.** **Tax Issues**. Special attention has been given to the compliance of *(i)* the tax obligations of the Company; *(ii)* ongoing audits initiated by the tax authorities; and, *(iii)* payment of federal taxes and contributions.

**FERNANDO ALONSO DE FLORIDA RIVERO**

**ABOUT CREDITO REAL**

Credito Real is a leading financial institution in Mexico, with presence in the United States, Costa Rica, Panama, Nicaragua and Honduras, focusing on lending with a diversified business platform in the following main lines of business: payroll loans, small and medium business loans, group loans, used car loans and, through Instacredit, personal loans. Credito Real offers its products mainly to low- and middle-income segments of the population currently underserved by other financial institutions. The Company's stock is listed on the Mexican Stock Exchange under the ticker symbol "CREAL*". (Bloomberg identification number is CREAL*: MM).

**CONTACT**

**Investor Relations and Media:**

investor_relations@creditoreal.com.mx