**Exhibit A**

ANGEL FRANCISCO BERRONDO ROMANOS
VS
CRÉDITO REAL S.A.B. DE C.V., SOFOM, E.N.R.

EXPEDIENTE: 691/2022

SECRETARIA: "A"

JUICIO ESPECIAL MERCANTIL

<u>SE SOLICITA DECLARE QUE LA SENTENCIA DEFINITIVA HA CAUSADO EJECUTORIA.</u>

C. JUEZ QUINCUAGÉSIMO SEGUNDO DE LO CIVIL DEL TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO.

**ANGEL FRANCISCO ROMANOS BERRONDO**, parte actora en el presente juicio, personalidad que tengo debidamente acreditada y reconocida en autos, ante Usted, comparezco para exponer;

1. Por sentencia definitiva de 13 de julio del 2022, publicada el 14 del mismo mes y año en el Boletín Judicial del Tribunal Superior de Justicia de la Ciudad de México, ("**Sentencia Definitiva**") su Señoría declaró procedente la vía especial mercantil promovida por el suscrito, teniendo por comprobada la causal de disolución y ordenando la liquidación de la demandada Crédito Real, S.A.B. de C.V., Sociedad Financiera de Objeto Múltiple, Entidad No Regulada.

2. Habiendo transcurrido en exceso el plazo de nueve días regulado en el artículo 1079 del Código de Comercio sin que las partes hayan interpuesto recurso de apelación en contra de la Sentencia Definitiva, solicito a su Señoría con fundamento en el artículo 1343 del Código de Comercio declare que **ha causado ejecutoria**.

3. En otro orden de ideas, en aras de ejecutar lo resuelto en la Sentencia Definitiva, solicito a su Señoría, ordene girar los siguientes oficios con los insertos necesarios:

a) Al C. Director del Registro Público de Comercio de la Ciudad de México, para que inscriba de manera inmediata la sentencia definitiva de 13 de julio del 2022 y la comprobación de la causal de disolución consistente en la pérdida de las dos terceras partes del capital social de Crédito Real, S.A.B. DE C.V., SOFOM, E.N.R. en el folio mercantil 170, 184 Bis y/o Folio Mercantil Electrónico 700037, del cual es titular la citada sociedad en continuación a la inscripción realizada el 19 de julio del 2022 de la cual hizo referencia la citada dependencia mediante oficio DGROOC/DPRIC/SCOC/291/2022.



b) Al C. Director del Registro Público de Comercio de la Ciudad de México, para que inscriba de manera inmediata el nombramiento del C. Fernando Alonso de Florida Rivero como liquidador definitivo de la demandada Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. en el folio mercantil 170, 184 Bis y/o Folio Mercantil Electrónico 700037.

c) Al Registro Nacional de Valores de la Comisión Nacional Bancaria y de Valores a fin de proceda a la cancelación de la inscripción de las acciones de la Emisora Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.

d) A la Bolsa Mexicana de Valores, a fin de hacer de su conocimiento la disolución y entrada en liquidación de Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., y proceda a cancelar del listado de valores a la referida sociedad, de conformidad con la fracción IV, del artículo 247 de la Ley del Mercado de Valores y fracción II, numeral 4,050.00 del Reglamento Interior de la Bolsa Mexicana de Valores.

e) Al Servicio de Administración Tributaria a fin de hacer de su conocimiento la entrada en liquidación de Crédito Real, S.A.B. DE C.V., SOFOM, E.N.R., y la designación del C. Fernando Alonso de Florida Rivero como liquidador definitivo de conformidad con lo dispuesto por los artículos 236 y 237 de la Ley General de Sociedades Mercantiles.

4. Por último, en cumplimiento a lo ordenado en el resolutivo cuarto de la Sentencia, ordene notificar personalmente al liquidador judicial definitivo, para hacerle de conocimiento el contenido de la Sentencia Definitiva y que deberá realizar las operaciones tendientes a la liquidación de conformidad con lo dispuesto por el artículo 242 de la Ley General de Sociedades Mercantiles.

Por lo expuesto

A USTED C. JUEZ, atentamente pido se sirva,

PRIMERO. Declare que la Sentencia Definitiva de conformidad con el artículo 1076 del Código de comercio ha causado ejecutoria.

SEGUNDO. Proceda a la ejecución de la Sentencia Definitiva y se giren los oficios correspondientes.

PROTESTO LO NECESARIO
Ciudad de México, México a 15 de agosto del 2022.

_____
**ANGEL FRANCISCO ROMANOS BERRONDO**