**Exhibit B**



**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, AÑO DE RICARDO FLORES MAGÓN, PRECURSOR DE LA REVOLUCIÓN MEXICANA"*
QUINCUAGÉSIMO SEGUNDO DE LO CIVIL

Con fundamento en lo dispuesto en el artículo 115 del Código de Procedimientos Civiles, se hace del conocimiento de las partes, litigantes y público en general, que a partir del día doce de agosto del dos mil veintidós, funge como Juez por Ministerio de Ley de este Juzgado la Licenciada **VERÓNICA GUZMÁN GUTIÉRREZ**. CONSTE. Ciudad de México, a diecisiete de agosto del año dos mil veintidós.

- - - Ciudad de México, a diecisiete de agosto de dos mil dos mil veintidós.

- - - A su expediente número 691/2022, el escrito de cuenta del C. JESUS NAVA MORENO, quien aduce ser accionista de la demandada en el presente procedimiento CRÉDITO REAL, S.A.B. DE C.V. SOCIEDAD FINANCIERA DE OBJETO MULTIPLE, ENTIDAD NO REGULADA, lo que justifica en términos del Contrato de Intermediación Bursátil AKJ786" así como la Constancia de Depósito de acciones representativas del capital social de la empresa demandada expedidas por S.D. INDEVAL INSTITUCION PARA EL DEPOSITO DE VALORES S.A. DE C.V. conforme a lo establecido por el artículo 290 fracción II de la Ley de Mercado de Valores y, la carta expedida por GRUPO BURSÁTIL MEXICANO, S.A. DE C.V. CASA DE BOLSA, que lo acredita con el carácter con el cual promueve. Documentos que se mandan a guardar en el seguro del juzgado.

En términos de lo anterior y toda vez que refiere que la Sentencia Definitiva dictada en autos le causa agravios, en razón de que, no fue llamado a juicio, sin que la suscrita pueda en este momento revocar las determinaciones que constan en el expediente y menos aún analizar los agravios que indica en el ocurso de cuenta. Con la finalidad de salvaguardar el derecho humano a una debida defensa y acceso a la justicia y, vista la certificación realizada por la Secretaría de Acuerdos de fecha once de agosto del año en curso, se le tiene en tiempo en términos de lo establecido por el artículo 1337 fracción IV del Código de Comercio, interponiendo recurso de apelación en contra de la ***SENTENCIA DEFINITIVA*** de fecha trece de julio del dos mil veintidós.

En consecuencia, se admite a trámite en **AMBOS EFECTOS**, atento a lo dispuesto por los artículos 1336, 1338, 1339, 1339-Bis, 1344 y demás relativos del Código de Comercio, se tiene al apelante formulando agravios, con los mismos dese vista a su contraria por el término de **SEIS** días para que manifieste lo que a su derecho convenga, hecho que sea procédase a elaborar el formato correspondiente a la OFICIALIA DE PARTES COMÚN

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo Segundo de lo Civil | 691/2022-23 | VEGUZMANGU | 2022-08-17 11:50:25 | OALONSOT | 2022-08-17 14:47:01 | FP: 2022-08-18 | NAS: 5111-3579-0070-3792-020 | 1660754599180 -- SIGJ / TSJCDMX -- V2

SIGJ plantilla v 3.0     Página 1 de 2

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, AÑO DE RICARDO FLORES MAGÓN, PRECURSOR DE LA REVOLUCIÓN MEXICANA"*
*QUINCUAGÉSIMO SEGUNDO DE LO CIVIL*

CIVIL Y MERCANTIL DEL PODER JUDICIAL DE LA CIUDAD DE MÉXICO, a través del Sistema de Gestión Judicial de éste Tribunal, para que se sirva designar la SALA CIVIL, que conocerá la substanciación y resolución de dicho recurso, debiendo remitir los autos principales y documentos, quedando debidamente citadas a las partes para comparecer ante la Superioridad a deducir sus derechos.

Notifíquese. Lo proveyó y firma la C. Juez Quincuagésimo Segundo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México, por Ministerio de Ley, Licenciada VERÓNICA GUZMÁN GUTIÉRREZ, ante el C. Secretario de Acuerdos "A", Licenciado Oscar Alonso Tolamatl, con quien actúa, autoriza y da fe. Doy Fe.

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo Segundo de lo Civil | 691/2022-23 | VEGUZMANGU | 2022-08-17 11:50:25 | OALONSOT | 2022-08-17 14:47:01 | FP: 2022-08-18 | NAS: 5111-3579-0070-3792-020 | 1660754599180 -- SIGJ / TSJCDMX -- V2

En el ***Boletín Judicial*** No. ___140___ correspondiente al día __18__ de _____Agosto_____ de _2022_ se hizo la publicación de Ley.— Conste.
El _19_ de ___Agosto___ del _2022_ , surtió efectos la notificación anterior.— Conste.



**EVIDENCIA CRIPTOGRÁFICA - TRANSACCIÓN**

**Archivo Firmado:** 1660754599180.pdf
**Autoridad Certificadora del Poder Judicial de la Ciudad de México**
**Firmante(s):** 2
**Hoja(s):** 2

| Firmantes | | Firmas | | | |
|---|---|---|---|---|---|
| **Nombre(s):** | VERONICA GUZMAN GUTIERREZ | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.30.31.36.31 |
| | OSCAR ALONSO TOLAMATL | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.30.36.35.39 |
| **OCSP** | | | | | |
| **Fecha: (UTC / CDMX)** | 17/08/22 16:50:25 - 17/08/22 11:50:25 | | | | |
| | 17/08/22 19:47:00 - 17/08/22 14:47:00 | | | | |
| **Nombre del respondedor(es):** | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | | |
| **Emisor(es) del respondedor(es):** | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| **Número(s) de serie:** | 70.6a.63.64.6d.78.32.30.32 | | | | |
| | 70.6a.63.64.6d.78.32.30.32 | | | | |
| **TSP** | | | | | |
| **Fecha: (UTC / CDMX)** | 17/08/22 16:50:25 - 17/08/22 11:50:25 | | | | |
| | 17/08/22 19:47:00 - 17/08/22 14:47:00 | | | | |
| **Nombre del emisor de la respuesta TSP:** | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | | |
| **Emisor del certificado TSP:** | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | | |
| **Sellos Digitales** | | | | | |
| 58 1b 36 a5 dc 55 2c 07 80 1a d7 ee d1 4d a8 91 0c f5 91 bc 92 31 db 40 61 bd e3 16 c8 1b d6 20 62 aa 13 bc ca 95 68 4c 09 b9 48 | | | | | |
| 8d af 07 8e d4 f5 7e 00 68 27 4e 85 d0 49 2f 86 bb c9 41 bd d1 35 f6 f6 81 87 13 1d e2 9e 4e 84 85 ee 9e d0 39 ec 3b 6e ae ae f2 | | | | | |

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo Segundo de lo Civil | 691/2022-23 | VEGUZMANGU | 2022-08-17 11:50:25 | OALONSOT | 2022-08-17 14:47:01 | FP: 2022-08-18 | NAS: 5111-3579-0070-3792-020 | 1660754599180 -- SIGJ / TSJCDMX -- V2