**Exhibit C**

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2022, Año de Ricardo Flores Magón,*
*Precursor de la Revolución Mexicana"*
*Quincuagésimo Segundo De Lo Civil*

Con fundamento en lo dispuesto en el artículo 115 del Código de Procedimientos Civiles, se hace del conocimiento de las partes, litigantes y público en general, que a partir del día doce de agosto del dos mil veintidós, funge como Juez por Ministerio de Ley de este Juzgado la Licenciada VERÓNICA GUZMÁN GUTIÉRREZ. CONSTE. Ciudad de México, a diecisiete de agosto del año dos mil veintidós.

- - - Ciudad de México, a diecisiete de agosto de dos mil dos mil veintidós.

- - - A su expediente número 691/2022, el escrito de cuenta del C. ANGEL FRANCISCO ROMANOS BERRONDO, parte actora en el presente juicio, téngase por hechas sus manifestaciones, sin embargo, dígase al ocursante que deberá estar al diverso proveído dictado con esta misma fecha.

Notifíquese. Lo proveyó y firma la C. Juez Quincuagésimo Segundo de lo Civil del Tribunal Superior de Justicia de la Ciudad de México, por Ministerio de Ley, Licenciada VERÓNICA GUZMÁN GUTIÉRREZ, ante el C. Secretario de Acuerdos "A", Licenciado Oscar Alonso Tolamatl, con quien actúa, autoriza y da fe. Doy Fe.

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo Segundo de lo Civil | 691/2022-22 | VEGUZMANGU | 2022-08-17 11:51:12 | OALONSOT | 2022-08-17 14:47:01 | FP: 2022-08-18 | NAS: 5111-3578-9589-7862-584 | 1660753896456 -- SIGJ / TSJCDMX -- V2

En el *Boletín Judicial* No. ___140___ correspondiente al día __18__ de ___Agosto___ de _2022_ se hizo la publicación de Ley.— Conste.
El _19_ de _Agosto_ del _2022_, surtió efectos la notificación anterior.— Conste.

SIGJ plantilla v 3.0                    Página 1 de 1



**EVIDENCIA CRIPTOGRÁFICA - TRANSACCIÓN**

**Archivo Firmado:** 1660753896456.pdf
**Autoridad Certificadora del Poder Judicial de la Ciudad de México**
**Firmante(s):** 2
**Hoja(s):** 1

| | Firmantes | | | Firmas | |
|---|---|---|---|---|---|
| **Nombre(s):** | VERONICA GUZMAN GUTIERREZ | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.30.31.36.31 |
| | OSCAR ALONSO TOLAMATL | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.30.36.35.39 |
| **OCSP** | | | | | |
| **Fecha: (UTC / CDMX)** | | 17/08/22 16:51:12 - 17/08/22 11:51:12 | | | |
| | | 17/08/22 19:47:01 - 17/08/22 14:47:01 | | | |
| **Nombre del respondedor(es):** | | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | |
| | | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX | | | |
| **Emisor(es) del respondedor(es):** | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | |
| | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | |
| **Número(s) de serie:** | | 70.6a.63.64.6d.78.32.30.32 | | | |
| | | 70.6a.63.64.6d.78.32.30.32 | | | |
| **TSP** | | | | | |
| **Fecha: (UTC / CDMX)** | | 17/08/22 16:51:12 - 17/08/22 11:51:12 | | | |
| | | 17/08/22 19:47:01 - 17/08/22 14:47:01 | | | |
| **Nombre del emisor de la respuesta TSP:** | | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | |
| | | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México | | | |
| **Emisor del certificado TSP:** | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | |
| | | Autoridad Certificadora del Poder Judicial de la Ciudad de México | | | |
| **Sellos Digitales** | | | | | |
| 81 bf fb 3b 31 1a 29 92 c4 21 ff fa 78 43 d2 8f 7b 4e 6e 7b 97 4d d2 02 b6 11 fe a0 78 10 61 af ac 29 e5 c9 3f 92 75 ed 6b 94 30 | | | | | |
| ba 02 b2 4f be d4 eb 56 df 92 64 ef d1 38 95 f7 cb c8 25 83 2a 5d b4 b3 e1 fb 21 2c d7 c4 73 99 9c d0 0c 3e 1a 59 be 02 0d df e0 | | | | | |

Sello electrónico SIGJ / TSJCDMX -- Quincuagésimo Segundo de lo Civil | 691/2022-22 | VEGUZMANGU | 2022-08-17 11:51:12 | OALONSOT | 2022-08-17 14:47:01 | FP: 2022-08-18 | NAS: 5111-3578-9589-7862-584 | 1660753896456 -- SIGJ / TSJCDMX -- V2

