**Exhibit D**

"2022, AÑO DE RICARDO FLORES MAGÓN,
PRECURSOR DE LA REVOLUCIÓN MEXICANA"
QUINCUAGÉSIMO SEGUNDO DE LO CIVIL

Ciudad de México, a treinta y uno de agosto del dos mil veintidós.

Al expediente número 691/2022, el escrito de cuenta de la parte actora, se le tiene interponiendo recurso de revocación en contra del auto de fecha diecisiete de agosto del año en curso, mismo que se reserva para ser proveído como corresponda, una vez que sea resuelto el recurso de apelación admitido en ambos efectos, toda vez que la suscrita tiene suspendida la jurisdicción, hasta en tanto se devuelva el expediente por la superioridad. Notifíquese. Lo proveyó y firma la C. Juez Quincuagésimo Segundo de lo Civil por Ministerio de Ley, Licenciada VERÓNICA GUZMÁN GUTIÉRREZ, ante el C. Secretario de Acuerdos, Licenciado OSCAR ALONSO TOLAMATL, que autoriza y da fe. Doy fe.



SIGJ / TSJCDMX -- Quincuagésimo
lo Civil | 691/2022-24 | OALONSOT |
15:37:16 | VEGUZMANGU | 2022-08-31
! FP: 2022-09-01 | NAS:
6 | 1661977626723 -- SIGJ

En el Boletín Judicial No. ___150___ correspondiente al día __01__ de
__Septiembre__ de __2022__ se hizo la publicación de Ley.— Conste.
El __02__ de __Septiembre__ del __2022__, surtió efectos la notificación anterior.— Conste.