| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Emily | Mathews | Foreign Representative | RLF |
| Amanda | Steele | Foreign Representative | Richards, Layton & Finger |
| Timothy | Fox | U.S. Trustee | Office of U.S. Trustee |
| Stanislav | Bozhenko | Private investor | |
| Takafumi | Yanagi | BOT Finance Mexico, S.A. de C.V. SOFOM ENR | BOT Finance Mexico, S.A. de C.V. SOFOM ENR |
| Stephanie | Sweeney | Interested Party | |
| John | Cunningham | Foreign Representative / Putative Debtor | White & Case LLP |
| Pedro | Jimenez | None | |
| Sean | Greecher | Interested Party | Young Conaway Stargatt & Taylor, LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| John | Knight | Foreign Rep / Debtor | Richards, Layton & Finger, P.A. |
| Jack | Massey | Interested Party | Cleary Gottlieb Steen & Hamilton LLP |
| Paul | Heath | Foreign Rep / Debtor | Richards, Layton & Finger, P.A. |
| Luke | Barefoot | Interested Party | Cleary Gottlieb Steen & Hamilton LLP |
| Stephan E. | Hornung | BNP Baribas | Stroock & Stroock & Lavan LLP |
| Ira | Dizengoff | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| David | Botter | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Abid | Qureshi | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| James | Savin | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Kevin | Eide | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Alexander | Antypas | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Erica | Reeves | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Richard | Cochrane | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Jeffrey | Latov | The Ad Hoc Group and the Petitioning Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Lucy | Monteiro | Press | Debtwire |
| Christopher | Samis | The Ad Hoc Group and the Petitioning Creditors | Potter Anderson & Corroon LLP |
| L. Katherine | Good | The Ad Hoc Group and the Petitioning Creditors | Potter Anderson & Corroon LLP |
| Florence | POURCHET | BNP Paribas | BNP Paribas |
| Joseph | MALLEY | BNP Paribas | BNP Paribas |
| Laurent | VANDERZYPPE | BNP Paribas | BNP Paribas |
| Christian | PEDEMONTE | BNP Paribas | BNP Paribas |
| Albert | YOUNG | BNP Paribas | BNP Paribas |
| Matthew | MULLIGAN | BNP Paribas | BNP Paribas |

| | | | |
|---|---|---|---|
| Evan | GIANOUKAKIS | BNP Paribas | BNP Paribas |
| Francisco | HERNANDEZ | BNP Paribas | BNP Paribas |
| Sarah | Silveira | Credito Real | Richards, Layton & Finger, P.A. |
| Kathryn | Coleman | Interested Party | Hughes Hubbard & Reed LLP |
| Ryan | Wagner | Interested Party | Greenberg Traurig, LLP |
| Anthony | Harrup | none | The Wall Street Journal |
| Alexander | Saeedy | WSJ | |
| Stephen | Walroth-Sadurni | Interested Party | Walroth-Sadurni Law |
| Miranda | Russell | U.S. International Development Finance Corporation | Morrison & Foerster LLP |
| Benjamin | Butterfield | U.S. International Development Finance Corporation | Morrison & Foerster LLP |
| Tracy | Klestadt | Interested Party | Klestadt Winters Jureller Southard & Stevens, LLP |
| Mark | Eckard | The Bank of New York Mellon | Reed Smith LLP |
| Francisco | Vazquez | The Bank of New York Mellon | Norton Rose Fulbright US LLP |
| Karen | Leung | Reorg | |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Alejandro | Lelo de Larrea | Bondholder | |
| Robert | Fitzgerald | N/A | |
| Natalie | Soloperto | Foreign Representative / Putative Debtor | White & Case |
| Andrew | Brown | The Ad Hoc Group and the Petitioning Creditors | Potter Anderson & Corroon LLP |
| Xochitl | Herrera | REDD Intelligence | |
| Hailey | Klabo | Interested Party | Davis Polk |
| Jason | Zakia | The foreign representative | White & Case LLP |
| Teodoro | Von Harrsch | 280 stockholders of Credito Real | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Taylor | Harrison | Debtwire | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Teri | Buhl | creditsights | fitch solutions |
| Feike | de Jong | media | Debtwire |
| Laura | Haney | Court | |