**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) | Case No. 22-10630 (JTD) |
| Debtor in a Foreign Proceeding. | ) | |

**STATEMENT NOTIFYING THE COURT OF DEVELOPMENTS IN THE MEXICAN LIQUIDATION PROCEEDING PURSUANT TO 11 U.S.C. § 1518 AND 28 U.S.C. § 1746**

1. Robert Wagstaff (the "**Petitioner**" or the "**Foreign Representative**"), duly appointed as the foreign representative by Mr. Fernando Alonso-de-Florida Rivero, the court-appointed liquidator (*Liquidador Judicial*) (the "**Mexican Liquidator**") of the Special Expedited Commercial proceeding (*Via Sumaria Especial Mercantil*) for the dissolution and liquidation (the "**Mexican Liquidation Proceeding**") of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., (the "**Chapter 15 Debtor**") pending in the 52nd Civil State Court of Mexico City (the "**Mexican Court**") pursuant to articles 229, 232, 233, 236 and others of the *Ley General de Sociedades Mercantiles*, as originally published in the *Diario Oficial de la Federación* on August 4, 1934 and last revised on June 14, 2018 (as amended, the "**Mexican Corporations Law**"), by and through his undersigned counsel, respectfully submits this statement pursuant to section 1518 of title 11 of the United States Code to inform this Court of recent developments in the Mexican Liquidation Proceeding.

2. On October 10, 2022, the Mexican Liquidator filed a report with the Mexican stock exchange, Bolsa Mexicana de Valores SAB de CV (the "**BMV**"), to provide an update regarding

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

the status of the Mexican Liquidation Proceeding and the actions taken during the period between September 1 and September 30. The report was filed in both Spanish and English and is attached hereto as **<u>Exhibit A</u>.**

3. The Foreign Representative understands that the Mexican Liquidator will continue to file reports with the BMV as the Mexican Liquidation Proceeding continues. The Foreign Representative will keep this Court apprised of further developments with respect to the Mexican Liquidation Proceeding.

[*Remainder of page intentionally left blank*]

Dated: October 11, 2022

Respectfully submitted,

*/s/ Sarah E. Silveira*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 4430)
Sarah E. Silveira (No. 6580)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
collins@rlf.com
knight@rlf.com
heath@rlf.com
steele@rlf.com
silveira@rlf.com

*Co-Counsel to Petitioner and Foreign Representative*

**WHITE & CASE LLP**

John K. Cunningham (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Philip M. Abelson (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jcunningham@whitecase.com
cshore@whitecase.com
philip.abelson@whitecase.com

Richard S. Kebrdle (admitted *pro hac vice*)
Jesse Green (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
rkebrdle@whitecase.com
jgreen@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

*Co-Counsel to Petitioner and Foreign Representative*