## EXHIBIT A

**Liquidator's Status Update**

**Ciudad de México, a 10 de octubre de 2022. Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.** ("Crédito Real" o la "Compañía"), da a conocer el segundo informe de las actividades que ha desempeñado el liquidador de la Compañía desde su designación hasta el 31 de agosto del 2022, inclusive.

Ciudad de México, México a 10 de octubre de 2022

**Informe Parcial Segundo del liquidador de Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. ("CRÉDITO REAL" o "Sociedad")**

El suscrito, Fernando Alonso de Florida Rivero, liquidador judicial de la Sociedad, rinde segundo informe parcial de actividades para la liquidación de la Sociedad durante el periodo comprendido entre el 01 y el 30 de septiembre de 2022 (el "**Periodo del Reporte**").

1. **Contabilidad.** Se continúa el análisis de documentos, libros e información que integran la contabilidad de la Sociedad para identificar con total certeza y precisión los activos y pasivos de CRÉDITO REAL.

2. **Negociaciones con Acreedores**. Se han concluido negociaciones que se encontraban en proceso con los acreedores de la Sociedad, algunos de los cuales ya habían iniciado acciones judiciales de cobro y de ejecución de garantías. Durante el Periodo del Reporte, se lograron acuerdos de pago con acreedores garantizados y privilegiados de la Sociedad, tales como *(i)* Banco del Bajío, S.A., Institución de Banca Múltiple; *(ii)* BOT Finance México, S.A. de C.V., SOFOM, E.N.R.; y, *(iii)* Nacional Financiera, S.N.C., Institución de Banca de Desarrollo. Los pagos realizados han permitido la liberación de activos de la Sociedad que estaban sujetos a gravamen o privilegio.

Se está elaborando el fideicomiso que podría utilizarse para instrumentar acuerdos con acreedores quirografarios, particularmente con tenedores de bonos emitidos por la Sociedad.

3. **Procedimientos Judiciales.** Continúan en curso y pendientes de resolución, *(i)* el procedimiento de insolvencia *(Chapter 11)* promovido por un grupo minoritario de tenedores de bonos emitidos por la Sociedad en los Estados Unidos de América, cuya procedencia fue oportunamente cuestionada por la Sociedad ante el Tribunal de Quiebras de Delaware, al tiempo que la Sociedad presentó en dicho país solicitud de reconocimiento del procedimiento de disolución y liquidación de la Sociedad ante los Tribunales competentes en México; *(ii)* la impugnación, vía amparo, por parte de una minúscula proporción de acreedores quirografarios (básicamente bonistas), de la sentencia que reconoció la disolución y decretó liquidación de la Sociedad (la "**Sentencia de Disolución**"); y, *(iii)* el recurso de apelación promovido por accionistas minoritarios contra la Sentencia de Disolución.
4. **Regulatorio**. Se han atendido y desahogado de forma oportuna nuevos requerimientos de información y documentación efectuados por parte de la Comisión Nacional Bancaria y de Valores ("**CNBV**") a CRÉDITO REAL, por conducto del suscrito, con motivo de la visita de investigación que la propia CNBV está llevando a cabo.
5. **Obligaciones Fiscales.** Se continúa dando seguimiento puntual *(i)* al cumplimiento de las obligaciones fiscales de la Sociedad; *(ii)* a las auditorías en curso iniciadas por el Servicio de Administración Tributaria; y, *(iii)* al pago de impuestos y contribuciones federales, habiéndose presentado el aviso de liquidación a dicho órgano desconcentrado.

**FERNANDO ALONSO DE FLORIDA RIVERO**

**ACERCA DE CRÉDITO REAL**

Crédito Real es una institución financiera líder en México, con presencia en Estados Unidos, Costa Rica, Panamá, Nicaragua y Honduras, enfocada al otorgamiento de créditos con una plataforma diversificada de negocios, que comprende principalmente: créditos con descuento vía nómina, créditos para PYMES, créditos grupales, créditos para autos usados y a través de Instacredit, créditos de consumo. Crédito Real ofrece

productos principalmente a los segmentos de bajo y mediano ingreso de la población, los cuales históricamente han estado poco atendidos por otras instituciones financieras. Las acciones de Crédito Real se encuentran listadas en la Bolsa Mexicana de Valores bajo la clave de pizarra "CREAL*" (Bloomberg: "CREAL*:MM").

**CONTACTO**

**Relación con Inversionistas y Medios:**

investor_relations@creditoreal.com.mx

**Mexico City, October 10, 2022. Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.** ("Crédito Real" or the "Company"), publishes the second report on the activities carried out by the liquidator of the Company since his appointment and until August 31, 2022.

Mexico City, Mexico, October 10, 2022

**Second Partial Report of the liquidator of Crédito Real, S.A.B. de C.V. SOFOM, E.N.R. ("CRÉDITO REAL" or "Company")**

Fernando Alonso de Florida Rivero, liquidator of the Company, hereby submits the second partial report on activities related to the liquidation of the Company during the period between September 1st and September 30th, 2022 (the "Reporting Period").

**1.      Accounting**. The analysis of documents, books and financial information in the accounting records of the Company continues, in order to identify the assets and liabilities of CRÉDITO REAL accurately and precisely.

**2.      Negotiations with Creditors**. The Company has successfully concluded accords with its creditors, some of which had already exercised legal action to collect and foreclosure guarantees. During the Reporting Period, agreements were executed with secured and privileged creditors of the Company, such as *(i)* Banco del Bajío, S.A., Institución de Banca Múltiple; *(ii)* BOT Finance México, S.A. de C.V., SOFOM, E.N.R.; and, *(iii)* Nacional Financiera, S.N.C., Institución de Banca de Desarrollo. All account receivables pledged in favor of the mentioned banks were released.

The trust (*fideicomiso*) that may be used for the implementation of settlement agreements with unsecured creditors, particularly with bond-holders, is in the process of execution.

**3.      Judicial Processes**. The following processes are pending to be decided, *(i)* insolvency procedure (*Chapter 11*) filed by an insignificant group of bond-holders, which has been strongly challenged by the Company before the Delaware Bankruptcy Court, simultaneously, in such country, the Company filed a petition for recognition of the Company's dissolution and liquidation procedure; *(ii) Amparo* procedure against the resolution that recognized dissolution and ordered liquidation of the Company filed by a group of bond holders; and, *(iii)* appeal procedure filed by a minority group of shareholders against the final judgment that recognized the dissolution and ordered the liquidation of the Company.

**4.      Regulatory**. Full satisfaction has been given to additional information and documents requests made by CNBV to CRÉDITO REAL, which are related to the investigation visit carried out by CNBV to the Company.

**5.      Tax Issues.** The Company continues following up on *(i)* complying with tax obligations of the Company; *(ii)* ongoing audits initiated by tax authorities; and, *(iii)* payment of federal taxes and contributions, having submitted the liquidation notice of the Company to said authorities.

**FERNANDO ALONSO DE FLORIDA RIVERO**

**ABOUT CREDITO REAL**

Credito Real is a leading financial institution in Mexico, with presence in the United States, Costa Rica, Panama, Nicaragua and Honduras, focusing on lending with a diversified business platform in the following main lines of business: payroll loans, small and medium business loans, group loans, used car loans and, through Instacredit, personal loans. Credito Real offers its products mainly to low- and middle-income segments of the population currently underserved by other financial institutions. The Company's stock is listed on the Mexican Stock Exchange under the ticker symbol "CREAL*". (Bloomberg identification number is CREAL*: MM).

**CONTACT**

**Investor Relations and Media:**

investor_relations@creditoreal.com.mx