**EXHIBIT A**

**Appellate Court Confirmation Order**

**Certified Translation**

"2022, Year of Ricardo Flores Magón. Forerunner of the Mexican Revolution"

T. 1323/2022 ROMANOS BERRONDO ANGEL FRANCISCO.

Mexico City, September 8, 2022.

--- By means of the written communication issued by the 52nd Court for Civil Matters of Mexico City, remitting the File No. 691/2022, an assignment of errors and a bag with documents, appellate dossier 1323/2022 is compiled and registered to prosecute the motion for appeal filed by **JESÚS NAVA MORENO,** acting as shareholder of the Defendant, against the **FINAL JUDGMENT DATED JULY 2, 2022,** entered on the court records of the special commercial action, filed by **ROMANOS BERRONDO ÁNGEL FRANCISCO** against **CRÉDITO REAL, S. A. B. DE C.V., SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA.**

**Admission of the motion for appeal and its degree rating made in first instance in both its non-suspensive effect and stay-of-execution effect and based on article 1345 bis 4 of the Code of Commerce is hereby confirmed, and THE PARTIES ARE HEREBY SUMMONED TO HEAR THE JUDGMENT.** In compliance with General Rulings 10-07/2005, 2054/2008 and 5/32/2009. Plenary Ruling 31-35/2009, as well as articles 24, 25, 26, 27, 28, 29, 30 and 31 of the Regulations of the Institutional System of Archives of the Superior Court of Justice and the Judiciary Board of the Federal District, the parties are hereby informed that once prosecution of this case has been completed whether by an executed final judgment; a final judgment ready for execution; a ruling declaring inadmissibility of the motion; withdrawal or the motion filed is declared as meritless, the relevant docket and appellate dossier or appellate dossiers will be destroyed, as well as any evidence, sample, and documents filed in this instance regarding the already concluded case; therefore, the parties are bound to request redelivery of their documents, within six months following effective date of the notice of the ruling or resolution concluding the instance. Based on article 115 of the Code of Civil Procedures of Mexico City, the parties are hereby informed that the Third Civil Chamber will be integrated by Magistrates ELISEO JUAN HERNÁNDEZ VILLAVERDE, JAIME SILVA GAXIOLA and MÓNICA VENEGAS HERNÁNDEZ. **Notice is ordered to be given. It was so ruled by the Third Civil Chamber and signed by Weekly Duty Magistrate JAIME SILVA GAXIOLA before Court Clerk ELSA ZALDIVAR CRUZ, who authorized and attests.**

---

I, ZULUEM JULIETA GARCÍA PACHECO, Expert Translator authorized by the *Tribunal Superior de Justicia de la Ciudad de México* [Superior Court of Justice of Mexico City], pursuant to the ruling published in the *Boletín Judicial* [Court Bulletin] on March 8, 2021, hereby attest that the preceding translation from Spanish language contained in one (01) page is, at the best of my knowledge, true, complete and correct.

Zuluem Julieta García Pacheco
Mexico City, Federal District, October 11, 2022
Phone:  (52) (55) 52 19 68 95
E-mail:  zuluemgp@prodigy.net.mx



**Original - Spanish**

"2022, Año de Ricardo Flores Magón, Precursor de la Revolución Mexicana."

T. 1323/2022 ROMANOS BERRONDO ANGEL FRANCISCO.

Ciudad de México, a ocho de Septiembre de dos mil veintidós.

---Con el oficio de cuenta procedente del Juzgado Quincuagésimo Segundo de lo Civil de la Ciudad de México, por el cual remitió un Expediente número 691/2022, un cuaderno de agravios y una bolsa con documentos, se forma y registra el toca 1323/2022 para substanciar el recurso de apelación interpuesto por **JESÚS NAVA MORENO** quien actúa en su carácter de accionista de la persona moral Demandada en contra de la **SENTENCIA DEFINITIVA DE FECHA TRECE DE JULIO DE DOS MIL VEINTIDÓS**, emitida en los autos del juicio **ESPECIAL MERCANTIL**, promovido por **ROMANOS BERRONDO ÁNGEL FRANCISCO** en contra de **CRÉDITO REAL, S. A. B. DE C.V., SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD NO REGULADA.**

**Se confirma la admisión del recurso y su calificación de grado realizada en primera instancia en ambos efectos y con fundamento en el artículo 1345 bis 4 del Código de Comercio, se CITA A LAS PARTES PARA OÍR SENTENCIA.** En cumplimiento a los Acuerdos Generales 10-07/2005, 2054/2008 y 5/32/2009, Acuerdo Plenario 31-35/2009, así como de los artículos 24, 25, 26, 27, 28, 29, 30 y 31 del Reglamento del Sistema Institucional de Archivos del Tribunal Superior de Justicia y del Consejo de la Judicatura del Distrito Federal, se hace del conocimiento de las partes que una vez concluido el trámite del presente asunto, ya sea por sentencia definitiva cumplimentada; sentencia definitiva firme; por acuerdo que declare la inadmisión del recurso; por desistimiento o al declararse sin materia el recurso interpuesto, se procederá a la destrucción del cuaderno y toca o tocas correspondientes, así como de las pruebas, muestras y documentos exhibidos en esta instancia respecto al asunto ya concluido; por lo que las partes quedan obligadas a solicitar la devolución de sus documentos, dentro de los seis meses siguientes, contados a partir de que surta efectos, la notificación del acuerdo o resolución que da por concluida la instancia. Con fundamento en el artículo 115 del Código de Procedimientos Civiles para la Ciudad de México, se hace del conocimiento de las partes la integración de la Tercera Sala Civil por los CC. Magistrados ELISEO JUAN HERNÁNDEZ VILLAVERDE, JAIME SILVA GAXIOLA y la C. Magistrada MÓNICA VENEGAS HERNÁNDEZ.

**Notifíquese. Así lo acordó la Tercera Sala Civil y firma el C. Magistrado semanero JAIME SILVA GAXIOLA ante la C. Secretaría de Acuerdos Licenciada ELSA ZALDIVAR CRUZ, quien autoriza y da fe.**

**En el número _____ del Boletín Judicial**

**de fecha ____ de_____ 2022 se hizo la publicación de ley. Conste.**

**El ____ de _____ del año 2022, surte sus efectos legales de Notificación del acuerdo anterior. Conste.**

Firma electrónica SICOR / TSJCDMX -- Tercera Sala Civil | Clave: 3SC | Documento: 1323/2022-1 | Firma: JSILVAG | nuSM WZZs cS4= | 2022-09-08 15:03:57 | Firma: EZALDIVARC | SjOa V5hZ W5I= | 2022-09-08 15:04:41 | Fecha de publicación: 2022-09-09 | NAS: 5111-3709-7967-6219-716 -- SICOR / TSJCDMX —

