**EXHIBIT D**

**October 4 Order**

**Certified Translation**



## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into English of the original document entitled "*Appellate Court Order re Moreno Reconsideration Motion,*" which was written in Spanish.

City of Buenos Aires, October 6, 2022.

THE TR COMPANY TRANSLATION SERVICES

_____

Ms Cynthia Farber

Certified Sworn Translator

License recorded on Page 226:Book XV.

Registered with the Translators Bar Association

City of Buenos Aires

C.T.P.C.B.A. No.5402

Manuel Ugarte 2187 1º (C1428BSE) Buenos Aires, Argentina

(54.11) 4896 2693

info@thetrcompany.com - www.thetrcompany.com

"2022, The Year of Ricardo Flores Magón, Early Thinker and Promoter of the Mexican Revolution."

Appeal Case No. 1323/2022 ÁNGEL FRANCISCO ROMANOS BERRONDO. (3) LAW CLERKS' UNIT No. 1

City of Mexico, October 4, 2022.

In Appeal Case No. 1323/2022, JUAN PABLO ESTRADA MICHEL, in his capacity as attorney-in-fact for the Respondent, filed a brief in response to the notification ordered via Order No. 5, of September 22, 2022; his statements are acknowledged by the Court and, on that basis the Court will rule on the Appellant's petition of September 13, 2022.

The Appellant shall be notified that, as regards the request in the aforementioned petition, the Appellant shall abide by the outcome of the interlocutory judgment on the motion for the reconsideration of the decision of September 8, 2022.

This order shall be notified. So ordered by the Third Civil Division and signed by Reporting Judge ELISEO JUAN HERNÁNDEZ VILLAVERDE before the authorizing and attesting Court Clerk ELSA ZALDIVAR CRUZ

[Stamp:] For the record, the above order has been published as required by law in Judicial Gazette No. __ of ____ ___, 2022.

For the record, notice shall take effect on ____ __, 2022.

| Electronic signature SICOR / TSJCDMX – Third Civil Division \| Clave: 3SC \| Document: 1323/2022-14 \| Signature: EHERNANDEZV \| fqaO 3Q6K 7/c= \| 2022-10-05 03:12:39 PM \| Signature: EZALDIVARC \| UPGz aSWH GwA= \| 2022-10-05 03:41:24 PM \|Date of publication: 2022-10-06 \| NAS: 5111-3869-1659-3488-044 -- SICOR / TSJCDMX -- | [QR Code] |
|---|---|

**Original - Spanish**

"2022, Año de Ricardo Flores Magón, Precursor de la Revolución Mexicana."

T. 1323/2022 ROMANOS BERRONDO ÁNGEL FRANCISCO.   (  3  )   PON. UNO

Ciudad de México, a cuatro de Octubre de dos mil veintidós.

---A los autos del toca 1323/2022 el escrito de cuenta que suscribe JUAN PABLO ESTRADA MICHEL, quien actúa como mandatario judicial de la parte Demandada y por el cual desahoga la vista que se le mandó dar por auto número cinco del veintidós de septiembre de esta anualidad, a quien se le tienen por realizadas sus manifestaciones y con ello se provee en relación al contenido del ocurso presentado por el apelante en fecha trece de septiembre del año actual.

Dígase al Apelante que en cuanto a lo solicitado en el escrito de referencia, deberá estarse al resultado de la sentencia interlocutoria respecto al recurso de reposición que se interpuso en contra del acuerdo del ocho de septiembre del presente.

Notifíquese. Así lo acordó la Tercera Sala Civil y firma el C. Magistrado Ponente ELISEO JUAN HERNÁNDEZ VILLAVERDE ante la C. Secretaria de Acuerdos Licenciada ELSA ZALDIVAR CRUZ, que autoriza y da fe.

**En el   número _____ del    Boletín   Judicial**

**de  fecha ___ de_____ 2022 se hizo la publicación de ley. Conste.**

**El ___ de _____ del año  2022, surte sus efectos  legales  de  Notificación del acuerdo anterior. Conste.**



Firma electrónica SICOR / TSJCDMX -- Tercera Sala Civil |
Clave: 3SC | Documento: 1323/2022-14 | Firma:
EHERNANDEZV | fqaO 3Q6K 7/c= | 2022-10-05 15:12:39 |
Firma: EZALDIVARC | UPGz aSWH GwA= | 2022-10-05
15:41:24 |
Fecha de publicación: 2022-10-06 | NAS: 5111-3869-1659-
3488-044 -- SICOR / TSJCDMX --

