# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 15 / Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) Case No. 22-10630 (JTD) |
|  | ) Case No. 22-10696 (JTD) |
| Debtor in a Foreign Proceeding. | ) Re: Chapter 15 Docket No. 2 |
|  | ) Re: Chapter 11 Docket No. 5 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on July 14, 2022, the putative debtor (the "**Putative Debtor**") in the above-captioned involuntary chapter 11 case filed the *Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* (the "**Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**SDNY Court**"). *See* Chapter 11 Docket No. 5.

PLEASE TAKE FURTHER NOTICE that on August 1, 2022, the SDNY Court entered the *Agreed Order Granting Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware* [Chapter 11 Docket No. 18] transferring the case to the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that on July 14, 2022, Robert Wagstaff (the "**Foreign Representative**"), duly appointed as the foreign representative by Mr. Fernando Alonso-de-Florida Rivero, the court-appointed liquidator (Liquidator Judicial) (the "**Mexican**

---

[1] The last four identifying digits of the tax number and the jurisdiction in which Crédito Real pays taxes is Mexico — 6815. Crédito Real's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

**Liquidator**")[2] of the Special Expedited Commercial proceeding (Via Sumaria Especial Mercantil) for the dissolution and liquidation of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. pending in the 52nd Civil State Court of Mexico City (the "**Mexican Court**") pursuant to articles 229, 232, 233, 236, and others of the Ley General de Sociedades Mercantiles, as originally published in the Diario Oficial de la Federación on August 4, 1934 and last revised on June 14, 2018, filed the *Verified Petition for Recognition of Foreign Main Proceeding* [Chapter 15 Docket No. 2] (the "**Verified Petition**") in the above-captioned chapter 15 case with the Bankruptcy Court.

        PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a hearing (the "**Hearing**") in the United States Bankruptcy Court for the District of Delaware, 824 Market Street North, 5th Floor, Wilmington, Delaware 19081 to consider the relief requested in the Motion and the Verified Petition for **January 4, 2023 at 9:30 a.m. (prevailing Eastern Time),** continuing if necessary, on **January 5, 2023 at 9:30 a.m. (prevailing Eastern Time)**.

---

[2] On July 13, 2022, the Mexican Court appointed the Mexican Liquidator on a final basis.

Dated: November 23, 2022

Respectfully submitted,

*/s/ Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (*pro hac vice* pending) |
| John H. Knight (No. 3848) | J. Christopher Shore (*pro hac vice* pending) |
| Paul N. Heath (No. 3704 | Philip M. Abelson (*pro hac vice* pending) |
| Amanda R. Steele (No. 4430) | 1221 Avenue of the Americas |
| 920 North King Street | New York, NY 10020 |
| Wilmington, DE 19801 | Telephone: (212) 819-8200 |
| Telephone:  (302) 651-7700 | jcunningham@whitecase.com |
| Facsimile:   (302) 651-7701 | cshore@whitecase.com |
| collins@rlf.com | philip.abelson@whitecase.com |
| knight@rlf.com | |
| heath@rlf.com | Richard S. Kebrdle (*pro hac vice* pending) |
| steele@rlf.com | Jason N. Zakia (*pro hac vice* pending) |
| | Jesse Green (*pro hac vice* pending) |
| *Co-Counsel to the Putative Debtor and Foreign Representative* | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone: (305) 371-2700 |
| | rkebrdle@whitecase.com |
| | jzakia@whitecase.com |
| | jgreen@whitecase.com |
| | |
| | *Co-Counsel to the Putative Debtor and Foreign Representative* |