# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) | Case No. 22-10630 (JTD) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | **Re: Docket Nos. 95 & 103** |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware (the "**Court**") has scheduled a status conference (the "**Status Conference**") for **December 7, 2022 at 2:00 p.m. (ET)** relating to scheduling of the *Foreign Representative's Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures Relating to the Sale of Chapter 15 Debtor's Equity Interests in Crédito Real USA Finance, LLC, (B) Scheduling an Auction for, and Hearing to Approve, the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof; (II) Authorizing and Approving the Sale of Chapter 15 Debtor's Equity Interests in Crédito Real USA Finance, LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (III) Granting Related Relief* [Docket No. 95] and the *Notice of Filing of Amended Bidding Procedures Motion and Blackline* [Docket No. 103] filed in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the Status Conference will be conducted entirely by Zoom and requires all participants to register in advance. CourtCall will

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

not be used to dial in.  Those parties wishing to participate in the Status Conference must register in advance with Zoom using the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIscemrqz0iE2QPZ3k3HTit-8j1WR40SJg.

Once registered, parties will receive a confirmation email containing personal log-in information for the Status Conference.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | J. Christopher Shore (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704 | Philip M. Abelson (admitted *pro hac vice*) |
| Amanda R. Steele (No. 4430) | 1221 Avenue of the Americas |
| 920 North King Street | New York, NY 10020 |
| Wilmington, DE 19801 | Telephone: (212) 819-8200 |
| Telephone:  (302) 651-7700 | jcunningham@whitecase.com |
| Facsimile:   (302) 651-7701 | cshore@whitecase.com |
| collins@rlf.com | philip.abelson@whitecase.com |
| knight@rlf.com | |
| heath@rlf.com | |
| steele@rlf.com | Richard S. Kebrdle (admitted *pro hac vice*) |
| | Amanda Parra Criste (admitted *pro hac vice*) |
| *Co-Counsel to the Foreign Representative* | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone: (305) 371-2700 |
| | rkebrdle@whitecase.com |
| | aparracriste@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 S. Wacker Drive, Suite 5100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | *Co-Counsel to the Foreign Representative* |