**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 15 / Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) Case No. 22-10630 (JTD) <br> ) Case No. 22-10696 (JTD) |
| Debtor in a Foreign Proceeding. | ) **Re: Chapter 15 Docket No. 102** <br> ) **Re: Chapter 11 Docket No. 104** |

**NOTICE OF CANCELLATION OF HEARING AND
SCHEDULING OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that, the hearing (the "**Hearing**") currently scheduled for January 4, 2023 at 9:30 a.m. (prevailing Eastern Time), continuing if necessary, on January 5, 2023 at 9:30 a.m. (prevailing Eastern Time) to consider the relief requested in the *Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* (the "**Motion**") [Chapter 11 Docket No. 5] and the *Verified Petition for Recognition of Foreign Main Proceeding* (the "**Verified Petition**")[Chapter 15 Docket No. 2] has been canceled with permission of the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, in place of the Hearing, the Court has scheduled a status conference for **January 4, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "**Status Conference**") regarding the Motion and Verified Petition.

PLEASE TAKE FURTHER NOTICE that the Status Conference will be conducted entirely by Zoom and requires all participants to register in advance. CourtCall will not be used to dial in. Information regarding Zoom registration will be provided prior to the Status Conference.

---

[1] The last four identifying digits of the tax number and the jurisdiction in which Crédito Real pays taxes is Mexico — 6815. Crédito Real's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

RLF1 28383734v.1

Dated: December 26, 2022

Respectfully submitted,

*/s/ Sarah E. Silveira*
_____

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | J. Christopher Shore (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704 | Philip M. Abelson (admitted *pro hac vice*) |
| Amanda R. Steele (No. 4430) | 1221 Avenue of the Americas |
| Sarah E. Silveira (No. 6580) | New York, NY 10020 |
| 920 North King Street | Telephone: (212) 819-8200 |
| Wilmington, DE 19801 | jcunningham@whitecase.com |
| Telephone:  (302) 651-7700 | cshore@whitecase.com |
| Facsimile:   (302) 651-7701 | philip.abelson@whitecase.com |
| collins@rlf.com | |
| knight@rlf.com | Richard S. Kebrdle (admitted *pro hac vice*) |
| heath@rlf.com | Amanda Parra Criste (admitted *pro hac vice*) |
| steele@rlf.com | 200 South Biscayne Boulevard, Suite 4900 |
| silveira@rlf.com | Miami, FL 33131 |
| | Telephone: (305) 371-2700 |
| *Co-Counsel to the Foreign Representative* | rkebrdle@whitecase.com |
| | aparracriste@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 S. Wacker Drive, Suite 5100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | *Co-Counsel to the Foreign Representative* |