| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Francisco | Vazquez | The Bank of New York | Norton Rose Fulbright US LLP |
| Timothy | Fox | U.S. Trustee | Office of the U.S. Trustee |
| Amanda | Steele | Foreign Representative | Richards, Layton & Finger, P.A. |
| Ira | Dizengoff | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| David | Botter | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| Abid | Qureshi | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| John | Cunningham | Foreign Representative | White & Case LLP |
| James | Savin | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| Sarah | Silveira | Credito Real | Richards, Layton & Finger, P.A. |
| Kevin | Eide | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| Alexander | Antypas | The Ad Hoc Group | Akin Gump Strauss Hauer & Feld LLP |
| L. Katherine | Good | The Ad Hoc Group | Potter Anderson & Corroon LLP |
| John | Knight | Foreign Representative | RICHARDS, LAYTON & FINGER, P.A. |
| Tracy | Klestadt | Interested Party | Klestadt Winters Jureller Southard & Stevens, LLP |
| Xochitl | Herrera | REDD Intelligence | REDD Intelligence |
| Deborah | Williamson | Cultiva | Dykema Gossett |
| Claudia | Miyauchi | BOT Finance México | BOT Finance México, S.A. de C.V. SOFOM |
| Takafumi | Yanagi | BOT Finance México | BOT Finance México, S.A. de C.V. SOFOM |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Cristian | RODRIGUEZ ROJAS | BNP Paribas | |
| Matthew | LOVIO | BNP Paribas | BNP Paribas |
| Cristian | RODRIGUEZ ROJAS | BNP Paribas | BNP Paribas |
| Francisco | HERNANDEZ | BNP Paribas | BNP Paribas |
| Evan | GIANOUKAKIS | BNP Paribas | BNP Paribas |
| Matthew | MULLIGAN | BNP Paribas | BNP Paribas |
| Albert | YOUNG | BNP Paribas | BNP Paribas |
| Christian | PEDEMONTE | BNP Paribas | BNP Paribas |
| Sean | Greecher | interested party | Young Conaway Stargatt & Taylor, LLP |
| Jack | Massey | interested party | Cleary Gottlieb Steen & Hamilton LLP |
| Laurent | VANDERZYPPE | BNP Paribas | BNP Paribas |
| Luke | Barefoot | interested party | Cleary Gottlieb Steen & Hamilton LLP |
| Joseph | MALLEY | BNP Paribas | BNP Paribas |
| Florence | POURCHET | BNP Paribas | BNP Paribas |
| Stephan E. | Hornung | BNP Paribas | BNP Paribas |
| Stanislav | Bozhenko | Private investor | |
| Kathryn | Coleman | Interested Party | Hughes Hubbard & Reed LLP |
| Lilian | M Marques | Chapter 15 Debtor | White & Case LLP |
| Teri | Buhl | self | LevFin Insights |
| Lucy | Monteiro | Press | Debtwire |
| Robert | Fitzgerald | N/A | |
| Patricia | Tomasco | Interested Party | Quinn Emanuel Urquhart & Sullivan, LLP |
| Jason | Zakia | Foreign Representative | White & Case LLP |
| Robert | Wagstaff | Foreign Representative | Riveron |
| Brian | Park | Lender | |
| David | Mayo | Reorg | |
| Miranda | Russell | U.S. International | Morrison & Foerster LLP |
| Stephen | Walroth-Sadurni | Interested Party | Walroth-Sadurni Law |
| Christopher | Samis | The Ad Hoc Group | Potter Anderson & Corroon LLP |
| Vince | Sullivan | Law360 | |
| Taylor | Harrison | Debtwire | |
| James | Nani | Bloomberg Law | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Luciana | Silva | Press | Debtwire |
| Matthew | Pierce | Interested Party | Landis Rath & Cobb |