**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) Case No. 22-10630 (JTD) |
| Debtor in a Foreign Proceeding. | ) **Re: Docket Nos. 103 & 133** |

## NOTICE OF MODIFIED SALE PROCESS DATES

PLEASE TAKE NOTICE that on November 29, 2022, Robert Wagstaff (the "**Foreign Representative**"), in his capacity as duly appointed foreign representative of Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., (the "**Chapter 15 Debtor**" and, together with its affiliates, the "**Company**"), by and through his undersigned counsel, in the above-captioned chapter 15 case, filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**"), a motion [Docket No. 103] (the "**Amended Motion**")[2] for: (i) entry of an order (the "**Amended Bidding Procedures Order**") approving the proposed bidding procedures by which the Foreign Representative will conduct an auction (the "**Auction**") for the sale (the "**Sale Transaction**") of substantially all of the Company's direct and/or indirect equity interests in a majority-owned, U.S. subsidiary, Crédito Real USA Finance, LLC, (ii) entry of an order approving the Sale Transaction at the hearing to approve the Sale Transaction (the "**Sale Hearing**"), and (iii) related relief.

PLEASE TAKE FURTHER NOTICE that, on December 15, 2022, the Court entered the Amended Bidding Procedures Order [Docket No. 133]. The Amended Bidding Procedures Order approved the following dates related to any Sale (the "**Sale Process Dates**"): (i) January 13, 2023 at 4:00 p.m. (Eastern Time) as the deadline for bidders to submit bids (the "**Final Bid Deadline**"); (ii) January 17, 2023 at 10:30 a.m. (Eastern Time) as the date and time for the Auction (the "**Auction Date**"); (iii) January 20, 2023 at 4:00 p.m. (Eastern Time) as the deadline to file objections to the conduct of the Auction (the "**Auction Objection Deadline**"); and (iv) January 25, 2023 at 10:00 a.m. (Eastern Time) as the date and time for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Amended Bidding Procedures Order, the Foreign Representative is authorized to modify (in consultation with the Consultation Party) the Sale Process Dates.

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Amended Motion.

RLF1 28453997v.1

PLEASE TAKE FURTHER NOTICE that the Foreign Representative, in an exercise of his rights pursuant to the Amended Bidding Procedures Order, and having consulted with the Consultation Party, has modified the Sale Process Dates as follows:

| Modified Sale Process Dates | |
|---|---|
| January 27, 2023 at 4:00 p.m. (Eastern Time) | **Final Bid Deadline** |
| January 31, 2023 at 10:30 a.m. (Eastern Time) | **Auction Date (if one is to be held)** |
| February 3, 2023 at 4:00 p.m. (Eastern Time) | **Auction Objection Deadline** |
| February 7, 2023 at 11:00 a.m. (Eastern Time) | **Sale Hearing** |

PLEASE TAKE FURTHER NOTICE that this Notice of Modified Sale Process Dates is subject to the terms and conditions of the Amended Motion and the Amended Bidding Procedures Order, with such Amended Bidding Procedures Order controlling in the event of any conflict other than any inconsistency between the Modified Sale Process Dates and corresponding dates set forth in the Amended Motion and the Amended Bidding Procedures Order. For the avoidance of doubt, the Foreign Representative shall consult with the Consultation Party with respect to any additional modifications to the Sale Process Dates.

PLEASE TAKE FURTHER NOTICE that the Foreign Representative encourages parties in interest to review the Amended Motion and the Amended Bidding Procedures Order in their entirety. **Copies of the Amended Motion, the Amended Bidding Procedures Order, and other related documents are available on the Chapter 15 Debtor's website at www.creal.mx/en/financiera/eventos or upon request to White & Case LLP at wccrusafin@whitecase.com OR 305-371-2700, ATTN: CRÉDITO REAL TEAM.**

(Remainder of page intentionally left blank)

Dated: January 9, 2023

Respectfully submitted,


*/s/ Amanda R. Steele*
_____

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Richard S. Kebrdle (admitted *pro hac vice*) |
| Amanda R. Steele (No. 4430) | Amanda Parra Criste (admitted *pro hac vice*) |
| Sarah E. Silveira (No. 6580) | 200 South Biscayne Boulevard, Suite 4900 |
| Emily R. Mathews (No. 6866) | Miami, FL 33131 |
| 920 North King Street | Telephone: (305) 371-2700 |
| Wilmington, DE 19801 | jcunningham@whitecase.com |
| Telephone: (302) 651-7700 | rkebrdle@whitecase.com |
| Facsimile: (302) 651-7701 | aparracriste@whitecase.com |
| collins@rlf.com | |
| knight@rlf.com | Philip M. Abelson (admitted *pro hac vice*) |
| steele@rlf.com | 1221 Avenue of the Americas |
| silveira@rlf.com | New York, NY 10020 |
| mathews@rlf.com | Telephone: (212) 819-8200 |
| | philip.abelson@whitecase.com |
| *Co-Counsel to Petitioner and Foreign Representative* | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 S. Wacker Drive, Suite 5100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | *Co-Counsel to Petitioner and Foreign Representative* |