# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) Case No. 22-10630 (JTD) |
| Debtor in a Foreign Proceeding. | ) **Re: Docket Nos. 103 & 146** |

## NOTICE OF RESCHEDULED HEARING TIME

**PLEASE TAKE NOTICE** that the hearing previously scheduled in the above-captioned chapter 15 case on the *Foreign Representative's Amended Motion for Entry of Orders: (I) (A) Authorizing and Approving Bidding Procedures Relating to the Sale of Chapter 15 Debtor's Equity Interests in Crédito Real USA Finance, LLC, (B) Scheduling an Auction for, and Hearing to Approve, the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof; (II) Authorizing and Approving the Sale of Chapter 15 Debtor's Equity Interests in Crédito Real USA Finance, LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (III) Granting Related Relief* [Docket No. 103] for Tuesday, February 7, 2023 at 11:00 a.m. (prevailing Eastern Time) before The Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 has been rescheduled to **Tuesday, February 7, 2023 at 10:00 a.m. (prevailing Eastern Time).**

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

RLF1 28469948v.1

Dated: January 11, 2023

Respectfully submitted,

*/s/ Amanda R. Steele*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | J. Christopher Shore (admitted *pro hac vice*) |
| Paul N. Heath (No. 3704 | Philip M. Abelson (admitted *pro hac vice*) |
| Amanda R. Steele (No. 4430) | 1221 Avenue of the Americas |
| 920 North King Street | New York, NY 10020 |
| Wilmington, DE 19801 | Telephone: (212) 819-8200 |
| Telephone:  (302) 651-7700 | jcunningham@whitecase.com |
| Facsimile:   (302) 651-7701 | cshore@whitecase.com |
| collins@rlf.com | philip.abelson@whitecase.com |
| knight@rlf.com | |
| heath@rlf.com | |
| steele@rlf.com | Richard S. Kebrdle (admitted *pro hac vice*) |
| | Amanda Parra Criste (admitted *pro hac vice*) |
| *Co-Counsel to the Foreign Representative* | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone: (305) 371-2700 |
| | rkebrdle@whitecase.com |
| | aparracriste@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 S. Wacker Drive, Suite 5100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | *Co-Counsel to the Foreign Representative* |