IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | Case No. 22-10630 (JTD) |
| Debtor in a Foreign Proceeding. | **Re: Docket No. 146** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2023, I caused a copy of the following to be served on the service list attached hereto by electronic mail, where available:

- *Notice of Modified Sale Process Dates* [Docket No. 146]

I hereby further certify that on January 10, 2023, I caused a copy of the following to be served on the service list attached hereto by first class mail/international mail.

- *Notice of Modified Sale Process Dates* [Docket No. 146]

*/s/ Amanda R. Steele*
Amanda R. Steele (No. 5530)

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815. The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

**Service List – Via Email and/or International & First Class Mail**

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
United States
Attn: Timothy Fox

Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Avenida Insurgentes Sur No. 730, 20th Floor
Colonia del Valle Norte, Alcaldía Benito Juárez
Mexico City, Mexico, 03103
Attn: Legal Department c/o Juan Pablo Estrada

Office of the United States Trustee
U.S. Federal Office Buildings
201 Varick Street, Room 1006
New York, New York 10014

Lopez Melih y Estrada
Lopez Melih y Estrada
Sierra Gamon 320
Lomas Chapultepec
Ciudad de Mexico, 11000
Attn: Juan Pablo Estrada Michel

Credit Suisse AG, as Manager
Uetlibergstrasse 231
8045 Zürich, Suiza
Attn: John Schoch

Bank of New York Mellon, as Indenture Trustee
240 Greenwich Street, Floor 7 East
New York, NY 10286
Attn: Joseph Costantino
Attn: Iris Munoz

Norton Rose Fulbright US LLP
1301 Avenue of the Americqas
New York, New York 10019-6022
Attn.: Marian Baldwin Fuerst
Attn: Francisco Vazquez

Institutional Multiple Investment Fund LLC
60 State Street
Boston, MA 02114
Attn: Kenneth J. Monaghan

Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
Attn: David H. Botter

Solitaire Fund
Aeulestrasse 6
Vaduz, Liechtenstein 9490
Attn: Dr. Martin Jonasch and Lisa Saleteg,
VP Fund Solutions (Liechtenstein) AG
as management company of Solitaire Fund

Banco Monex, S.A., Institución De
Banca Múltiple, Monex Grupo Financier
Avenida Paseo de la Reforma 284
Mexico City, Mexico 06600
Attn: Jacobo G. Martinez Flores

Bain & Company Mexico Inc.
Paseo de los Tamarindos
400-A/P-24, Bosques de Las Lomas
05120, Torre Arcos, Cuajimalpa
Ciudad de México, México

Ingrusur S.A. de C.V.
Avenida Insurgentes
Sur #730 Col. del Valle Norte, Deleg.
Benito Juarez,
Ciudad de Mexico, México C.P. 03103

Galaz Yamazaki Ruiz Urquiza SC
Paseo de la Reforma
505 Piso 28 Alcaldía Cuauhtemc, 06500
Ciudad de Mexico, CDMX, Mexico

Creal Arrendamiento S.A. de C.V.
Avenida Insurgentes
Sur No. 730 Piso 17 COL. del Valle Norte DELG.
Benito Juarez
03103 Ciudad de Mexico, Mexico

Mbge Intersistemas S.A. de C.V.
Av Adolfo López Mateos Nte
95-interior 23-111
Italia Providencia,
44648 Guadalajara, Jal

Oracle de Mexico Sa de C.V.
Montes Urales
470, P-3 Lomas de Chapultepec
Ciudad de México, Miguel HIdalgo
MX, 11000

Servej S.A. de C.V.
PASEO DE LAS PALMAS
100, Lomas de Chapultepec I Sección Miguel
Hidalgo, Ciudad de México 11000

Servicios Corporativos Chapultepec S.A. de C.V.
Av Insurgentes
Sur 730 20 del Valle Norte Benito
Juarez CP 03103

Kuri Brena Sanchez Ugarte y Aznar SC
Prolongación Paseo de la Reforma
No.1015, Torre B
Piso 8 Desarrollo Santa Fe Ciudad de México
01376 Delegación Alvaro Obregón

V147 S.A.PI de C.V.
Col. Roma Norte
Ciudad de Mexico
Del. Cuauhtemoc, Ciudad de México,
México 06700

Alejandro Lelo de Larrea
Tecamachalco 65, Col. Reforma Social
Mexico City, 11650

Servianza S.A. de C.V.
Matagalpa
1055, Recidencial Zacatenco
Delegacion Gustavo a Madero
Ciudad de Mèxico
Mexico CP: 07369

Buro Mexicano de Consultores En Seguridad
Carrillo Puerto
No. 396 3erpiso, Col.
General Pedro Maria Anaya
CP: 03340, Benito Juarez, CDMX, México

Human Consulting Outplacement S.A. de C.V.
Tlaxcala
No. 180 No. Int Dep 6 Piso 1 Col.
Hipodromo,
Cuauhtemoc D.F. C.P. 06100

Swont It Services Mexico S.A. de C.V.
Avenida Ejército Nacional
904, Int. 12-A Polanco IV Sección Miguel Hidalgo
Ciudad de México, 11550 MEX

FTI Consulting Mexico S de RL de C.V.
Boulevard Manuel Ávila Camacho
#126 Piso 6
Lomas de Chapultepec I Sección
Miguel Hidalgo, Ciudad de México
C.P. 11000

Consultores Asociados DH S.A. de C.V.
Lerdo de Tejada
No. 505
Int: 2o Piso Entre Almada y Narcoso Saenz
Col. Centro, CP: 86000
Centro Delegacional
6, Villahermosa, Mexico

Global Impact Capital LLC
1 Yonge Street Suite 1801
Toronto, Ontario
Canada, M5E 1W7

Estafeta Mexicana S.A. de C.V.
José Vasconcelos
No. 105 Piso 4 Col.
Hipódromo Condesa
Alcaldía Cuauhtémoc C.P.
06170 CDMX

