**EXHIBIT A**

**Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 15 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) ) | Case No. 22-10630 (JTD) |
| Debtor in a Foreign Proceeding. | ) ) ) | **Re: Docket No. \_\_\_\_** |

**ORDER SHORTENING THE NOTICE AND OBJECTION PERIODS**
**FOR, AND SCHEDULING AN EXPEDITED HEARING ON,**
**THE STALKING HORSE MOTION**

Upon the motion (the "**Motion to Shorten**")[2] of the Foreign Representative for entry of an order (this "**Order**") pursuant to sections 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006(c), and Local Rules 6004-1(c), 9006-1(c), and 9006-1(e), shortening the notice and objection period with respect to the Stalking Horse Motion and setting an expedited hearing with respect to the Stalking Horse Motion; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion to Shorten has been given and

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815.  The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

[2] Where context requires, capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion to Shorten.

that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted as set forth herein.

2. The Stalking Horse Motion shall be heard on January 25, 2023 at 10:00 a.m. (ET).

3. Any objection to the relief requested in the Stalking Horse Motion shall be filed by no later than January 24, 2023 at 12:00 p.m. (ET).

4. The Foreign Representative is hereby authorized and empowered to take all reasonable actions as may be necessary to implement and effect the terms and requirements established in this Order.

5. The Court has and will retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

RLF1 28488233v.3