KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt (tklestadt@klestadt.com)
Stephanie R. Sweeney (ssweeney@klestadt.com)
*Counsel to Bepensa Capital, Inc. and*
 *Bepensa Capital S.A. de C.V.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                          :
                                               :   Chapter 15
Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,   :
                                               :
                                               :   Case No. 22-10630 (JTD)
           Debtor in a Foreign Proceeding.     :
                                               :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears as counsel for Bepensa Capital, Inc. and Bepensa Capital S.A. de C.V.  Pursuant to Rules 2002, 7005 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office addresses:

Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036
(212) 972-3000
Tracy L. Klestadt
tklestadt@klestadt.com
Stephanie R. Sweeney
ssweeney@klestadt.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or the debtor's estate.

Dated: New York, New York
January 19, 2023

                                            KLESTADT WINTERS JURELLER
                                            SOUTHARD & STEVENS, LLP

By: */s/ Tracy L. Klestadt*
     Tracy L. Klestadt
     Stephanie R. Sweeney
     200 West 41st Street, 17th Floor
     New York, NY 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: tklestadt@klestadt.com
      *Counsel to Bepensa Capital, Inc. and*
      *Bepensa Capital S.A. de C.V.*