**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., | ) | Case No. 22-10630 (JTD) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |

**AMAENDED NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the attorneys listed below enter their appearance for Bepensa Capital, Inc. and Bepensa Capital S.A. de C.V. ("Bepensa") and request that Bepensa be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices, and other papers, filed or served, in this case or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses:

Julia B. Klein (DE 5198)  
**KLEIN LLC**  
225 West 14th Street  
Suite 100  
Wilmington, Delaware 19801  
(302) 438-0456  
klein@kleinllc.com  

Tracy Klestadt, Esq.  
Stephanie Sweeney, Esq.  
**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**  
200 West 41st Street, 17th Floor  
New York, NY 10036  
tklestadt@klestadt.com  
ssweeney@klestadt.com  

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral

1

or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in this case. This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Bepensa's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Bepensa is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 19, 2023
       Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (DE 5198)
225 West 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456

and

Tracy Klestadt, Esq.
Stephanie Sweeney, Esq.
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036

*Counsel for Bepensa Capital, Inc. and Bepensa Capital S.A. de C.V.*