Thona Seguros S.A. de C.V.
Avenida Felix Parra 65
014
San José Insurgentes, CDMX, 3900MEX

Conciliacion Efectiva S.A. de C.V.
Ferrocarriles Nacionales,
No. Ext 21, Col. Central Rosario, C.P. 2128
Azcapotzalco

Hewlett Packard Operations Mexico S. de R.L. de C.V.
Prolongacion Reforma 700
Lomas de Santa Fe México
Ciudad de México 01210

Bloomberg Finance LP
731 Lexington Avenue
New York, NY 10022

Miguel Mario Sastre Checa
Av Paseo de Las Garzas
No. Mz 17 Lote 58
Municipio. Coacalco de Berriozabal Col.
Hacienda de Las Garzas C.P. 55718

Guillermo Escamilla Narvaez
Paseo de La Reforma
Nº 115 Int. 14-1401 Col. Lomas
De Chapultepec Miguel Hidalgo
Ciudad de Mexico, C.P. 11000

Radiomovil Dipsa S.A. de C.V.
Lago Zurich
No 245 Edif. Telcel Col Ampliación Granada
C.P 11529 Miguel Hidalgo Ciudad de México

Central Law Honduras S.A.
Torre Alianza
1, Piso 9, Lomas del Guijarro Sur
Tegucigalpa MDC, Honduras, C.A.

Axtel Sab de C.V.
Av. Munich
175 Col. Cuauhtemoc
C.P. 66450
San Nicolas de Los Garza, N.L.

Saazant Group Sa de C.V.
Navarra
210 Col. Alamos Benito Jaurez CP 03400

Secure Nextgen Systems S.A. de C.V.
Avenida Río Mixcoac
25, Int. 11-A Col. Crédito Constructor
Benito Juarez, C.P. 03940

Doc Solutions de Mexico S.A. de C.V.
México Cuautitlán, Km
31.5 L 25, Loma Bonita
Cuautitlán México
Estado de México, C.P. 54800

Metlife Mexico S.A.
Avenida Insurgentes
Sur No. 1457, Pisos 7 al 14
Colonia Insurgentes Mixcoac
Alcaldía Benito Juárez, C.P. 03920
México, CDMX

Validata Servicios de Captura S.A. de C.V.
Av 2 Poniente
#905 Altos Col.
Centro Puebla CP 72000

Maxcom Telecomunicaciones S.A.B de C.V.
Av Guillermo Gonzalez Camarena
2000, Col Santa Fe Centro
Alvaro Obregon, CDMX
México C.P. 01376

Kuh Ka LLC
600 Vail Valley Dr. A-104
Vail, CO 81657

The University Of Chicago
50 S. La Salle
Chicago, IL 60675
Attn: Wire Transfer Division

Corporativo Cpv Center S.A. de C.V.
Ruben Dario 127 PB Int A
014 Moderna, CDMX, 3510MEX

Sixsigma Networks Mexico S.A. de C.V.
Paseo de La Reforma
5287 Cuajimalpa Mexico CP 5000

Transunion Soluciones de Informacion S de RL de C.V
Jose Luis Lagrange
No. 103 No. Int: 103 Piso Polanco Col Los Morales
Polanco
CP 11510migue Hidalgo
Ciudad de Mexico, Mexico

Grupo Interlace S.A. de C.V.
Santander
31 Col. Mixcoac Benito Juarez CP 03920

Solorzano y Linaldi SC
Monte Pelvoux 111- PB
016 Lomas de Chapultepec I Sección
CDMX, 11000 MEX

Casa de Bolsa Santander S.A. de Cv
Prolongacion Paseo de La Reforma
500 Modulos 205 y 206 Col. Lomas de Santa Fe
Alvaro Obregon, C.P. 01219
Ciudad de México

Magaly Fernandez Cardenas
Circunvalacion Pte
No 44 Coto del Rey, Jal
45010 MEX

Circulo de Credito S.A. de Cv
Fc del Rio Frio
419 Int A33 Cuchilla del Moral Iztapalapa CP 9319

Informatica y Solucion de Sistemas SC
Rio Orinoco Ext
171 Oriente Int
211 Col del Valle San Pedro de La Garza Nuevo Leon
CP 66220

Flywire Payments Corporation
141 Tremont Street
10th Floor
Boston, MA 02111

Georgal S.A. de C.V.
Barranca del Muerto 493
010 Merced Gómez
CDMX, 1600 MEX

BMC Group VDR LLC
3732 W. 120th Street
Hawthorne, CA 90250

Quanam S.A. de C.V.
Paseo de La Reforma 115 - 1502
016 Lomas de Chapultepec I Sección, CDMX, 11000
MEX

Controladora Mabe S.A. de C.V.
Avenida de Las Palmas
100, Lomas de Chapultepec I
Sección Miguel Hidalgo
Ciudad de México 11000

Intelexion S.A. de C.V.
Alianza
Sur No. 303 No. Int 201 Parque Inovación Tecnológica
Ciudad Apodaca 66628
Nuevo León México

Administradora Comercial y Asistencia Actuarial
Avenida Normalistas
No. 464 Int: 11, Col. Colinas de La Normal
CP: 44270
Guadalajara, Jalisco, Mexico

Fabrica de Estrategias y Contenidos S.A.PI de C.V.
Avenida Constituyentes
143, San Miguel Chapultepec I
Sección, Miguel Hidalgo
Ciudad de México, 11850, Mexico

Centro de Atencion Y Recuperacion Pypper
de Mexico S de RL de C.V.
Av Primero de Mayo 15 Int 10
057 San Andrés Atoto
Mex, 53500 MEX

Accesorios Para Equipos de Computo
Yoficina S.A. de C.V.
Rio Churubusco
No. 158, Col. Prado
CP: 09480
Iztapalapa, CDMX, Mexico

Axa Seguros, S.A. de C.V.
Feliz Cuevas No.366
014
Tlacoquemécatl,
CDMX, 3200 MEX

Mabrisa Clean S.A. de C.V.
Av. Vasco de Quiroga
No. 1743 A, Col. Santa Fe
CP: 01210, Alvaro Obregon
CDMX, Mexico

Consultoria y Soluciones Tecnologicas Agiles SC
Sur 109 No.411
Heroes de Churubusco Iztapalapa
CP 09090

TBS IT Worldwide Services
Jose Maria Roa Barcenas
238 Vista Alegre Cuauhtemoc
Ciudad de Mexico, CP 06860

Pablo Alberto Francis Gomez
Avenida Tecamachalco
159-13 B
016 Reforma Social
CDMX, 11650MEX

Serdan Abogados SC
Montecito
38 Int 8 Col. Napoles Benito Juarez CP 03810

Insa Hipotecas S.A. de C.V.
Hamburgo 290
015 Juárez
CDMX, 6600MEX

Pablo Campuzano de La Mora
Av Prado Norte
325 Col. Lomas de Chapultepec Secc III
Miguel Hidalgo CP 11000

Integer Shopper Marketing S.A. de C.V.
Monte Pelvoux 210
016
Lomas de Chapultepec I Sección, CDMX, 11000MEX

Francisco Agustin Gonzalez Rubio Sanchez
Peten
480
CDMX, 03600 MEX

Centro Empresarial Morin S.A. de C V
Loma Alta
No. 2443 No. Int 1, Colonia Loma Larga
64710, Monterrey

Morpetgar Tecnologia de Informacion
S.A. de C.V.
Balboa
711 Col. Portales Sur Benito Juarez CP 3300

Aig Seguros Mexico S.A. de C.V.
Insurgentes
Sur 1136 Col. del Valle Benito Juarez
CP 03219

Forlac Store S.A. de C.V.
Pedro Romero de Terreros 1209
014
Narvarte Poniente, CDMX, 3020 MEX

Despacho Alejandro Lara y Asociados SC
Dr Velasco 181
015
Doctores, CDMX, 6720 MEX

Sistema de Formacion Organizacional SC
Armando Birlain Shaffler
2001 Coporativo 1 Local 1b Col.
Centro Sur Queretaro
Querétaro
Querétaro, CP.76090

Altius Citius S.A. de C.V.
Prolongacion Paseo de Reforma
115 010
Paseo de Las Lomas, CDMX, 1330 MEX

Secure IT S.A. de C.V.
Fuente de Piramides
No. 1 Int: 501 B395, Col. Lomas de Tecamachalco
CP: 53950, Naucalpan

Standard & Poors Financial Services LLC
2542 Collection Center Drive
Chicago IL 60693

Servicios Broxel S.A.PI de C.V.
Av Mario Pani
400 Col. Santa Fe Cuajimalpa de Morelos CP 05348

Operadora Cliden S.A. de C.V.
Calle Durango
#263 Piso 9 Col. Roma Norte Cuauhtemoc
CP 06700

Indestri S.A. de C.V.
Blvd. Puerta de Hierro
No. 5153 Int 222 Puerta de Hierro Zapopan Jalisco CP
45116

Ramon Galarza Chardi
Wilhelm-Dunkering-Weg
30 28357 Bremen Deutschland

Gonzalez Calvillo SC
Montes Urales 632
016
Lomas de Chapultepec I Sección, CDMX, 11000MEX

Finacity Corporation
Tresser Blvd.
281 Stamford US.A. Ct 06901

Irene Peña Tenorio
Av Alvaro Obregon
234 Int 3
015
Roma Norte, CDMX, 6700 MEX

Gonzalez Cortina Glender y Cia
Calderon de La Barca
#22 Col. Polanco Miguel Hidalgo
CP 11560

Seguros Atlas S.A.
Paseo de Los Tamarindos
#60 Bosques de Las Lomas Cuajimalpa
CP 05120

Proveedor Integral de Precios S.A. de C.V.
Bosque de Ciruelos
#180 Col. Bosques de Las Lomas Miguel
Hidalgo CP 11700

Las Mejores Empresas Para Trabajar
S.A.PI de C.V.
Tlaxcala
25 Int 462 Col. Roma Sur Cuauhtemoc
CP 06760

Corporativo Juridico de Conciliacion En Procesos de
Gestion Financiera S.A. de C.V.
Psicologos 18 Int 402 007
Apatlaco, CDMX, 9430 MEX

Sonia Galvan Roque
Joaquinita
#231 Col. Benito Juarez Nezahualcoyotl Edo Mex
CP 57000

Construccion Pendiente S.A. de C.V.
Boulevard Avila Camacho
No 36 Oficina 1205 Piso 12
Lomas de Chapultepec I Sección,11000 MEX

Black And Orange Marketing Digital S.A.PI de C.V.
Monclova No 60
015
Roma Sur, CDMX, 6760MEX

Hubspot Inc
25 First Street
Cambridge, MA 02141

Ipcctechnology S.A. de C.V.
Homero
1425 Col. Polanco Seccion 2 Miguel
Hidalgo CP 011540

Consultores Profesionales En Talento S.A. de C.V.
Valle de Solimoes Ext
1 Col. Valle de Aragon 3a Seccion Ecatepec Edo Mex
CP.55280

Calced Consultores En Coaching S.A. de C.V.
Crater No.220
010
Jardines del Pedregal, CDMX, 1900 MEX

Qualitas Compania de Seguros S.A.B de C.V.
Jose Ma Castorena
426 Col. San Jose de Los Cedros Cuajimalpa
CP 5200

Informatica Teseo S.A. de C.V.
Del Parque
#42 Col. Napoles Benito Juarez
CP 03810

Megacable Comunicaciones de Mexico S.A. de C.V.
Calle Sierra Candela
111 Col. Lomas de Chapultepec Miguel Hidalgo
CP 11000

Unidos Por El Tenis AC
Calle
63 X 39 #482 Col. Francisco Montejo Etapa V Merida
Yucatan
CP 97203

Iron Mountain Mexico SLR de C.V.
Miguel Hidalgo
940 Col. El Mirador Centro Nuevo Leon Monterrey
CP 64070

W & B Working Better SC
Montecito 38 Int 28 Col. Napoles Benito Juarez CP
03810

Bicentel S.A. de C.V.
Av. Paseo de Las Palmas
340 Piso 5 Col. Lomas de Chapultepec Secc 1
Miguel Hidalgo CP 11000

Ks Creative And Quality S.A. de C.V.
Parque Real 67
003
Jardines de Coyoacán, CDMX, 4890 MEX

Productos Metalicos Steele S.A. de C.V.
Blvd. Miguel de Cervantes Saavedra 183
016 Granada
CDMX, 11520 MEX

Data Warden S.A. de C.V.
Lago Meru
32 Col. Granada Miguel Hidalgo
CP 11520

Rexer Consulting Group S.C.
Manuel M Ponce
No87 Piso 2
010 Guadalupe Inn
CDMX, 1020 MEX

Salvador Hernandez Mendoza
Palmillas
16 Lt 14 Mz 22 Col. Lomas de San Lorenzo
Iztapalapa
CP 09780

Marsh Brockman Y SChuh Agente de Seguros Y
Fianzas S.A. de C.V.
Av Paseo de La Reforma 505
015 Cuauhtémoc, CDMX, 6500MEX

Dyro Integración S de RL de C.V.
Hacienda Totoapan
No. 77 Col. Prado Coapa 2a Sección
Tlalpan CP 14357

Ti Soluciones Globales En Tesorerias Corporativas S de
RL de C.V.
Insurgentes Sur 307
015
Hipódromo Condesa, CDMX, 6170 MEX

Todo En La Nube S de RL de C.V.
La Serrania
8 PB Col. Los Pastores Naucalpan de Juarez Edo Mex
CP 53340

Corporacion Kinesis S.A. de C.V.
3ER Anillo de Circunvalación 601
016 LOMAS DE SOTELO
CDMX, 11200 MEX

Training House de Mexico S.A. de C.V.
Amsterdam 214-5
015 Hipódromo
CDMX, 6100 MEX

Teite Sistemas Integrados S.A.
Mercedes Abrego Edif
15a Col. Culhuacan Ctm Secc III
Coyoacan CP 04480

Gectech de Mexico S.A. de C.V.
Av Vallarta
6503 Col. Cd Granada Zapopan Jalisco
CP 45010

Alto Creativa S.A. de C.V.
Av Xola 1301 Int 601
014 Narvarte Poniente
CDMX, 3020 MEX

Telefonos de Mexico S.A.B de C.V.
Parque Via
198 Col. Cuauhtemoc CP 6500

Gbi Mexico y Pasaporte Educativo S.A. DE
Colima
71 Piso 3 Col. Roma Norte Cuauhtemoc
CP 06700

Riskmathics SC
Nicolas San Juan 242 B
014
CDMX, 03100 MEX

Arkeeromex S.A.PI de C.V.
Alejandro Dumas
145 Col. Polanco Secc Iv Miguel Hidalgo
CP 11550

Management Center de Mexico AC
Paseo de La Reforma
350 Int 14b
015 Juárez
CDMX, 6600 MEX

Mercer Human Resource Consulting S.A. de C.V.
Av. Paseo de La Reforma
505, Piso 11 y 12, Cuauhtemoc, Cuauhtemoc
Ciudad de Mexico
Mexico, 06500

Notarios Caceres SC
Prado Sur 240 Piso 5
016
Lomas de Chapultepec II Sección,
CDMX, 11000 MEX

EMH Supporting S.A. de C.V.
Andes 35
010
LOS ALPES, CDMX, 1010 MEX

Operadora Casa de Mexico Security Information
S.A. de C.V.
Cordoba
42/Piso 9 Of 910, Roma Norte, 06700
Entre Calle Durango y Puebla, Cuauhtemoc
Ciudad de México, México

2h Soluciones Integrales En Tecnologia de Informacion
S.A.PI de C.V.
Azcapotzalco
214
002
Ángel Zimbrón, CDMX, 2099 MEX

Citizen de Mexico S de RL de C.V.
Insurgentes
Sur 730-14
014
Del Valle Norte, CDMX, 3103 MEX

Servicios Corporativos ITC S.A. de C.V.
Blvd. Manuel Avila Camacho Piso
10 Ofic 01 36 C.P. 11000 Lomas de Chapultepec I
Sección
Miguel Hidalgo Mex

Ace Fianzas Monterrey S.A.
Paseo de La Reforma
250 Torre Niza Piso 15 Col. Juárez
Cuauhtémoc Cd. de México
C.P. 06600

Ingenieros Profesionales en Comunicaciones
S.A. de C.V.
Calle: MARIA
No. 200, Col. Nativitas
CP: 03500, Benito Juarez, CDMX, Mexico

KPMG Cardenas Dosal SC
Manuel Avila Camacho
176 P1
016
Reforma Social, CDMX, 11650 MEX

Bello Gallardo Bonequi y Garcia SC
Agustín Manuel Chávez
No. 1 001 Col. Santa Fe Centro Ciudad Deleg.
Álvaro Obregón,
Ciudad de México C.P. 01376
México

Calixto Ivan Simental Cruz
Harlingen
117 Frac Residencial Puerta del Norte 66050
General Escobedo Nuevo León México

Jesus Alfredo Munro Flores
Alberto Gutierrez 537
Hermosillo, Son, 83180 MEX

Publicidad Estigma S.A. de C.V.
Indiana
260 - 807 Ciudad de Los Deportes
C.P. 03710 Alcaldía Benito Juárez
Ciudad de México
México

Online Career Center Mexico S.A.PI de C.V.
Autopista México-Querétaro
No. 3130, Piso 7 Int 700c, Col. Valle Dorado
CP 54020 Tlalnepantla, Edo. de México.

Net Capacitaciones S.A. de C.V.
Av Revolución 374 Int 202
014
San Pedro de Los Pinos, CDMX, 3800 MEX

Tammex S.A. de C.V.
Av Presidentes 138 E
014
Portales Sur, CDMX, 03300 MEX

Hoteles Rodavento S.A. de C.V.
Guillermo Gonzalez Camarena
No.500
010 Santa Fe, CDMX, 1210 MEX

Servicios Quien Es Quien S.A. de C.V.
Bosques de Duraznos
#61 Piso 8 Desp. A-2 Col. Bosques de Las Lomas
Miguel Hidalgo
CP 11700 México

Institutional Investor LLC
P.O. Box 417611
Boston, MA 02241-7611

Centro Mexicano Para La Filantropia AC
Cerrada de Salvador Alvarado
7 Colonia Escando Miguel Hidalgo
C.P.: 11800

Normalizacion Y Certificacion Nyce SC
Avenida Lomas de Sotelo 1097
016
Lomas de Sotelo, CDMX, 11200 MEX

San Martin Y Pizarro Suarez Smps Legal SC
Paseo de La Reforma
No. 509 - 18 Cuauhtémoc
Ciudad de México
C.P. 06500, México

Comision Nacional Para La Proteccion Y Defensa de
Los Usuarios de Servicios Financieros
Avenida Insurgentes Sur 762
Del Valle Centro,3100MEX

The American British Cowdray Medical Center IAP
Sur 136 No. 116 Col. Las Americas Alc.
Alvaro Obregon
C.P. 01120 Mex
Ciudad de México

Transportes Castores de Baja California S.A. de C.V.
Boulevard Jose Maria Morelos
No.2975 Col Alfaro CP 37238 Leon
Guanajuato

Geolocalizaciones Datar S.A. de C.V.
Jaime Balmes
11 Torre B Int 402
016
Polanco I Sección, CDMX, 11510 MEX

Servicios Empresariales de Alta Calidad Sa de Cv
Americas
280 Col. Santa Teresita C.P. 44600
Guadalajara, Jal México

Union Papelera de Mexico Sa de Cv
Av. Benjamin Franklin
108 Colo Escandon 1 Miguel Hidalgo
CP 1180 CDMX

Cfe Suministrador de Servicios Basicos
Rio Rodano
No. 14 Col Cuautemoc
CP 06500 del Cuautemoc CDMX

Red Del Pacto Mundial de y En Mexico AC
Montes Urales
440, Col Lomas de Chapultepec, Miguel Hidalgo
Cdm C.P. 11000

Top Importaciones S.A. de C.V.
Eulogio Parra 1630
039
Santa Teresita, Jal, 44600 MEX

Cero Catorce Publicidad Sapi de C.V.
Av. Mariano Escobedo
526 Piso 7
016
Anzures, CDMX, 11590MEX

Guadalupe Arenas Quintana
Teniente Fausto Vega Santander
331, Escuadron 201, Iztapalapa
CDMX

Sumitomo Corporation de México, S.A. de C.V.
Torre Virreyes, Pedregal 24, Piso 5
Col. Molino del Ray, Cd. de Mexico, 11040
Attn: Adriana Romero
Attn: Anabel Castaneda Medrano

Ana Compañia de Seguros S.A. de C.V.
Priv Naranjo
27 Tequexquinahuac Parte Alta
C.P.54020 Tlalnepantla de Baz, Edo. Mex

Marcas Nestle S.A. de C.V.
Boulevard Miguel de Cervantes Saavedra Torre
Sur 301 PB 301 PB, Colonia Granada, Delegación
Miguel Hidalgo, 11520, Mexico, DIF

Isidro Dominguez Salinas
Prolongacion Vicente Martinez
12
012 San Andrés Totoltepec
CDMX, 14400MEX

Buro de Identidad Digital S.A. de C.V.
Paseo del Pedregal
1025 Int 1
010 Jardines del Pedregal, CDMX
1900MEX

Viasc Valuacion Integral de Activos Y Servicios
Corporativos SC
Pedro Moreno
No. 1430
039 Americana, Jal
44160 MEX

Seguros Banorte S.A. de C.V. Grupo
Financiero Banorte
Avenida Hidalgo
220
039 Monterrey Centro
Nl, 64000 MEX

Internacional de Contacto Y Cobranza SC
Dramaturgos 2
007 Nueva Rosita
CDMX, 9420 MEX

Share Your K-In SC
Av Amores
No. 1403
014 del Valle Sur
CDMX, 3104 MEX

Valora Sostenibilidad E Innovacion S.A. de C.V.
Paseo de La Reforma
296
015 Juárez
CDMX, 6600 MEX

Maria Esther Garcia Alvarez
Limas13
014 Tlacoquemécatl
CDMX, 3200 MEX

Nubarium S.A. de C.V.
Presidente Masaryk
61 901b Col.Polanco V Sección
CP 11560 Ciudad de México
Ciudad de México

Icm Consultoria Y Capacitacion Integral SC
Avenida Insurgentes
Sur No. 1863 - 301 B, Col. Guadalupe Inn
Acaldia Álvaro Obregón, C.P. 01020
Ciudad de México, Mexico

Siprelad S.A. de C.V.
Rio Missouri Pte
No. 204, Int. B del Valle
C.P. 66220 San Pedro Garza Garcia, San Pedro Garza
Garcia
Nuevo León, México

It Era S.A. de C.V.
Jose Luis Lagangre
No.103 Piso 3
016 Polanco I Sección
CDMX, 11510 MEX

Tss Technology Services And Solutions S.A. de C.V.
Aristoteles
77/Piso 5 Oficina 1, Polanco Chapultepec, 11560
Miguel Hidalgo
Ciudad de México, México

Mireille Agle Estrada Aguirre
Avenida Rio Consulado
No. 3085
017 Peñón de Los Baños
CDMX, 15520 MEX

Especializades Bennetts S.A. de C.V.
Poniente
116 649a
002 Industrial Vallejo
CDMX, 2300 MEX

Analisis Y Desiciones Rentables S.A. de C.V.
Bosques de Chiapas
No. 21
Ex-Hacienda de Santa Mónica
54050 MEX

Javier Vazquez Mellado Mier Y Teran
Av de Los Chopos
2a
121 Arcos del Alba,Mex
54750 MEX

Valeria Moy Campos
Juan de Acuña
No.150
016 Lomas de Chapultepec I Sección,
CDMX, 11000 MEX

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Correduria Publica 8 DF SC
Montes Urales
755 Piso 3 Lomas de Chapultepec
Miguel Hidalgo Ciudad de México
México 11000

Escuela de Derecho Digital AC
Cocoteros
No.70
020 Nuevo Vallarta
Nay, 63735 MEX

Live 13.5 S de RL de C.V.
Bosque de Lerma
No.77
037 La Herradura, Mex
52784 MEX

Instituto de Estudios Avanzados Y de Actualizacion AC
Venustiano Carranza No.
500-40 Monterrey Centro
64000 MEX

Lazzar S.A. de C.V.
Calle Mar Egeo
No. 1514
039 Lomas del Country, Jal
44610 MEX

DSI Lab S.A. de C.V.
004
S.A. Nta Fe Cuajimalpa
CDMX, 05348 MEX

Alma Georgina Agoitia Gil
Cerro Gordo 50
003 Campestre Churubusco
CDMX, 4200 MEX

Conceptos En Productividad Empresarial S.A. de C.V.
Privada
20 de Diciembre 10 Ignacio Lopez Rayon
Calacoaya Atizapan de Zaragoza
Estado de Mexico
CP: 52986

Johanna Itzel Magaña Diaz
Av Canal de Tezontle
Mz22 Lt12
006 Los Picos de Iztacalco Sección 2a
CDMX, 8760MEX

Manejo Y Control de Plagas S.A. de C.V.
Matías Romero
291 16 Navarte Benito Juárez de Ver
Ciudad de México 03600

Muczam & Asociados SC
Rembrandt 42a
014 Santa María Nonoalco
CDMX, 3700 MEX

Haykun Sistemas, S.A. de C.V.
Av Insurgentes
Sur 1337
014 Insurgentes Mixcoac
CDMX, 3920MEX

Operadora 3s S de RL de C.V.
Monte Elbruz
124 Col.. Col. Lomas de Chapultepec III Seccion
C.P. 11000 Miguel Hidalgo
Ciudad de Méx

Proyecto Alpha Consultoria S.A. de C.V.
Av. Patriotismo
201 PISO 6, Col. San Pedro de Los Pinos Del. Benito
Juarez
C.P.03800
Ciudad de México

Consorcio Empresarial En Consultoria Y
Administracion Cecya
Calle Felipe Vinicio Berriozabal
26 Lt 35 C2
Rancho La Providencia
55710 MEX

Andross Enrique Morales T
Avenida Tamaulipas
257 Col.Garcimarrero Del.Alvaro
Obregon
C.P. 01510, Mexico D.F.

NYSE Market INC
P.O. Box 734514
Receiving Bank Name J P Morgan Chase
Chicago, IL 60673-4514

Isabel Moreno Ortiz
Calle Campo Nuevo Limon
No. 141, Col. Reynosa Tamaulipas, Azcapotzalco
Azcapotzalco
Ciudad de México
México, CP 02200

Maximotos Pedregal S.A. de C.V.
Calle: Periferico
Sur No. 5932, Col. Cantera Puente De Piedra
CP: 14040, Tlalpan, CDMX, Mexico

Edith Alvarez Diaz
Amado Nervo
18-F Santa Maria La Ribera
Cuauhtemoc
Ciudad de Mexico. Mexico. C.P. 06400

Road Track Mexico S.A. de C.V.
Avenida del Taller
36 Col. Transito
Mun. 015 , Mex C.P. 06820

Centro Universitario Uteg A.C.
Avenida Heroes Ferrocarrileros
No. 1325
039 Las Conchas
Jal,44460 MEX

Bufete Coello Eboli SC
Av. Manuel Gutierrez Zamora
N° Ext.73 N° Int.A 1 Col.Las Aguilas
CP.01710, Alvaro Obregon
Distrito Federal
México

K&B Marketing S de RL de C.V.
Av San Antonio
303 Piso 2
014 San Pedro de Los Pinos
CDMX, 3800 MEX

Javier Mijangos Y Gonzalez
Paseo de Los Tamarindos
384 Int. 701
004 Bosques de Las Lomas
CDMX, 5120 MEX

Integracion Tecnologica En Sistemas S.A. de C.V.
Insurgentes
Sur No. 1180 Int: 102, CP: 03200
Deleg Benito Juarez, DF, Mexico

 Micursoland Sas
Paseo de La Reforma
No 180 Interior A
015 Juárez
CDMX, 6600 MEX

Asociacion Necrologica Mexicana S.A. de C.V.
Antonio Sola
No.49
015 Condesa
CDMX, 6140 MEX

3 Hunters S.A. de C.V.
Av. Paseo de La Reforma
No.300
015 Juárez,
CDMX, 6600 MEX

Notaria 123 SC
Cerrada de Tecamachalco
24
016 REFORMA SOCIAL
CDMX, 11650 MEX

Jose Carmen Gonzalez
Lerma 819 Barrio de La
Tereona Unión, 50040 MEX

Wishbird Experiences Sapi de C.V.
Eucken
No 8
016 Anzures
CDMX, 11590 MEX

Seguros Centauro Salud Especializada S.A. de C.V.
Avenida Insurgentes
Sur No. 1871 Int 801
010 Guadalupe Inn
CDMX, 1020 MEX

Atxk Construccion de Interiores S.A. de C.V.
014
S.A.N Pedro de Los Pinos
CDMX, 3800 MEX

In Pulse Direction Consulting S.A. de C.V.
Medellin
No 190 Int 101
015 Roma Norte
CDMX, 6700 MEX

Universidad Humanitas SC
Avenida California
212, San Borja Insurgentes
014 del Valle Centro
CDMX, 3100 MEX

Envialia Franquicias S.A. de C.V.
Bosque de Ciruelos
160-203
016 Bosque de Las Lomas
CDMX, 11700 MEX

Ruben Garcia Mendoza
Cda. de San Francisco
N° Ext.6 N° Int.PB. Col.Del Valle
CP.03100, Benito Juarez
Ciudad de Mexico, México

Grupo Habitos S de RL
Rio Guayalejo
No. 219
019 Jardines del Valle
Nl, 66220 MEX

Grupo Ebc S.A. de C.V.
Calle
43 209-A Col. San Antonio Cucul
Merida, Yucatan, Mexico

Google Operaciones de Mexico S de RL de C.V.
Montes Urales
No. 445 Int. Piso 5to Lomas de Chapultepec
C.P. 11000 Delegación Miguel Hidalgo
Ciudad de México, México

Regala Calidad S.A. de C.V.
Francisco I Madero
26
057 Industrial Atoto
Mex, 53519 MEX

Options Price Reporting Authority LLC
300 Fifth Ave
Pittsburgh, PA 15222

Wiinik Arte Innovacion Y Diseño En Piel S.A. de C.V.
Cafetal 734
006 Granjas México
CDMX, 8400 MEX

Artcoustix S.A. de C.V.
Migel Noreña
No 60 Col San Jose Insurgentes
CP 03900 del Benito Juarez

General Corporation Services Limited
Old Fort Bay Town Center, Salon # 12
Old Fort Bay P.O. Box SP-64383
Nassau, The Bahamas

Integra Salud Y Servicios Medicos S.A. de C.V.
Miguel Lerdo de Tejada
No.25
010 Guadalupe Inn
CDMX, 1020 MEX

Especialistas Contacto Directo Ecd S.A. de C.V.
Avenida Insurgentes
Sur 4128
012 Tlalpan Centro
CDMX, 14000 MEX

Appstalentum S.A. de C.V.
Av San Pablo
No. 5844 Int: H403
Col. Ampliacion La Noria
CP: 16030, Xochimilco
CDMX, Mexico

Servicios Notariales 233 Del DF SC
Montes Urales 220
016 Lomas de Chapultepec I Sección, CDMX, 11000
MEX

Editorial Themis S.A. de C.V.
Patriotismo
889 P4 Mixcoacbenito Juarez
CDMX, CP 03910

Kansei Capacitacion Y Asesoria En Comercio
Exterior SC
Mixcoac
No.31
010 Merced Gómez
CDMX, 1600 MEX

Corporativo 221 SC
Camino A Santa Teresa
1040 Int 602
012 Jardines En La Montaña
CDMX, 14210 MEX

Ana Belen Diez Huerta
Circuito Parques del Centinela
N0. 777 -54
120 Parques del Centinela
Jal, 45135 MEX

Technical Language Consulting Company SC
Cto Parques del Centinela
777
120 Parques del Centinela
Jal, 45135 MEX

Salud Interactiva S.A. de C.V.
Culiacan
No.123 Piso 8
015 Hipódromo Condesa
CDMX, 6170 MEX

Edgar Daniel Camacho Casas
Ernesto Finance
No. 5
005 Jorge Negrete
CDMX, 7280 MEX

Victor Rodriguez Leon
Av. Presidentes, 138/E
Portales, 03300 Benito
Juarez, Ciudad de Mexico

Importadora Rym S.A. de C.V.
San Lorenzo
279b
007 San Nicolás Tolentino
CDMX, 9850 MEX

Ramon Galvan & Abogados SC
Varsovia
No. 57 Int 101
015 Juárez
CDMX, 6600 MEX

SD Indeval Institucion Para El Deposito de Valores S.A.
de C.V.
Avenida Paseo de La Reforma
255 Piso 3 Cuauhtémoc
Ciudad de México
06500 MEX

Dofiscal Editores Sa de Cv
Blvd Manuel Avila Camacho
36 Piso19
016 Lomas de Chapultepec I Sección
CDMX, 11000MEX

Maria Isabel Cristina Breña Ruiz de Chavez
Rafael Sierra
No. 126
Lomas El Manto
9830 MEX

David Valencia Gonzalez
Lago Zurich
No 243 Int Lux16b
016 Ampliación Granada
CDMX, 11529 MEX

Camara Nacional Del Comercio de La Ciudad de
Mexico
Paseo de La Reforma 42
015 Centro (Área 4)
CDMX, 6040 MEX

Creacion Empresarial D&J Sa de Cv
Bosques de Birmania
15 9 Bosques de Aragón 57170 Nezahualcoyotl
Estado de México
México

Delta Consultores Actuariales SC
Avenida Michoacan
No.51
015 Hipódromo
CDMX, 6100 MEX

Hugo Alberto Guerrero Uribe
Sabinos114
035 Los Fresnos
Slp, 78433 MEX

Marketing Digital Academy Mda Latam S.A. de C.V.
Providencia
No.334
014 del Valle Centro
CDMX, 3100 MEX

Alejandro Corral Serrano
Montana 45
014 Nápoles
CDMX, 3810 MEX

Enfocando Resultados S.C.
Obispo del Acueducto
No.385
053 Real Mil Cumbres
Mich,58270 MEX

Bruno Rodriguez Ramirez
Av. de Los Maestros 525
Nva Santa Maria, Azcapotzalco
CDMX

Rosauro Castro Davila
Heroes de Nacozari Norte
905-1
001 Gremial
Ags, 20030 MEX

Buholegal S de Rl de C.V.
San Pedro Cholula
140 Cholula
Pue, 72760 MEX

Jose Agustin Rufino Matozo Castillo
Campeche
156 Local A
015 Roma Sur
CDMX, 6760 MEX

Certus Aplicaciones Digitales S.A. de C.V.
Misioneros
2714
019 San Felipe I
Chih, 31203 MEX

La Tetera S.A. de C.V.
Antiguo Camio A Atizapan
No. 26
013 El Chaparral Ampliación
Mex, 52990 MEX

Cdg Leadership S.A. de C.V.
San Francisco #125
039 Balcones del Carmen
Nl, 64710 MEX

Crelcb 19 Securitization
Attn: Monica Jiménez Labora Sarabia

Crealcb 17 Securitization
Attn: Alejandra Tapia Jimenez

Banco Del Bajío, S.A. Institución de Banca Múltiple
Prado Sur 115 Col. Lomas de Chapultepec Alc.
Miguel Hidalgo, CDMX CP 11000
Attn: Luis Linares de Jesus
Attn: Mariana Nathali Martinez Soto

Bbva México, S.A., Institución de Banca Múltiple,
Grupo Financiero Bbva México
Reforma No 510 Piso 16- Col. Juarez (Torre Bancomer
Attn: David Colin Cabrera
Attn: Sara-Fragoso-Gomez

Banco Interamericano de Desarrollo
1350 New York Avenue N.W.
Washington, D.C. 20577
Attn: Lucia Adriana Baltazar Vazquez
Attn: Pablo Eduardo Piffaretti

Grupo Financiero Ve Por Más, S.A. de C.V.
Paseo de La Reforma No. 243, Piso 21 Col.
Cuahutémoc, C.P. 06500, Ciudad de México
Attn: Jael Betzabe Villarreal Gomez
Attn: Cesar Augusto Rivera Ronquillo

Blueorchard Finance Ltd
Chavchavadze Ave. 29, 6th Floor
Tbilisi/0179/Georgia (Europa)
Attn: Yasari Flores
Attn: Lucia Palacios
Attn: Matthew Sparkes
Attn: Ruth Verasteugui

BNP Paribas
787 Seventh Avenue
New York, NY 10019
Attn: Aarthi Ponnusamy
Attn: Patrizia Rizzo

BOT Lease México S.A. de C.V
Paseo de La Reforma No. 250, Piso 21 (Torre A)
Ciudad de México, C.P. 06600
Attn: Claudia Teruko Miyauchi Mori

0119 USD Syndicated Loan Of Credit Suisse
Eleven Madison Avenue
New York, NY 10010
Attn: Caroline Haran
Attn: Shelly Diaz
Attn: Joseph Cohen

0120 USD Syndicated Loan Of Credit Suisse
Eleven Madison Avenue
New York, NY 10010
Attn: Caroline Haran
Attn: Shelly Diaz
Attn: Joseph Cohen

0220 USD and PEN Syndicated Loan Of Credit Suisse
Eleven Madison Avenue
New York, NY 10010
Attn: Caroline Haran
Attn: Shelly Diaz
Attn: Joseph Cohen

Promecap S.A. de C.V.
Bosque de Alisos 47A Piso Bosques de Las Lomas
05120 Mexico, CDMX

Banco Santander México, S.A., Institución de Banca
Múltiple, Grupo Financiero Santander México
Periferico Sur 3720, Torre 3, Piso 6
Col. Jardines del Pedregal, C.P.01900 CDMX
Attn: Fernanda Marlen Benito Reyes
Attn: Ignancio de Jesus Zubiria Millian

Banco Santander México, S.A., Institución de Banca
Múltiple, Grupo Financiero Santander México
Periferico Sur 3720, Torre 3, Piso 6
Col. Jardines del Pedregal, C.P.01900 CDMX
Attn: Fernanda Marlen Benito Reyes
Attn: Ignancio de Jesus Zubiria Millian

**Via CM/ECF and/or Email**

Counsel to Bank of New York Mellon
Kurt F. Gwynne
Mark W. Eckard
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801
KGwynne@reedsmith.com
MEckard@reedsmith.com

Counsel to Bank of New York Mellon
Counsel to Petitioning Creditors
Ira S. Dizengoff
David H. Botter.
Abid Qureshi
AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
New York, New York 10036
Email: idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

Counsel to Petitioning Creditors
James Savin
Kevin M. Eide
Alexander F. Antypas
AKIN GUMP STRAUSS HAUER
& FELD LLP
2001 K. Street, N.W.
Washington, DC 20006
jsavin@akingump.com
keide@akingump.com
aantypas@akingump.com

Counsel to Petitioning Creditors
Christopher M. Samis
L. Katherine Good
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
csamis@potteranderson.com
kgood@potteranderson.com

Counsel to Oracle America, Inc.
Shawn M. Christianson, Esq. Buchalter,
A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105-3493
schristianson@buchalter.com

Counsel to Wells Fargo Bank, N.A.
Jason D. Angelo
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801
Email: JAngelo@reedsmith.com

Counsel to Wells Fargo Bank, N.A.
Matthew E. Tashman, Esq.
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
E-mail: MTashman@reedsmith.com

Stanislav Bozhenko
sbozhenko@sectioaurea-xo.com


## Special Service List  - Via Email &/Or First Class Mail

*Counsel to Wells Fargo*
Matthew E. Tashman, Esquire
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
mtashman@reedsmith.com


Certain Parties Expressing Interest In the Assets